UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&J PRODUCE CORP.<br><br>    Plaintiff<br><br>  v.<br><br>KOREAN PRODUCE BUYING SERVICE, INC., t/a K.P.T.<br><br>  and<br><br>YONG H. KIM<br><br>    Defendants | Civil No. 07cv7008 (JSR)<br><br>**RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, A&J Produce Corp., by and through counsel, certifies that A&J Produce Corp., is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 6th day of August, 2007

        Respectfully submitted

        LAW OFFICES OF BRUCE LEVINSON

      By: /s/ Bruce Levinson
        Bruce Levinson (BL0749)
        747 Third Avenue, 4th Floor
        New York, New York 10017-2803
        (212) 750-9898

        and

- 2 -

Sarah Fry
McCARRON & DIESS
4900 Massachusetts Ave., N.W. Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff