UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&J PRODUCE CORP. : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil No. 07cv7008 (JSR) |
| : | |
| KOREAN PRODUCE BUYING SERVICE, : | **MOTION FOR TEMPORARY** |
| INC., t/a K.P.T. : | **RESTRAINING ORDER** |
| : | **WITHOUT NOTICE AND** |
| and : | **ORDER TO SHOW CAUSE** |
| : | **WHY A PRELIMINARY** |
| YONG H. KIM : | **INJUNCTION SHOULD** |
| : | |
| Defendants : | |

Upon the verified affidavit of the representative of the plaintiff, the Attorney Certification Why Notice Should Not Be Given Pursuant to Rule 65(b), and the accompanying memorandum in support, plaintiff moves the Court to issue a temporary restraining order without notice and an order to show cause why a Preliminary Injunction should not be issued under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust established by Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of Korean Produce Buying Service, Inc., t/a K.P.T., except for any payment to plaintiff, up to $176,342.50, pending either payment to plaintiff by cashiers or certified check of $176,342.50 or a further hearing to be set within ten (10) days of the issuance of the temporary restraining order.

- 2 -

Dated this 6th day of August, 2007.

        Respectfully submitted

        LAW OFFICES OF BRUCE LEVINSON

    By:  /s/ Bruce Levinson
        Bruce Levinson (BL0749)
        747 Third Avenue, 4th Floor
        New York, New York 10017-2803
        (212) 750-9898

        and

        Sarah Fry
        McCARRON & DIESS
        4900 Massachusetts Ave., N.W. Suite 310
        Washington, D.C. 20016
        (202) 364-0400

        Attorneys for Plaintiff