UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A&J PRODUCE CORP. | : | |
| Plaintiff | : | |
| v. | : | Civil No. 07cv7008 (JSR) |
| KOREAN PRODUCE BUYING SERVICE, INC., t/a K.P.T. | : | **MOTION FOR PRELIMINARY INJUNCTION** |
| and | : | |
| YONG H. KIM | : | |
| Defendants | : | |

Upon the verified affidavit of the representative of the plaintiff, and the accompanying memorandum in support, plaintiff moves the Court to issue a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all trust assets of Korean Produce Buying Service, Inc., t/a K.P.T. except for any payment to plaintiff until there is either full payment to plaintiff of $176,342.50 pending the final outcome of this action. Dated this 6th day of August, 2007.

         Respectfully submitted

         LAW OFFICES OF BRUCE LEVINSON

         By: /s/ Bruce Levinson
         Bruce Levinson (BL0749)
         747 Third Avenue, 4th Floor
         New York, New York 10017-2803
         (212) 750-9898

- 2 -

and


Sarah Fry
McCARRON & DIESS
4900 Massachusetts Ave., N.W. Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff