# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | |
|---|---|
| INVOICE NO: | |
| PAGE | 2 |
| DATE | 6/27/07 |
| CUST# | 43305 |
| | 94703 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9534-19 6/27 | 1 | APPLE, GRANNY 12/3 | | 20.00 | 20.00 | |
| | 4 | PEACH WHITE 64 | | 18.00 | 72.00 | |
| | 8 | STRAWBERRIES | | 15.00 | 120.00 | |
| | 3 | APPLE, R. DEL 12/3 | | 20.00 | 60.00 | |
| | 9 | PEACH, 44 | | 24.00 | 216.00 | |
| | 5 | PEACH WHITE 64 | 5 | 18.00 | 90.00 | |
| | 11 | NECTARINES, 56 | | 13.00 | 143.00 | |
| | 11 | APRICOT, 8 | | 20.00 | 220.00 | |
| | 16 | TOMATO 5X6 | | 12.00 | 192.00 | |
| 9534-20 6/27 | 10 | MANGO, 8 | 5 | 7.00 | 70.00 | |
| | 12 | TOMATO, ROMA | | 13.00 | 156.00 | |
| 9534-21 6/27 | 2 | TOMATO, ROMA | | 13.00 | 26.00 | |
| | 2 | ORANGE, VALENCIA 72 | 6 | 28.00 | 56.00 | |
| | 4 | PEACH, 44 | | 24.00 | 96.00 | |
| | 1 | PEACH WHITE 64 | | 18.00 | 18.00 | |
| | 3 | NECTARINES, 44 | | 24.00 | 72.00 | |
| 9534-22 6/27 | 6 | NECTARINES, 56 | 6 | 13.00 | 78.00 | |
| | 7 | APRICOT, 8 | | 20.00 | 140.00 | |
| | 6 | STRAWBERRIES | | 15.00 | 90.00 | |
| | 6 | TOMATO, 5X6 | | 12.00 | 72.00 | |
| 9534-23 6/27 | 9 | MANGO, 8 | 6 | 7.00 | 63.00 | |
| 9534-24 6/27 | 7 | PEACH, 44 | 10 | 24.00 | 168.00 | |
| | 2 | PEACH WHITE 64 | | 18.00 | 36.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P T (MEMO)
123
BRONX    NY
999999

| PAGE | 1 |
|---|---|
| DATE | 6/22/07 |
| CUST# | KPT |
| INVOICE NO: | 94422 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9474-05 6/22 | 15 | CARROT, LOOSE | 1 | 22.00 | 330.00 | |
| | 3 | CUKES, SUPER | | 16.00 | 48.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 7.00 | 7.00 | |
| | 10 | PICKLE KIRBY #1 | | 18.00 | 180.00 | |
| | 3 | POTATO, WHITE A | | 16.00 | 48.00 | |
| 9474-10 6/22 | 10 | MELON, HONEYDEW-5 | 1 | 12.00 | 120.00 | |
| 9474-11 6/22 | 2 | ROMAINE | 2 | 10.00 | 20.00 | |
| | 1 | CARROT, LOOSE | | 22.00 | 22.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 1 | CAULIFLOWER, 12 | | 14.00 | 14.00 | |
| | 3 | PEPPER, RED-LARGE | | 10.00 | 30.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 7.00 | 7.00 | |
| 9474-12 6/22 | 2 | CANTALOUPE, 12 | | 11.00 | 22.00 | |
| | 3 | MELON, HONEYDEW-5 | | 8.00 | 24.00 | |
| 9474-13 6/22 | 5 | MELON, HONEYDEW-5 | | 12.00 | 60.00 | |
| | 4 | LETTUCE, CELLO-24 | 3 | 15.00 | 60.00 | |
| | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 3 | CARROT, LOOSE | | 22.00 | 66.00 | |
| | 1 | CAULIFLOWER, 12 | | 14.00 | 14.00 | |
| 9474-14 6/22 | 3 | CUKES, SUPER | | 16.00 | 48.00 | |
| | 2 | PICKLE KIRBY #1 | 3 | 18.00 | 36.00 | |
| | 2 | POTATO, WHITE A | | 16.00 | 32.00 | |
| | 9 | CANTALOUPE, 12 | | 11.00 | 99.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 2
DATE 6/22/07
CUST# 43305
INVOICE NO: 94422

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEXIC)
123
BRONX            NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9474-15  6/22 | 5 | LETTUCE, CELLO-24 | 5 | 15.00 | 75.00 |
| | 4 | CARROT, CELLO | | 15.00 | 60.00 |
| | 1 | CARROT, LOOSE | | 22.00 | 22.00 |
| | 2 | CAULIFLOWER, 12 | | 14.00 | 28.00 |
| | 1 | CUKES, SUPER | | 16.00 | 16.00 |
| 9474-16  6/22 | 4 | PICKLE KIRBY #1 | 5 | 18.00 | 72.00 |
| | 2 | POTATO, WHITE A | | 16.00 | 32.00 |
| | 1 | ONION | | 20.00 | 20.00 |
| | 5 | CANTALOUPE, 12 | | 11.00 | 55.00 |
| | 3 | MELON, HONEYDEW-5 | | 8.00 | 24.00 |
| 9474-17  6/22 | 8 | MELON, HONEYDEW-5 | 5 | 12.00 | 96.00 |
| 9474-18  6/22 | 1 | CARROT, CELLO | 6 | 15.00 | 15.00 |
| | 1 | CAULIFLOWER, 12 | | 14.00 | 14.00 |
| | 3 | PEPPER, RED-LARGE | | 10.00 | 30.00 |
| | 2 | CUKES, SUPER | | 16.00 | 32.00 |
| 9474-19  6/22 | 1 | EGGPLANT, ITALIAN | 6 | 16.00 | 16.00 |
| | 2 | PICKLE KIRBY #1 | | 18.00 | 36.00 |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 |
| | 4 | ONION | | 20.00 | 80.00 |
| 9474-20  6/22 | 10 | CANTALOUPE, 12 | | 11.00 | 110.00 |
| | 3 | MELON, HONEYDEW-5 | 6 | 8.00 | 24.00 |
| 9474-22  6/22 | 8 | MELON, HONEYDEW-5 | | 12.00 | 96.00 |
| | 2 | LETTUCE, CELLO-24 | 14 | 15.00 | 30.00 |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX                    NY
99999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE    3
DATE    6/22/07
CUST#   43305
        94422

| PO# | DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | | 2 | CUKES, SUPER | 16.00 | 32.00 | |
| | | 2 | CARROT, LOOSE | 18.00 | 36.00 | |
| | | 15 | ONION | 20.00 | 300.00 | |
| 9474-23 | 6/22 | 5 | CANTALOUPE, 12 | 11.00 | 55.00 | |
| 9474-24 | 6/22 | 5 | MELON, HONEYDEW-5 | 8.00 | 40.00 | |
| | | 2 | PEPPER, RED-LARGE | 10.00 | 20.00 | |
| | | 2 | PICKLE KIRBY #1 | 18.00 | 36.00 | |
| | | 8 | ONION | 20.00 | 160.00 | |
| 9474-25 | 6/22 | 10 | CANTALOUPE, 12 | 11.00 | 110.00 | |
| 9474-76 | 6/22 | 2 | MELON, HONEYDEW-5 | 8.00 | 16.00 | |
| | | 7 | LETTUCE, CELLO-24 | 15.00 | 105.00 | |
| | | 1 | CARROT, CELLO | 15.00 | 15.00 | |
| | | 4 | CARROT, LOOSE | 22.00 | 88.00 | |
| | | 7 | CAULIFLOWER, 12 | 14.00 | 98.00 | |
| | | 5 | PEPPER, RED-LARGE | 10.00 | 50.00 | |
| | | 3 | PEPPER, YELLOW-XLG. | 12.00 | 36.00 | |
| 9474-77 | 6/22 | 1 | CUKES, SUPER | 16.00 | 16.00 | |
| | | 13 | SQUASH, GREEN-FANCY | 7.00 | 91.00 | |
| | | 2 | PICKLE KIRBY #1 | 18.00 | 36.00 | |
| | | 3 | POTATO, WHITE A | 16.00 | 48.00 | |
| 9474-78 | 6/22 | 6 | CANTALOUPE, 12 | 11.00 | 66.00 | |
| | | 2 | MELON, HONEYDEW-5 | 8.00 | 16.00 | |
| | | 3 | MELON, HONEYDEW-5 | 12.00 | 36.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | | PAGE | 4 |
|---|---|---|---|---|
| | | | DATE | 6/22/07 |
| | | | CUST# | 43305 |
| | | | | 94422 |

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
125
BRONX         NY
99999



| | DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9474-79 | 6/22 | 1 | BEANS, FAVA | | 20.00 | 20.00 | |
| | | 5 | ROMAINE | 10 | 10.00 | 50.00 | |
| | | 5 | CARROT, LOOSE | | 22.00 | 110.00 | |
| | | 1 | CAULIFLOWER, 12 | | 14.00 | 14.00 | |
| | | 5 | PEPPER, RED-LARGE | | 10.00 | 50.00 | |
| | | 2 | CUKES, SUPER | | 16.00 | 32.00 | |
| | | 1 | PICKLE KIRBY #1 | | 18.00 | 18.00 | |
| 9474-80 | 6/22 | 1 | POTATO, WHITE A | 10 | 16.00 | 16.00 | |
| | | 5 | ONION | | 20.00 | 100.00 | |
| | | 3 | CANTALOUPE, 12 | | 11.00 | 33.00 | |
| | | 5 | MELON, HONEYDEW-5 | 10 | 8.00 | 40.00 | |
| 9474-81 | 6/22 | 10 | MELON, HONEYDEW-5 | | 12.00 | 120.00 | |
| | | 1 | LETTUCE, CELLO-24 | 12 | 15.00 | 15.00 | |
| 9474-82 | 6/22 | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 1 | CARROT, LOOSE | | 22.00 | 22.00 | |
| | | 1 | PEPPER, RED-LARGE | | 10.00 | 10.00 | |
| | | 5 | SQUASH, GREEN-FANCY | 1 | 7.00 | 35.00 | |
| 9513-61 | 6/22 | 5 | RUBY STAR GRFRT 27 | | 22.00 | 110.00 | |
| | | 12 | AVOCADOS HASS, 40 | | 45.00 | 540.00 | |
| | | 5 | AVOCADOS HASS, 40 | 2 | 45.00 | 225.00 | |
| 9513-62 | 6/22 | 3 | TOMATOE, GRAPE | | 15.00 | 45.00 | |
| | | 3 | APRICOT, 10 | | 18.00 | 54.00 | |
| | | 5 | TOMATO, 5x6 | | 11.00 | 55.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX   NY
99999

INVOICE NO:
CUST# 43305
DATE 6/22/07
PAGE 5       94422

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9513-63 6/22 | 1 | APPLE, R. DEL 12/3 | 3 | 20.00 | 20.00 | |
|  | 1 | RUBY STAR GRFRT 32 |  | 20.00 | 20.00 | |
|  | 1 | NECTARINES, WHITE 72 |  | 18.00 | 18.00 | |
|  | 1 | APRICOT, 10 |  | 18.00 | 18.00 | |
|  | 5 | TOMATO, 5x6 |  | 11.00 | 55.00 | |
| 9513-64 6/22 | 1 | TOMATOE, GRAPE | 3 | 15.00 | 15.00 | |
| 9513-65 6/22 | 4 | AVOCADOS HASS, 40 | 5 | 45.00 | 180.00 | |
|  | 1 | APPLE MAC 100XF |  | 38.00 | 38.00 | |
|  | 2 | RUBY STAR GRFRT 48 |  | 16.00 | 32.00 | |
|  | 1 | PEACH, 40/42 |  | 26.00 | 26.00 | |
|  | 11 | TOMATO, 5x6 |  | 11.00 | 121.00 | |
|  | 2 | RUBY STAR GRFRT 27 | 6 | 22.00 | 44.00 | |
| 9513-66 6/22 | 2 | RUBY STAR GRFRT 32 |  | 20.00 | 40.00 | |
|  | 8 | RUBY STAR GRFRT 48 |  | 16.00 | 128.00 | |
|  | 5 | PEACH, 40/42 |  | 26.00 | 130.00 | |
|  | 2 | NECTARINES, WHITE 72 |  | 18.00 | 36.00 | |
|  | 3 | APRICOT, 10 | 6 | 18.00 | 54.00 | |
| 9513-67 6/22 | 4 | TOMATO, 5x6 |  | 11.00 | 44.00 | |
|  | 3 | AVOCADOS HASS, 40 |  | 45.00 | 135.00 | |
|  | 1 | TOMATOE, GRAPE |  | 15.00 | 15.00 | |
| 9513-68 6/22 | 6 | RUBY STAR GRFRT 27 | 7 | 22.00 | 132.00 | |
|  | 1 | RUBY STAR GRFRT 48 |  | 16.00 | 16.00 | |

# A. & J. Produce Corp.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | PAGE | 6 |
|---|---|---|---|
| | | DATE | 6/22/07 |
| INVOICE NO: | | CUST# | 43305 |
| | | | 94422 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX
95999

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9513-69  6/22 | 2 | ORANGE, NAVEL 72 | 23.00 | 46.00 | |
| | 2 | ORANGE, NAVEL 113 | 24.00 | 48.00 | |
| | 1 | PEACH, 40/42 | 26.00 | 26.00 | |
| 9513-70  6/22 | 4 | AVOCADOS HASS, 40 | 45.00 | 180.00 | |
| | 1 | TOMATOE, GRAPE | 15.00 | 15.00 | |
| | 1 | RUBY STAR GRFRT 27 | 22.00 | 22.00 | |
| | 1 | APRICOT, 10 | 18.00 | 18.00 | |
| | 3 | TOMATO, 5x6 | 11.00 | 33.00 | |
| 9513-71  6/22 | 1 | AVOCADOS HASS, 40 | 45.00 | 45.00 | |
| | 1 | RUBY STAR GRFRT 27 | 22.00 | 22.00 | |
| | 3 | PEACH, 40/42 | 26.00 | 78.00 | |
| | 14 | TOMATO, 5x6 | 11.00 | 154.00 | |
| 9513-72  6/22 | 2 | AVOCADOS HASS, 40 | 45.00 | 90.00 | |
| | 3 | TOMATOE, GRAPE | 15.00 | 45.00 | |
| | 3 | PEACH, 40/42 | 26.00 | 78.00 | |
| | 9 | TOMATO, 5x6 | 11.00 | 99.00 | |
| 9513-73  6/22 | 4 | AVOCADOS HASS, 40 | 45.00 | 180.00 | |
| | 3 | ONION, REGULAR | 20.00 | 60.00 | |
| 9550-73  6/22 | 4 | ONION, REGULAR | 20.00 | 80.00 | |
| 9550-74  6/22 | 2 | PICKLE KIRBY #1 | 18.00 | 36.00 | |
| 19474-83  6/22 | 1 | MELON, HONEYDEW--5 | 8.00 | 8.00 | |
| | 5 | MELON, HONEYDEW--5 | 12.00 | 60.00 | |
| | | TOTAL FOR 6/22 | | | 8366.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| SOLD TO: | | | | |
|---|---|---|---|---|
| K P T (MEMO) | | INVOICE NO: | | |
| 123 | | DATE | 6/25/07 | |
| BRONX | NY | CUST# | KPT | |
| 99999 | | | 94519 | |

PAGE 1
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9521-26 6/25 | 5 | GRAPES, SUGARONE BAGS 14 | | 18.00 | 90.00 | |
| | 5 | AVOCADOS HASS, 40 | | 44.00 | 220.00 | |
| 9521-64 6/25 | 10 | GRAPES, SUGARONE BAGS 1 | | 18.00 | 180.00 | |
| | 1 | LEMONS, 140 | | 33.00 | 33.00 | |
| | 13 | AVOCADOS HASS, 40 | | 44.00 | 572.00 | |
| 9521-65 6/25 | 9 | AVOCADOS HASS, 40 | 2 | 44.00 | 396.00 | |
| | 1 | AVOCADOS HASS, 48 | | 42.00 | 42.00 | |
| | 3 | RUBY STAR GRFPT 48 | | 16.00 | 48.00 | |
| | 1 | PEACH, 49/42 | | 26.00 | 26.00 | |
| | 1 | TOMATO, 5x6 | | 12.00 | 12.00 | |
| | 9 | APPLE, GRANNY 12/3 | 3 | 22.00 | 108.00 | |
| 9521-66 6/25 | 1 | ORANGE, VALENCIA 113 | | 22.00 | 22.00 | |
| | 1 | TOMATO, 5x6 | | 26.00 | 26.00 | |
| | 5 | AVOCADOS HASS, 40 | | 12.00 | 60.00 | |
| 9521-67 6/25 | 6 | RUBY STAR GRFPT 48 | 5 | 44.00 | 264.00 | |
| | 1 | ORANGE, VALENCIA 80 | | 16.00 | 16.00 | |
| | 2 | PEACH, 40/42 | | 20.00 | 40.00 | |
| | 1 | NECTERINES, WHITE, 64 | | 26.00 | 26.00 | |
| | 5 | GRAPES, SUGARONE BAGS | 5 | 20.00 | 100.00 | |
| 9521-68 6/25 | 1 | LEMONS, 140 | | 18.00 | 18.00 | |
| | 1 | TOMATO, 5x6 | | 33.00 | 33.00 | |
| | 8 | AVOCADOS HASS, 40 | | 12.00 | 96.00 | |
| 9521-69 6/25 | 11 | AVOCADOS HASS, 40 | | 44.00 | 484.00 | |
| | 3 | PEACH, 40/42 | 6 | 26.00 | 78.00 | |






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| SOLD TO: | K P T (MEMO) |
|---|---|
| | 123 |
| | BRONX NY |
| | 99999 |

| PAGE | 2 |
|---|---|
| DATE | 6/25/07 |
| CUST# | 43305 |
| INVOICE NO: | 94519 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 1 | GRAPES, SUGARONE BAGS | | 18.00 | 18.00 | |
| | 2 | LEMONS, 140 | | 33.00 | 66.00 | |
| 9521-70  6/25 | 2 | TOMATO, 5x6 | | 12.00 | 24.00 | |
| 9521-71  6/25 | 3 | AVOCADOS HASS, 40 | | 44.00 | 132.00 | |
| | 5 | MANGO, 12 | | 5.50 | 27.50 | |
| | 1 | NECTERINES, WHITE, 64 | 6 | 20.00 | 20.00 | |
| | 4 | TOMATO, 5x6 | | 12.00 | 48.00 | |
| | 9 | AVOCADOS HASS, 40 | 7 | 44.00 | 396.00 | |
| 9521-72  6/25 | 1 | ORANGE, VALENCIA 113 | 8 | 26.00 | 26.00 | |
| | 1 | NECTERINES, WHITE, 64 | | 20.00 | 20.00 | |
| | 12 | TOMATO, 5x6 | | 12.00 | 144.00 | |
| 9521-73  6/25 | 2 | AVOCADOS HASS, 40 | | 44.00 | 88.00 | |
| | 11 | AVOCADOS HASS, 40 | 10 | 44.00 | 484.00 | |
| | 1 | APPLE MAC 100XF | | 40.00 | 40.00 | |
| | 2 | RUBY STAR GRFRT 48 | | 16.00 | 32.00 | |
| | 3 | PEACH, 40/42 | | 26.00 | 78.00 | |
| | 5 | NECTERINES, WHITE, 64 | | 20.00 | 100.00 | |
| 9521-74  6/25 | 2 | APPLE, GALA 80 X/F | 10 | 42.00 | 84.00 | |
| | 4 | LEMONS, 140 | | 33.00 | 132.00 | |
| | 13 | TOMATO, 5x6 | | 12.00 | 156.00 | |
| 9521-75  6/25 | 3 | APPLE MAC 100XF | 12 | 40.00 | 120.00 | |
| | 3 | APPLE, GALA 80 X/F | | 42.00 | 126.00 | |
| | 5 | TOMATO, 5x6 | | 12.00 | 60.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| SOLD TO: | | | | | |
|---|---|---|---|---|---|
| K P T (MEMO) | | | INVOICE NO: | | |
| 123 | | | DATE 6/25/07 | | |
| BRONX | | | CUST# 43305 | | |
| 999999 | | | | 94519 | |
| | | | PAGE 3 | | |

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9556-94 6/25 | 8 | LETTUCE, CELLO-24 | 1 | 15.00 | 120.00 | |
| | 7 | SCALLIONS | | 12.00 | 84.00 | |
| | 5 | PEPPER, RED-LARGE | | 10.00 | 50.00 | |
| | 3 | CUKES, SUPER | | 16.00 | 48.00 | |
| 9556-95 6/25 | 26 | SQUASH, GREEN-FANCY | 2 | 7.00 | 182.00 | |
| | 4 | ROMAINE | | 12.00 | 48.00 | |
| | 2 | SCALLIONS | | 12.00 | 24.00 | |
| | 1 | BEANS, GREEN | | 12.00 | 12.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 7.00 | 7.00 | |
| | 1 | POTATO, WHITE A | | 15.00 | 15.00 | |
| 9556-96 6/25 | 2 | ONION, REGULAR | 2 | 21.00 | 42.00 | |
| | 4 | BROCOLLI, CROWNS | | 10.00 | 40.00 | |
| 9556-97 6/25 | 17 | CANTALOUPE, 12 | | 11.00 | 187.00 | |
| | 1 | LETTUCE, CELLO-24 | 3 | 15.00 | 15.00 | |
| | 2 | SCALLIONS | | 12.00 | 24.00 | |
| | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 1 | CARROT, LOOSE | | 22.00 | 22.00 | |
| | 5 | BEANS, GREEN | | 12.00 | 60.00 | |
| 9556-98 6/25 | 1 | PARSNIPS, 25LB. | 3 | 14.00 | 14.00 | |
| | 5 | PEPPER, SUNTAN | | 7.00 | 35.00 | |
| | 1 | POTATO, WHITE A | | 15.00 | 15.00 | |
| 9556-99 6/25 | 8 | CANTALOUPE, 12 | 5 | 11.00 | 88.00 | |
| | 3 | ROMAINE | | 12.00 | 36.00 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
DATE 6/25/07
CUST# 43305
PAGE 4

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX     NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9557-00 6/25 | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 3 | CARROT, LOOSE | | 22.00 | 66.00 | |
| | 3 | BEANS, GREEN | | 12.00 | 36.00 | |
| | 3 | PEPPER, SUNTAN | 5 | 7.00 | 21.00 | |
| | 1 | CUKES, SUPER | | 16.00 | 16.00 | |
| | 4 | SQUASH, GREEN-FANCY | | 7.00 | 28.00 | |
| | 2 | ONION, REGULAR | | 21.00 | 42.00 | |
| | 3 | BROCOLLI, CROWNS | | 10.00 | 30.00 | |
| | 7 | CANTALOUPE, 12 | | 11.00 | 77.00 | |
| 9557-76 6/25 | 1 | LETTUCE, CELLO-24 | 6 | 15.00 | 15.00 | |
| 9557-79 6/25 | 5 | SCALLIONS | | 12.00 | 60.00 | |
| | 1 | CARROT, LOOSE | | 22.00 | 22.00 | |
| | 3 | BEANS, GREEN | | 12.00 | 36.00 | |
| | 2 | SQUASH, GREEN-FANCY | | 7.00 | 14.00 | |
| 9557-80 6/25 | 3 | ONION, REGULAR | 6 | 21.00 | 63.00 | |
| | 2 | CANTALOUPE, 12 | | 20.00 | 40.00 | |
| | 2 | ONION | | 11.00 | 22.00 | |
| 9557-81 6/25 | 6 | WATERMELON, B | 6 | 12.00 | 72.00 | |
| 9557-82 6/25 | 5 | LETTUCE, CELLO-24 | 7 | 15.00 | 75.00 | |
| | 3 | SCALLIONS | | 12.00 | 36.00 | |
| | 1 | BEANS, GREEN | | 12.00 | 12.00 | |
| | 5 | CUKES, SUPER | | 16.00 | 80.00 | |
| | 11 | SQUASH, GREEN-FANCY | | 7.00 | 77.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | | | PAGE | 5 |
|---|---|---|---|---|---|
| | | | | DATE | 6/25/07 |
| | | | | CUST# | 43305 |
| | | | | INVOICE NO: | 94519 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX                    NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9557-83 6/25 | 10 | ONION | 7 | 21.00 | 210.00 | |
| | 4 | CANTALOUPE, 12 | | 11.00 | 44.00 | |
| 9557-84 6/25 | 4 | SCALLIONS | 8 | 12.00 | 48.00 | |
| | 2 | CARROT, LOOSE | | 22.00 | 44.00 | |
| | 3 | BEANS, GREEN | | 12.00 | 36.00 | |
| | 1 | PEPPER, RED-LARGE | | 10.00 | 10.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 7.00 | 7.00 | |
| 9557-85 6/25 | 10 | BROCOLLI, CROWNS | 8 | 10.00 | 100.00 | |
| | 36 | CANTALOUPE, 12 | | 11.00 | 396.00 | |
| 9557-86 6/25 | 5 | ROMAINE | 10 | 12.00 | 60.00 | |
| | 3 | SCALLIONS | | 12.00 | 36.00 | |
| | 6 | BEANS, GREEN | | 12.00 | 72.00 | |
| | 1 | PEPPER, RED-LARGE | | 10.00 | 10.00 | |
| | 5 | PEPPER, SUNTAN | | 7.00 | 35.00 | |
| 9557-87 6/25 | 3 | CUKES, SUPER | 10 | 16.00 | 48.00 | |
| | 3 | SQUASH, GREEN-FANCY | | 7.00 | 21.00 | |
| | 1 | POTATO, WHITE A | | 15.00 | 15.00 | |
| | 6 | BROCOLLI, CROWNS | | 10.00 | 60.00 | |
| | 4 | CANTALOUPE, 12 | | 11.00 | 44.00 | |
| | 5 | SCALLIONS | 10 | 12.00 | 60.00 | |
| 9557-88 6/25 | 1 | CARROT, LOOSE | | 22.00 | 22.00 | |
| 9557-89 6/25 | 2 | BEANS, GREEN | 12 | 12.00 | 24.00 | |
| | 2 | CUKES, SUPER | | 16.00 | 32.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | | PAGE | 6 |
|---|---|---|---|---|
| | | | DATE | 6/25/07 |
| | | | CUST# | 43305 |
| INVOICE NO: | | | | 944519 |
| TERMS: NET CASH. Bills must be paid under PACA Terms. | | | | |

**SOLD TO:**
K P T (MEMO)
123
BRONX  NY
999999

| DATE | QUANTITY | | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9557-90 | 6/25 | 3 | ONION | | 21.00 | 63.00 |
| | | 7 | CANTALOUPE, 12 | | 11.00 | 77.00 |
| 9557-91 | 6/25 | 4 | LETTUCE, CELLO-24 | | 15.00 | 60.00 |
| | | 20 | SCALLIONS | | 12.00 | 240.00 |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 |
| | | 5 | CARROT, LOOSE | | 22.00 | 110.00 |
| | | 2 | BEANS, GREEN | | 12.00 | 24.00 |
| 9557-92 | 6/25 | 5 | PEPPER, RED-LARGE | | 10.00 | 50.00 |
| | | 10 | SQUASH, GREEN-FANCY | | 7.00 | 70.00 |
| | | 2 | POTATO, WHITE A | | 15.00 | 30.00 |
| | | 5 | CANTALOUPE, 12 | | 11.00 | 55.00 |
| 9684-55 | 6/25 | 4 | POTATO RUSSETT, 80 | | 16.50 | 66.00 |
| 9684-57 | 6/25 | 4 | POTATO RUSSETT, 80 | | 16.50 | 66.00 |
| 9684-58 | 6/25 | 2 | POTATO RUSSETT, 80 | | 16.50 | 33.00 |
| 9684-59 | 6/25 | 1 | POTATO RUSSETT, 80 | | 16.50 | 16.50 |
| 9684-60 | 6/25 | 10 | POTATO RUSSETT, 60 | | 16.50 | 165.00 |

TOTAL FOR 6/25    10142.00

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT—> 10142.00






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P T (MEMO)
123
BRONX    NY
99999

| PAGE | 1 |
|---|---|
| DATE | 6/26/07 |
| CUST# | KPT |
| INVOICE NO: | 94616 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9528-52 | 6/26 | 5 | TOMATO, 5X6 | 1 | 12.00 | 60.00 |
| 9528-55 | 6/26 | 18 | MANGO, 9 | 2 | 7.50 | 135.00 |
| | | 3 | ORANGE, VALENCIA 56 | | 28.00 | 84.00 |
| | | 2 | APRICOT, 8 | | 22.00 | 44.00 |
| | | 8 | TOMATO, 5X6 | | 12.00 | 96.00 |
| 9528-56 | 6/26 | 2 | APRICOT, 8 | 3 | 22.00 | 44.00 |
| | | 1 | PEACH, WHITE 44 | | 24.00 | 24.00 |
| | | 2 | NECTERINES, WHITE, 64 | | 20.00 | 40.00 |
| | | 17 | TOMATO, 5X6 | | 12.00 | 204.00 |
| | | 15 | MANGO, 8 | | 7.50 | 112.50 |
| 9528-57 | 6/26 | 4 | ORANGE, VALENCIA 56 | 5 | 28.00 | 112.00 |
| | | 4 | APRICOT, 8 | | 22.00 | 88.00 |
| | | 2 | ORANGE, VALENCIA 80 | | 22.00 | 44.00 |
| | | 1 | LEMONS, 140 | | 33.00 | 33.00 |
| | | 3 | FORELLI PEAR, 70 | | 35.00 | 105.00 |
| | | 2 | PEACH, WHITE 44 | | 24.00 | 48.00 |
| 9528-58 | 6/26 | 8 | TOMATO, 5X6 | | 12.00 | 96.00 |
| | | 12 | MANGO, 8 | 6 | 7.50 | 90.00 |
| | | 5 | MANGO, 8 | | 7.50 | 37.50 |
| | | 2 | RUBY STAR GRFRT 27 | | 22.00 | 44.00 |
| 9528-59 | 6/26 | 3 | APRICOT, 8 | | 22.00 | 66.00 |
| | | 3 | ORANGE, VALENCIA 80 | | 22.00 | 66.00 |
| | | 1 | LEMONS, 140 | | 33.00 | 33.00 |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)




SOLD TO:
K P T (MEMO)
123
BRONX        NY
99999

INVOICE NO:
PAGE    2
DATE    6/26/07
CUST#   43305
        94616

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | 9528- | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6/26 | 9528-60 | 1 | NECTERINES, WHITE, 64 | 6 | 20.00 | 20.00 |
| 6/26 | 9528-61 | 13 | LEMONS, 140 | 7 | 33.00 | 429.00 |
| 6/26 | 9528-62 | 3 | NECTERINES, WHITE, 64 | | 20.00 | 60.00 |
| 6/26 | | 2 | APPLE MAC 100XF | 8 | 40.00 | 80.00 |
| 6/26 | | 7 | PEACH, 40/42 | | 24.00 | 168.00 |
| 6/26 | | 1 | FORELLI PEAR, 70 | | 35.00 | 35.00 |
| 6/26 | | 35 | MANGO, 8 | | 7.50 | 262.50 |
| 6/26 | 9528-63 | 2 | RUBY STAR GRFRT 27 | 10 | 22.00 | 44.00 |
| | | 2 | ORANGE, VALENCIA 56 | | 28.00 | 56.00 |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 |
| | | 5 | ORANGE, VALENCIA 80 | | 22.00 | 110.00 |
| | | 7 | TOMATO, 5X6 | | 12.00 | 84.00 |
| 6/26 | 9528-64 | 5 | MANGO, 8 | 10 | 7.50 | 37.50 |
| 6/26 | 9528-65 | 3 | APPLE, GRANNY 12/3 | 12 | 22.00 | 66.00 |
| | | 3 | ORANGE, VALENCIA 80 | | 22.00 | 66.00 |
| | | 15 | TOMATO, 5X6 | | 12.00 | 180.00 |
| | | 5 | MANGO, 8 | | 7.50 | 37.50 |
| 6/26 | 9528-66 | 5 | LEMONS, 140 | 14 | 33.00 | 165.00 |
| | | 1 | SCALLIONS | 1 | 12.00 | 12.00 |
| | | 11 | CARROT, LOOSE | | 20.00 | 220.00 |
| 6/26 | 9563-15 | 10 | SQUASH, GREEN-FANCY | | 5.00 | 50.00 |
| | | 5 | CANTALOUPE, 12 | | 11.00 | 55.00 |
| | | 2 | MELON, HONEYDEW-5 | | 8.00 | 16.00 |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



**SOLD TO:**
K P T (MEMO)
123
BRONX    NY
999999

| PAGE | 3 |
|---|---|
| DATE | 6/26/07 |
| CUST# | 43305 |
| INVOICE NO: | 94616 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9563-16 | 6/26 | 4 | BROCOLLI, CROWNS | 2 | 10.00 | 40.00 |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 |
| | | 3 | PEPPER, SUNTAN | | 7.00 | 21.00 |
| | | 3 | CUKES, SELECT | | 7.00 | 21.00 |
| | | 10 | SQUASH, GREEN-FANCY | | 5.00 | 50.00 |
| 9563-17 | 6/26 | 3 | PEPPER, JUMBO | 2 | 10.00 | 30.00 |
| | | 2 | ONION | | 22.00 | 44.00 |
| | | 2 | CANTALOUPE, 12 | | 11.00 | 22.00 |
| | | 6 | MELON, HONEYDEW-5 | | 8.00 | 48.00 |
| 9563-18 | 6/26 | 2 | SCALLIONS | 3 | 12.00 | 24.00 |
| | | 5 | CARROT, CELLO | | 15.00 | 75.00 |
| | | 14 | SQUASH, GREEN-FANCY | | 5.00 | 70.00 |
| | | 5 | PEPPER, JUMBO | | 10.00 | 50.00 |
| | | 6 | CANTALOUPE, 12 | | 11.00 | 66.00 |
| 9563-19 | 6/26 | 1 | MELON, HONEYDEW-5 | 3 | 8.00 | 8.00 |
| | | 2 | MELON, HONEYDEW-6 | | 8.00 | 16.00 |
| 9563-20 | 6/26 | 16 | SCALLIONS | 5 | 12.00 | 192.00 |
| | | 1 | ANISE, 24=2 DZ | | 18.00 | 18.00 |
| | | 3 | CARROT, CELLO | | 15.00 | 45.00 |
| | | 3 | CARROT, LOOSE | | 20.00 | 60.00 |
| | | 10 | PEPPER, SUNTAN | | 7.00 | 70.00 |
| 9563-21 | 6/26 | 1 | CUKES, SELECT | 5 | 7.00 | 7.00 |
| | | 16 | SQUASH, GREEN-FANCY | | 5.00 | 80.00 |





# A. & J. INDUCO.COM.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | | | PAGE | 4 |
|---|---|---|---|---|
| INVOICE NO: | | | DATE | 6/26/07 |
| TERMS: NET CASH. Bills must be paid under PACA Terms. | | | CUST# | 43305 |
| | | | | 94616 |

SOLD TO:
K P T (MEMO)
123
BRONX
999999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9563-22 6/26 | 1 | PEPPER, JUMBO | | 10.00 | 10.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 10 | ONION | | 22.00 | 220.00 | |
| 9563-23 6/26 | 11 | CANTALOUPE, 12 | 5 | 11.00 | 121.00 | |
| | 10 | MELON, HONEYDEW-6 | | 8.00 | 80.00 | |
| | 2 | SCALLIONS | | 12.00 | 24.00 | |
| | 3 | CARROT, LOOSE | | 20.00 | 60.00 | |
| | 2 | PEPPER, RED-LARGE | | 12.00 | 24.00 | |
| | 5 | SQUASH, GREEN-FANCY | 6 | 5.00 | 25.00 | |
| | 2 | ONION, REGULAR | | 24.00 | 48.00 | |
| 9563-24 6/26 | 3 | MELON, HONEYDEW-5 | 6 | 8.00 | 24.00 | |
| 9563-25 6/26 | 1 | SCALLIONS | 7 | 12.00 | 12.00 | |
| | 7 | CARROT, CELLO | | 15.00 | 105.00 | |
| | 13 | SQUASH, GREEN-FANCY | | 5.00 | 65.00 | |
| | 4 | ONION | | 24.00 | 96.00 | |
| | 3 | ONION | | 22.00 | 66.00 | |
| 9564-79 6/26 | 10 | CANTALOUPE, 12 | 7 | 11.00 | 110.00 | |
| 9564-80 6/26 | 1 | SCALLIONS | 8 | 12.00 | 12.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 2 | PEPPER, RED-LARGE | | 12.00 | 24.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 5.00 | 5.00 | |
| 9564-81 6/26 | 5 | CANTALOUPE, 12 | | 11.00 | 55.00 | |
| | 8 | WATERMELON, 8 | 8 | 10.00 | 80.00 | |



# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX    NY
999999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 5
DATE 6/26/07
CUST# 43305
94616

| DATE | QUANTITY | DESCRIPTION | | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9564-82  6/26 | 5 | BROCOLLI, CROWNS | | 10 | 10.00 | 50.00 | |
|  | 1 | ANISE, 24=2 DZ | | | 18.00 | 18.00 | |
|  | 7 | CARROT, LOOSE | | | 20.00 | 140.00 | |
|  | 1 | PEPPER, RED-LARGE | | | 12.00 | 12.00 | |
|  | 1 | CUKES, SELECT | | | 7.00 | 7.00 | |
| 9564-83  6/26 | 6 | SQUASH, GREEN-FANCY | | 10 | 5.00 | 30.00 | |
|  | 4 | PEPPER, JUMBO | | | 10.00 | 40.00 | |
|  | 3 | ONION, REGULAR | | | 24.00 | 72.00 | |
|  | 4 | ONION | | | 22.00 | 88.00 | |
|  | 8 | CANTALOUPE, 12 | | | 11.00 | 88.00 | |
| 9564-84  6/26 | 2 | MELON, HONEYDEW-6 | | 10 | 8.00 | 16.00 | |
| 9564-85  6/26 | 1 | CARROT, LOOSE | | 12 | 20.00 | 20.00 | |
|  | 10 | SQUASH, GREEN-FANCY | | | 5.00 | 50.00 | |
|  | 3 | PEPPER, JUMBO | | | 10.00 | 30.00 | |
|  | 1 | ONION | | | 24.00 | 24.00 | |
|  | 10 | CANTALOUPE, 12 | | | 11.00 | 110.00 | |
| 9566-30  6/26 | 12 | MELON, HONEYDEW-5 | | 7 | 8.00 | 96.00 | |
| | | | | TOTAL FOR 6/26 | | 7287.50 | |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT→   7287.50






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

**SOLD TO:**
K P T (MEMO)
123
BRONX
99999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 1
DATE 6/27/07
CUST# KPT
94703

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9531-17 6/27 | 1 | MUSHROOM, OYSTER | 10 | 13.00 | 13.00 |
| 9533-76 6/27 | 3 | TOMATO, ROMA | 12 | 13.00 | 39.00 |
|  | 4 | STRAWBERRIES |  | 15.00 | 60.00 |
|  | 20 | MANGO, 8 |  | 7.00 | 140.00 |
| 9533-77 6/27 | 2 | APPLE, R. DEL 12/3 | 14 | 20.00 | 40.00 |
|  | 5 | TOMATO, 5X6 |  | 12.00 | 60.00 |
| 9534-05 6/27 | 3 | PEACH WHITE 64 |  | 18.00 | 54.00 |
|  | 1 | NECTARINES, 44 | 2 | 24.00 | 24.00 |
|  | 4 | TOMATO, 5X6 |  | 12.00 | 48.00 |
|  | 3 | TOMATO, ROMA |  | 13.00 | 39.00 |
| 9534-06 6/27 | 30 | MANGO, 8 |  | 7.00 | 210.00 |
| 9534-13 6/27 | 5 | PEACH WHITE 64 |  | 18.00 | 90.00 |
|  | 8 | APRICOT, 8 | 1 | 20.00 | 160.00 |
|  | 26 | STRAWBERRIES |  | 15.00 | 390.00 |
| 9534-14 6/27 | 20 | TOMATO, 5X6 |  | 12.00 | 240.00 |
|  | 5 | GRAPE, BLK. SEEDL. BAGS | 1 | 28.00 | 140.00 |
| 9534-15 6/27 | 5 | TOMATO, ROMA | 8 | 13.00 | 65.00 |
|  | 8 | ORANGE, VALENCIA 56 |  | 28.00 | 224.00 |
|  | 8 | PEACH, 44 |  | 24.00 | 192.00 |
| 9534-16 6/27 | 1 | GRAPE, BLK. SEEDL. BAGS |  | 28.00 | 28.00 |
|  | 20 | MANGO, 8 | 8 | 7.00 | 140.00 |
| 9534-17 6/27 | 5 | MANGO, 8 |  | 7.00 | 35.00 |
|  | 2 | APPLE, R. DEL 12/3 | 3 | 20.00 | 40.00 |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

| | |
|---|---|
| PAGE | 5 |
| DATE | 6/27/07 |
| CUST# | 43305 |
| INVOICE NO: | 94703 |

**TERMS: NET CASH.** Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX
99999

| | DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9534-25 | 6/27 | 10 | NECTARINES, 56 | | 13.00 | 130.00 | |
| | | 5 | TOMATO, 5X6 | | 12.00 | 60.00 | |
| | | 31 | MANGO, 8 | | 7.00 | 217.00 | |
| | | 1 | TOMATO, ROMA | 10 | 13.00 | 13.00 | |
| 9570-63 | 6/27 | 10 | LETTUCE, CELLO-24 | 1 | 16.00 | 160.00 | |
| | | 1 | SCALLIONS | | 12.00 | 12.00 | |
| | | 5 | PEPPER, RED-LARGE | | 12.00 | 60.00 | |
| | | 5 | POTATO, WHITE A | | 16.00 | 80.00 | |
| 9570-64 | 6/27 | 1 | SCALLIONS | | 12.00 | 12.00 | |
| | | 1 | BROCOLLI, CROWNS | 2 | 10.00 | 10.00 | |
| | | 4 | CARROT, LOOSE | | 20.00 | 80.00 | |
| | | 2 | CUKES, SELECT | | 8.00 | 16.00 | |
| | | 1 | ONION | | 24.00 | 24.00 | |
| 9570-65 | 6/27 | 14 | CANTALOUPE, 12 | 2 | 11.00 | 154.00 | |
| | | 3 | MELON, HONEYDEW-6 | | 8.00 | 24.00 | |
| 9570-66 | 6/27 | 22 | LETTUCE, CELLO-24 | 3 | 16.00 | 32.00 | |
| | | 7 | SCALLIONS | | 12.00 | 84.00 | |
| | | 1 | ANISE, 24=2 DZ | | 20.00 | 20.00 | |
| | | 2 | CAULIFLOWER, 12 | | 14.00 | 28.00 | |
| | | 4 | CUKES, SELECT | | 8.00 | 32.00 | |
| | | 1 | SQUASH, GREEN-FANCY | 3 | 5.00 | 5.00 | |
| 9570-67 | 6/27 | 1 | SQUASH, ACORN | | 15.00 | 15.00 | |
| | | 1 | ONION, WHITE | | 20.00 | 20.00 | |