# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

NY

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 3
DATE 7/02/07
CUST# 43305
95237

SOLD TO:
K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PD# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9594-61 7/02 | 21 | SQUASH, GREEN-FANCY  1 | | 10.00 | 210.00 | |
| | 1 | LETTUCE, BOSTON | | 12.00 | 12.00 | |
| | 11 | MELON, HONEYDEW-5 | | 9.00 | 99.00 | |
| 9594-62 7/02 | 13 | CANTALOUPE, 12 | | 10.00 | 130.00 | |
| | 5 | ROMAINE | | 12.00 | 60.00 | |
| | 4 | SCALLIONS | | 11.00 | 44.00 | |
| | 1 | BROCOLLI, CROWNS 2 | | 10.00 | 10.00 | |
| | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | 3 | CAULIFLOWER, 12 | | 12.00 | 36.00 | |
| 9594-63 7/02 | 3 | SPINACH | | 10.00 | 30.00 | |
| | 1 | CUKES, SELECT  2 | | 7.00 | 7.00 | |
| | 2 | PICKLE KIRBY #1 | | 16.00 | 32.00 | |
| | 2 | SQUASH, GREEN-FANCY | | 10.00 | 20.00 | |
| | 2 | LETTUCE, BOSTON | | 12.00 | 24.00 | |
| | 1 | ONION, REGULAR  2 | | 24.00 | 24.00 | |
| 9594-64 7/02 | 1 | MELON, HONEYDEW-5 | | 22.00 | 22.00 | |
| | 14 | CANTALOUPE, 12  3 | | 9.00 | 126.00 | |
| | 27 | SCALLIONS | | 10.00 | 270.00 | |
| | 4 | CARROT, LOOSE | | 11.00 | 44.00 | |
| | 2 | PARSNIPS, 25LB. | | 20.00 | 40.00 | |
| 9594-65 7/02 | 1 | CARROT, LOOSE | | 13.00 | 13.00 | |
| | 4 | CUKES, SELECT | | 7.00 | 28.00 | |
| | 1 | PICKLE KIRBY #1 | | 16.00 | 16.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

INVOICE NO:
PAGE 4
DATE 6/27/07
CUST# 43305
94703

**SOLD TO:** K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9570-68 6/27 | 28 | CANTALOUPE, 12 | | 11.00 | 308.00 | |
| | 1 | MELON, HONEYDEW-6 | | 8.00 | 8.00 | |
| | 12 | LETTUCE, CELLO-24 | 5 | 16.00 | 192.00 | |
| | 31 | SCALLIONS | | 12.00 | 372.00 | |
| | 1 | PEPPER, RED-LARGE | | 12.00 | 12.00 | |
| | 6 | CUKES, SELECT | | 8.00 | 48.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| 9570-69 6/27 | 16 | CANTALOUPE, 12 | 5 | 11.00 | 176.00 | |
| | 2 | MELON, HONEYDEW-6 | | 8.00 | 16.00 | |
| 9570-70 6/27 | 1 | CARROT, CELLO | 6 | 15.00 | 15.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 1 | PEPPER, RED-LARGE | | 12.00 | 12.00 | |
| | 5 | SQUASH, GREEN-FANCY | | 5.00 | 25.00 | |
| | 1 | ONION, WHITE | | 20.00 | 20.00 | |
| 9570-71 6/27 | 2 | CANTALOUPE, 12 | 6 | 24.00 | 48.00 | |
| | 3 | MELON, HONEYDEW-6 | | 11.00 | 33.00 | |
| | 1 | LETTUCE, CELLO-24 | 7 | 8.00 | 8.00 | |
| 9570-72 6/27 | 15 | CARROT, CELLO | | 16.00 | 240.00 | |
| | 3 | CARROT, LOOSE | | 15.00 | 45.00 | |
| | 1 | RADISH, CELLO | | 20.00 | 20.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 6.00 | 6.00 | |
| 9570-73 6/27 | 10 | POTATO, WHITE A | 7 | 5.00 | 50.00 | |
| | 1 | | | 16.00 | 16.00 | |






# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 5
DATE 6/27/07
CUST# 43305
94703

SOLD TO:
K P T (MEMO)
123
BRONX    NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9570-74 6/27 | 3 | ONION | | 24.00 | 72.00 | |
| | 3 | ONION | | 22.00 | 66.00 | |
| | 12 | CANTALOUPE, 12 | | 11.00 | 132.00 | |
| | 1 | LETTUCE, CELLO-24 | 8 | 16.00 | 16.00 | |
| | 2 | SCALLIONS | | 12.00 | 24.00 | |
| | 2 | ANISE, 24=2 DZ | | 20.00 | 40.00 | |
| | 4 | CARROT, LOOSE | | 20.00 | 80.00 | |
| | 1 | CHOKES, 36 | | 55.00 | 55.00 | |
| 9570-75 6/27 | 1 | PEPPER, RED-LARGE | | 12.00 | 12.00 | |
| | 3 | SQUASH, GREEN-FANCY | | 5.00 | 15.00 | |
| | 2 | ONION | 8 | 22.00 | 44.00 | |
| | 30 | CANTALOUPE, 12 | | 11.00 | 330.00 | |
| 9570-89 6/27 | 1 | SCALLIONS | 10 | 12.00 | 12.00 | |
| | 4 | BROCOLLI, CROWNS | | 10.00 | 40.00 | |
| | 1 | ANISE, 24=2 DZ | | 20.00 | 20.00 | |
| | 7 | CARROT, LOOSE | | 20.00 | 140.00 | |
| | 1 | PEPPER, RED-LARGE | | 12.00 | 12.00 | |
| 9570-90 6/27 | 1 | CUKES, SELECT | 10 | 8.00 | 8.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 5 | CANTALOUPE, 12 | | 11.00 | 55.00 | |
| 9570-91 6/27 | 18 | LETTUCE, CELLO-24 | 12 | 12.00 | 216.00 | |
| | 1 | SCALLIONS | | 12.00 | 12.00 | |
| | | BROCOLLI, CROWNS | | 10.00 | 10.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
PAGE
DATE  6/27/07
CUST# 43305
94703

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX    99999
NY

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9570-92 6/27 | 4 | CARROT, CELLO | | 15.00 | 60.00 | |
| | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | 4 | CUKES, SELECT | 12 | 8.00 | 32.00 | |
| | 2 | SQUASH, GREEN-FANCY | | 5.00 | 10.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 1 | ONION, WHITE | | 20.00 | 20.00 | |
| 9570-93 6/27 | 20 | SCALLIONS | 14 | 12.00 | 240.00 | |
| | 8 | BROCCOLI, CROWNS | | 10.00 | 80.00 | |
| | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
| | 3 | CARROT, LOOSE | | 20.00 | 60.00 | |
| | 5 | PEPPER, RED-LARGE | | 12.00 | 60.00 | |
| | 5 | SQUASH, GREEN-FANCY | 14 | 5.00 | 25.00 | |
| 9570-94 6/27 | 1 | PEAS | 6 | 35.00 | 35.00 | |
| 9571-89 6/27 | 1 | PEAS | 10 | 35.00 | 35.00 | |
| 9571-90 6/27 | | | | | | |

TOTAL FOR 6/27    9992.00

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT—>    9992.00




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX      NY
999999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 1
DATE 6/28/07
CUST# KPT 94796

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9540-02 6/28 | 2 | FORELLI PEAR, 70 | 1 | 34.00 | 68.00 | |
| | 4 | PEACH, WHITE 55 | | 20.00 | 80.00 | |
| | 5 | APRICOT, 8 | | 22.00 | 110.00 | |
| | 6 | TOMATO, 5x6 | | 12.00 | 72.00 | |
| 9540-03 6/28 | 3 | PEACH, WHITE 55 | 2 | 20.00 | 60.00 | |
| | 6 | APRICOT, 8 | | 22.00 | 132.00 | |
| | 12 | TOMATO, 5x6 | | 12.00 | 144.00 | |
| | 15 | MANGO, 9 | | 7.00 | 105.00 | |
| 9540-04 6/28 | 2 | APPLE, R. DEL 12/3 | 3 | 20.00 | 40.00 | |
| | 3 | PEACH, WHITE 96 | | 20.00 | 60.00 | |
| 9540-05 6/28 | 3 | FORELLI PEAR, 70 | 5 | 34.00 | 102.00 | |
| | 5 | PLUM, FLAVOR RICH 56 | | 20.00 | 100.00 | |
| | 10 | APRICOT, 8 | | 22.00 | 220.00 | |
| | 5 | MANGO, 9 | | 7.00 | 35.00 | |
| 9540-06 6/28 | 13 | MANGO, 9 | 6 | 7.00 | 91.00 | |
| | 3 | PEACH, 44 | | 24.00 | 72.00 | |
| | 7 | PEACH, 2 1/2" | | 24.00 | 168.00 | |
| | 6 | PEACH, WHITE 56 | | 20.00 | 120.00 | |
| | 3 | NECTARINES, WHITE 48 | | 24.00 | 72.00 | |
| 9540-07 6/28 | 3 | NECTARINES, 44 | 6 | 24.00 | 72.00 | |
| | 8 | PLUM, FLAVOR RICH 56 | | 20.00 | 160.00 | |
| | 12 | APRICOT, 8 | | 22.00 | 264.00 | |
| | 6 | PEACH 28 | | 20.00 | 120.00 | |






# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 2
DATE 6/28/07
CUST# 43305
94796

SOLD TO:
K P T (MEMO)
123
BRONX    NY    99999

| DATE | QUANTITY | DESCRIPTION | PD# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9540-08 | 6 | NECTARINES, 33 | 6 | 20.00 | 120.00 | |
| | 7 | PLUM, PULOT 60 | | 24.00 | 168.00 | |
| 9540-09 | 3 | TOMATO, 5X6 | | 12.00 | 84.00 | |
| | 7 | ORANGE, VALENCIA 72 | 7 | 28.00 | 84.00 | |
| | 8 | TOMATO, 5X6 | | 12.00 | 96.00 | |
| 9540-10 | 2 | ORANGE, VALENCIA 72 | 8 | 28.00 | 56.00 | |
| | 2 | PEACH, 44 | | 24.00 | 48.00 | |
| | 3 | PEACH, 2 1/2" | | 24.00 | 72.00 | |
| | 2 | PEACH, WHITE 56 | | 20.00 | 40.00 | |
| | 2 | NECTARINES, 44 | | 24.00 | 48.00 | |
| 9540-11 | 6 | PLUM, FLAVOR RICH 56 | 8 | 20.00 | 120.00 | |
| | 2 | PEACH 28 | | 20.00 | 40.00 | |
| | 2 | NECTARINES, 33 | | 20.00 | 40.00 | |
| | 2 | PLUM, PULOT 60 | | 24.00 | 48.00 | |
| | 8 | TOMATO, 5X6 | | 12.00 | 96.00 | |
| 9540-12 | 4 | PLUM, FLAVOR RICH 56 | 10 | 20.00 | 80.00 | |
| | 12 | TOMATO, 5X6 | | 12.00 | 144.00 | |
| | 2 | MANGO, 9 | | 7.00 | 14.00 | |
| | 1 | APPLE, R. DEL 12/3 | 12 | 20.00 | 20.00 | |
| | 3 | PEACH, 44 | | 24.00 | 72.00 | |
| 9540-13 | 10 | PEACH, WHITE 56 | | 20.00 | 200.00 | |
| | 2 | NECTARINES, 44 | | 24.00 | 48.00 | |
| | 5 | PLUM, FLAVOR RICH 56 | | 20.00 | 100.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX    NY
99999

| | | PAGE | 3 |
|---|---|---|---|
| INVOICE NO: | DATE | 6/28/07 | |
| TERMS: NET CASH. Bills must be paid under PACA Terms. | CUST# | 43305 | |
| | | 94796 | |

| | DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9540-14 | 6/28 | 3 | APRICOT, 8 | 12 | 22.00 | 66.00 | |
| | | 4 | PEACH 28 | | 20.00 | 80.00 | |
| | | 4 | NECTARINES, 33 | | 20.00 | 80.00 | |
| | | 3 | PLUM, PULOT 60 | | 24.00 | 72.00 | |
| 9578-47 | 6/28 | 6 | LETTUCE, CELLO-24 | 7 | 15.00 | 90.00 | |
| | | 1 | SCALLIONS | | 12.00 | 12.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 6 | CAULIFLOWER, 12 | | 14.00 | 84.00 | |
| | | 1 | PEPPER, RED-XLG. | | 12.00 | 12.00 | |
| 9578-48 | 6/28 | 10 | ONION | 7 | 24.00 | 240.00 | |
| | | 2 | PEPPER, CUBAN-SUNTAN | | 7.00 | 14.00 | |
| 9578-49 | 6/28 | 14 | SCALLIONS | 1 | 12.00 | 168.00 | |
| | | 22 | CARROT, LOOSE | | 20.00 | 440.00 | |
| | | 3 | ASPARAGUS, STANDARD | | 25.00 | 75.00 | |
| | | 5 | CAULIFLOWER, 12 | | 14.00 | 70.00 | |
| 9578-50 | 6/28 | 4 | PEPPER, JUMBO | | 10.00 | 40.00 | |
| | | 1 | CUKES, SELECT | 1 | 7.00 | 7.00 | |
| | | 27 | SQUASH, GREEN-FANCY | | 5.00 | 135.00 | |
| | | 2 | ONION | | 22.00 | 44.00 | |
| 9578-51 | 6/28 | 5 | PEPPER, CUBAN-SUNTAN | 1 | 7.00 | 35.00 | |
| | | 5 | MESCULIN | | 5.00 | 25.00 | |
| 9578-52 | 6/28 | 5 | PEPPER, SUNTAN | 2 | 4.00 | 20.00 | |
| | | 2 | SCALLIONS | | 12.00 | 24.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 4
DATE 6/28/07
CUST# 43305
94796

SOLD TO:
K P T (MEMO)
123
BRONX 99999

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9578-53 | 6/28 | 1 | BROCCOLI, CROWNS | | 10.00 | 10.00 | |
| | | 1 | CARROT, CELLO | | 20.00 | 20.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 4 | ASPARAGUS, STANDARD | | 25.00 | 100.00 | |
| | | 1 | CAULIFLOWER, 12 | 2 | 14.00 | 14.00 | |
| | | 2 | CUKES, SELECT | | 7.00 | 14.00 | |
| | | 1 | SQUASH, GREEN-FANCY | | 5.00 | 5.00 | |
| | | 1 | ONION | | 22.00 | 22.00 | |
| 9578-54 | 6/28 | 5 | PEPPER, CUBAN-SUNTAN | 2 | 7.00 | 35.00 | |
| | | 5 | MESCULIN | | 5.00 | 25.00 | |
| | | 10 | PEPPER, SUNTAN | | 4.00 | 40.00 | |
| 9578-55 | 6/28 | 12 | LETTUCE, CELLO-24 | 3 | 15.00 | 180.00 | |
| | | 21 | SCALLIONS | | 12.00 | 252.00 | |
| | | 12 | CARROT, CELLO | | 15.00 | 180.00 | |
| | | 4 | CAULIFLOWER, 12 | | 14.00 | 56.00 | |
| | | 4 | ASPARAGUS, STANDARD | | 25.00 | 100.00 | |
| 9578-56 | 6/28 | 9 | CUKES, SELECT | 3 | 7.00 | 63.00 | |
| | | 5 | SQUASH, GREEN-FANCY | | 5.00 | 25.00 | |
| | | 14 | MESCULIN | | 5.00 | 70.00 | |
| | | 15 | PEPPER, SUNTAN | | 4.00 | 60.00 | |
| 9578-57 | 6/28 | 2 | PEPPER, PICKLE | | 12.00 | 24.00 | |
| | | 8 | LETTUCE, KIRBY-SLICERS | 5 | 15.00 | 120.00 | |
| | | 4 | SCALLIONS | | 12.00 | 48.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX    NY
99999

INVOICE NO:
PAGE 5
DATE 6/28/07
CUST# 43305    94796

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9578-58  6/28 | 2 | BROCOLLI, CROWNS | | 10.00 | 20.00 | |
|             | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
|             | 1 | ASPARAGUS, STANDARD | | 25.00 | 25.00 | |
| 9578-59  6/28 | 60 | PEPPER, CUBAN-SUNTAN 17 | | 7.00 | 420.00 | |
|             | 3 | PEPPER, JUMBO | | 10.00 | 30.00 | |
|             | 3 | CUKES, SELECT | | 7.00 | 21.00 | |
|             | 2 | ONION | | 22.00 | 44.00 | |
| 9578-60  6/28 | 10 | PEPPER, CUBAN-SUNTAN | | 7.00 | 70.00 | |
|             | 6 | MESCULIN | | 5.00 | 30.00 | |
| 9578-61  6/28 | 25 | PEPPER, SUNTAN 5 | | 4.00 | 100.00 | |
|             | 3 | SCALLIONS | | 12.00 | 36.00 | |
|             | 1 | BROCOLLI, CROWNS 6 | | 10.00 | 10.00 | |
|             | 3 | ASPARAGUS, STANDARD | | 25.00 | 75.00 | |
|             | 2 | CAULIFLOWER, 12 | | 14.00 | 28.00 | |
| 9578-62  6/28 | 1 | PEPPER, JUMBO | | 10.00 | 10.00 | |
|             | 1 | PEPPER, RED-LARGE 6 | | 12.00 | 12.00 | |
|             | 7 | ONION, REGULAR | | 24.00 | 168.00 | |
|             | 2 | ONION | | 24.00 | 48.00 | |
|             | 1 | ONION | | 22.00 | 22.00 | |
|             | 4 | MESCULIN | | 5.00 | 20.00 | |
| 9578-63  6/28 | 2 | SCALLIONS 3 | | 12.00 | 24.00 | |
|             | 3 | BROCOLLI, CROWNS | | 10.00 | 30.00 | |
|             | 7 | ASPARAGUS, STANDARD | | 25.00 | 175.00 | |




# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX  99999

| PAGE | 6 |
|---|---|
| DATE | 6/28/07 |
| CUST# | 43305 |
| INVOICE NO: | 94796 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9578-64 6/28 | 7 | CAULIFLOWER, 12 | | 14.00 | 98.00 |
| | 2 | PEPPER, RED-LARGE | | 12.00 | 24.00 |
| | 5 | PEPPER, CUBAN-SUNTAN 8 | | 7.00 | 35.00 |
| | 5 | MESCULIN | | 5.00 | 25.00 |
| | 20 | PEPPER, SUNTAN | | 4.00 | 80.00 |
| 9578-65 6/28 | 4 | SCALLIONS | | 12.00 | 48.00 |
| | 2 | BROCOLLI, CROWNS   10 | | 10.00 | 20.00 |
| | 3 | CARROT, LOOSE | | 20.00 | 60.00 |
| | 7 | ASPARAGUS, STANDARD | | 25.00 | 175.00 |
| 9578-66 6/28 | 1 | PEAS | | 35.00 | 35.00 |
| | 6 | CAULIFLOWER, 12 | | 14.00 | 84.00 |
| | 2 | PEPPER, JUMBO | | 10.00 | 20.00 |
| | 1 | CUKES, SELECT | | 7.00 | 7.00 |
| | 5 | SQUASH, GREEN-FANCY | | 5.00 | 25.00 |
| 9578-67 6/28 | 10 | PEPPER, CUBAN-SUNTAN 10 | | 7.00 | 70.00 |
| | 12 | MESCULIN | | 5.00 | 60.00 |
| 9578-68 6/28 | 4 | SCALLIONS   12 | | 12.00 | 48.00 |
| | 1 | PEPPER, JUMBO | | 35.00 | 35.00 |
| | 5 | PEAS | | 10.00 | 50.00 |
| | 3 | CUKES, SELECT | | 7.00 | 21.00 |
| | 1 | ONION | | 24.00 | 24.00 |
| 9578-69 6/28 | 10 | PEPPER, CUBAN-SUNTAN 12 | | 7.00 | 70.00 |
| | 5 | MESCULIN | | 5.00 | 25.00 |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | | PAGE | 7 |
|---|---|---|---|---|
| | | | DATE | 6/28/07 |
| | | | CUST# | 43305 |
| | | | INVOICE NO: | 94796 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX  NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9578-70 | 6/28 | 20 | PEPPER, SUNTAN | | 4.00 | 80.00 |
| | | 5 | PEPPER, RED-LARGE | 14 | 12.00 | 60.00 |
| | | 10 | SQUASH, GREEN-FANCY | | 5.00 | 50.00 |
| 9580-36 | 6/28 | 1 | SCALLIONS | 2 | 12.00 | 12.00 |
| 9580-64 | 6/28 | 2 | CUKES, SELECT | 7 | 8.00 | 16.00 |
| | | | TOTAL FOR 6/28 | | | 10491.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT—> 10491.00



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 1
DATE 6/29/07
CUST# KPT
95146

SOLD TO:
K P T (MEMO)
123
BRONX
95999

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9549-01 | 6/29 | 5 | NECTARINES, 44 | 1 | 22.00 | 110.00 | |
| 9549-02 | 6/29 | 3 | MANGO, 7 | 2 | 7.00 | 21.00 | |
| | | 1 | ORANGE, VALENCIA 56 | | 28.00 | 28.00 | |
| | | 1 | PEACH, 48 | | 24.00 | 24.00 | |
| | | 1 | LEMONS, 140 | | 33.00 | 33.00 | |
| 9549-03 | 6/29 | 1 | RUBY STAR GRPFT 32 | 3 | 20.00 | 20.00 | |
| | | 1 | RUBY STAR GRPFT 28 | | 20.00 | 20.00 | |
| | | 3 | TOMATO, 5X6 | | 12.00 | 36.00 | |
| | | 2 | TOMATO, ROMA | | 13.00 | 26.00 | |
| 9549-04 | 6/29 | 10 | MANGO, 9 | 5 | 7.00 | 70.00 | |
| | | 5 | PEACH, 54 | | 22.00 | 110.00 | |
| 9549-05 | 6/29 | 12 | MANGO, 9 | 6 | 7.00 | 84.00 | |
| | | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | | 2 | ORANGE, VALENCIA 56 | | 28.00 | 56.00 | |
| | | 2 | NECTARINES, 44 | | 22.00 | 44.00 | |
| 9549-06 | 6/29 | 11 | MANGO, 9 | 8 | 7.00 | 77.00 | |
| | | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | | 1 | ORANGE, VALENCIA 56 | | 28.00 | 28.00 | |
| | | 1 | TOMATO, 5X6 | | 12.00 | 12.00 | |
| | | 1 | TOMATO, ROMA | | 13.00 | 13.00 | |
| 9549-07 | 6/29 | 30 | MANGO, 9 | 7 | 7.00 | 210.00 | |
| | | 2 | PEAR, ANJOU 80 | | 32.00 | 64.00 | |
| | | 2 | FORELLI PEAR, 70 | | 34.00 | 68.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

| | |
|---|---|
| PAGE | 2 |
| DATE | 6/29/07 |
| CUST# | 43305 |
| INVOICE NO: | 95146 |
| TERMS: NET CASH. Bills must be paid under PACA Terms. | |

SOLD TO:
K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9549-08 6/29 | 1 | PEACH, SATURN 40 | | 22.00 | 22.00 | |
| | 1 | NECTARINES, 44 | | 22.00 | 22.00 | |
| | 32 | MANGO, 9 | 10 | 7.00 | 224.00 | |
| | 1 | FORELLI PEAR, 70 | | 34.00 | 34.00 | |
| | 3 | ORANGE, VALENCIA 58 | | 28.00 | 84.00 | |
| | 2 | PEACH, 44 | | 24.00 | 48.00 | |
| 9549-09 6/29 | 12 | PEACH, 54 | | 22.00 | 264.00 | |
| | 2 | NECTARINES, WHITE 72 | 10 | 14.00 | 28.00 | |
| | 3 | LEMONS, 140 | | 33.00 | 99.00 | |
| 9549-10 6/29 | 2 | RUBY STAR GRFRT 32 | | 20.00 | 40.00 | |
| | 5 | TOMATO, 5X6 | 2 | 12.00 | 60.00 | |
| | 5 | TOMATO, ROMA | | 13.00 | 65.00 | |
| 9549-11 6/29 | 1 | PEACH, 54 | 6 | 22.00 | 22.00 | |
| | 1 | NECTARINES, WHITE 72 | | 14.00 | 14.00 | |
| | 1 | RUBY STAR GRFRT 32 | | 20.00 | 20.00 | |
| 9549-12 6/29 | 2 | TOMATO, 5X6 | 7 | 12.00 | 24.00 | |
| | 1 | TOMATO, 5X6 | | 12.00 | 12.00 | |
| | 3 | TOMATO, ROMA | | 13.00 | 39.00 | |
| 9549-13 6/29 | 1 | PEACH, 54 | 12 | 22.00 | 22.00 | |
| | 3 | LEMONS, 140 | | 33.00 | 99.00 | |
| | 9 | TOMATO, 5X6 | | 12.00 | 108.00 | |
| 9583-75 6/29 | 5 | TOMATO, ROMA | | 13.00 | 65.00 | |
| | 1 | SCALLIONS | 1 | 11.00 | 11.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY



| | | |
|---|---|---|
| INVOICE NO: | | |
| DATE | 6/29/07 | |
| CUST# | 43305 | |
| PAGE | 3 | |
| | 95146 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX  99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9585-76 6/29 | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 2 | PEPPER, JUMBO | | 10.00 | 20.00 | |
| | 2 | CUKES, SELECT | | 7.00 | 14.00 | |
| | 5 | PEPPER, RED-LARGE | | 12.00 | 60.00 | |
| | 1 | SQUASH, GREEN-FANCY 1 | | 5.00 | 5.00 | |
| 9585-79 6/29 | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 2 | SCALLIONS | | 11.00 | 22.00 | |
| | 5 | BROCOLLI, CROWNS 2 | | 10.00 | 50.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 1 | BEETS, LOOSE | | 9.00 | 9.00 | |
| | 2 | PEPPER, JUMBO | | 10.00 | 20.00 | |
| 9585-80 6/29 | 1 | PEPPER, RED-LARGE 2 | | 12.00 | 12.00 | |
| | 1 | CUKES, SELECT | | 7.00 | 7.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 5.00 | 5.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| 9585-81 6/29 | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 5 | MELON, HONEYDEW-5 2 | | 10.00 | 50.00 | |
| 9585-82 6/29 | 2 | MELON, HONEYDEW-6 | | 8.00 | 16.00 | |
| | 6 | SCALLIONS 3 | | 11.00 | 66.00 | |
| | 2 | CAULIFLOWER, 12 | | 14.00 | 28.00 | |
| 9585-83 6/29 | 1 | PEPPER, JUMBO | | 10.00 | 10.00 | |
| | 1 | CUKES, SELECT | | 7.00 | 7.00 | |
| | 1 | POTATO, WHITE A 3 | | 16.00 | 16.00 | |






# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

| | | PAGE | 4 |
|---|---|---|---|
| INVOICE NO: | | DATE | 6/29/07 |
| | | CUST# | 43305 |
| | | | 95146 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9585-84 | 6/29 | 3 | MELON, HONEYDEW-5 | 5 | 10.00 | 30.00 |
| | | 5 | SCALLIONS | | 11.00 | 55.00 |
| | | 4 | CARROT, CELLO | | 15.00 | 60.00 |
| | | 1 | CARROT, LOOSE | | 20.00 | 20.00 |
| | | 3 | CAULIFLOWER, 12 | | 14.00 | 42.00 |
| | | 1 | POTATO, WHITE A | | 16.00 | 16.00 |
| 9585-85 | 6/29 | 3 | ONION | | 24.00 | 72.00 |
| 9585-87 | 6/29 | 1 | LETTUCE, CELLO-24 | 6 | 14.00 | 14.00 |
| | | 2 | SCALLIONS | | 11.00 | 11.00 |
| | | 1 | BROCCOLI, 14'S | | 12.00 | 24.00 |
| | | 2 | CAULIFLOWER, 12 | | 14.00 | 14.00 |
| | | 1 | BEETS, LOOSE | | 7.00 | 18.00 |
| | | 2 | PEPPER, JUMBO | 6 | 10.00 | 10.00 |
| | | 2 | SQUASH, GREEN-FANCY | | 5.00 | 10.00 |
| 9585-88 | 6/29 | 2 | POTATO, WHITE A | | 16.00 | 32.00 |
| | | 4 | ONION, REGULAR | | 24.00 | 96.00 |
| | | 3 | MELON, HONEYDEW-5 | | 10.00 | 30.00 |
| 9585-89 | 6/29 | 1 | MELON, HONEYDEW-6 | 6 | 8.00 | 8.00 |
| | | 3 | LETTUCE, CELLO-24 | 7 | 14.00 | 42.00 |
| | | 7 | SCALLIONS | | 11.00 | 77.00 |
| 9585-92 | 6/29 | 1 | PEPPER, JUMBO | | 10.00 | 10.00 |
| | | 9 | SQUASH, GREEN-FANCY | | 5.00 | 45.00 |
| | | 3 | POTATO, WHITE A | | 16.00 | 48.00 |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX  NY
99999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 5
DATE 6/29/07
CUST# 43305
95146

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9585-93 6/29 | 10 | ONION | 7 | 24.00 | 240.00 | |
| | 5 | MELON, HONEYDEW-5 | | 10.00 | 50.00 | |
| | 2 | MELON, HONEYDEW-6 | | 8.00 | 16.00 | |
| | 5 | MELON, CRENSHAW 5 | | 10.00 | 50.00 | |
| 9585-94 6/29 | 5 | MELON, SANTA CLAUS 5 | | 8.00 | 40.00 | |
| | 2 | SCALLIONS | 5 | 11.00 | 22.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 3 | ONION | | 22.00 | 72.00 | |
| 9585-95 6/29 | 1 | MELON, HONEYDEW-5 | 8 | 22.00 | 22.00 | |
| | 2 | BROCOLLI, CROWNS | | 10.00 | 20.00 | |
| 9585-97 6/29 | 7 | CARROT, LOOSE | 10 | 10.00 | 70.00 | |
| | 8 | RADISH, CELLO | | 20.00 | 160.00 | |
| | 1 | CAULIFLOWER, 12 | | 6.00 | 6.00 | |
| | 2 | BEETS, LOOSE | | 14.00 | 28.00 | |
| 9585-98 6/29 | 1 | PEPPER, JUMBO | 10 | 9.00 | 9.00 | |
| | 4 | PEPPER, RED-LARGE | | 10.00 | 40.00 | |
| | 1 | CUKES, SELECT | | 12.00 | 12.00 | |
| | 1 | POTATO, WHITE A | | 7.00 | 7.00 | |
| | 3 | ONION, REGULAR | | 16.00 | 48.00 | |
| 9585-99 6/29 | 1 | ONION | 10 | 24.00 | 24.00 | |
| | 5 | ONION | | 22.00 | 110.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | |
|---|---|
| PAGE | 6 |
| INVOICE NO. | |
| DATE | 6/29/07 |
| CUST# | 43305 |

95146

**TERMS: NET CASH. Bills must be paid under PACA Terms.**

SOLD TO:
K P T (MEND)
123
BRONX
999999

| DATE | QUANTITY | | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9586-00 6/29 | 7 | | MELON, HONEYDEW-5 | | 10.00 | 70.00 | |
| | 9 | | SCALLIONS | 12 | 11.00 | 99.00 | |
| | 1 | | BROCOLLI, CROWNS | | 10.00 | 10.00 | |
| | 1 | | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 6 | | PEPPER, RED-LARGE | | 12.00 | 72.00 | |
| | 2 | | MELON, HONEYDEW-5 | | 10.00 | 20.00 | |
| 9586-01 6/29 | 2 | | CARROT, LOOSE | 14 | 20.00 | 40.00 | |
| | 2 | | POTATO, WHITE A | | 16.00 | 32.00 | |
| | 5 | | MELON, HONEYDEW-5 | | 10.00 | 50.00 | |
| | | | TOTAL FOR 6/29 | | | 5477.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorizied by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**NOTICE:** Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT--> 5477.00






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

**INVOICE NO:**
**TERMS: NET CASH.** Bills must be paid under PACA Terms.

**PAGE** 1
**DATE** 7/02/07
**CUST#** KPT 95237

**SOLD TO:**
K P T (MEMO)
123
BRONX
999999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9593-81 7/02 | 11 | LETTUCE, CELLO-24 | 8 | 15.00 | 165.00 | |
| | 1 | SCALLIONS | | 11.00 | 11.00 | |
| | 8 | BROCOLLI, CROWNS | | 10.00 | 80.00 | |
| | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | 3 | CAULIFLOWER, 12 | | 12.00 | 36.00 | |
| | 3 | MESCULIN | | 5.00 | 15.00 | |
| 9593-82 7/02 | 2 | LETTUCE, BOSTON | 8 | 12.00 | 24.00 | |
| | 50 | CANTALOUPE, 12 | | 10.00 | 560.00 | |
| | 3 | ROMAINE | | 12.00 | 36.00 | |
| 9593-83 7/02 | 3 | SCALLIONS | 10 | 11.00 | 33.00 | |
| | 7 | BROCOLLI, CROWNS | | 10.00 | 70.00 | |
| | 5 | CARROT, CELLO | | 15.00 | 75.00 | |
| | 4 | CARROT, LOOSE | | 20.00 | 80.00 | |
| 9593-84 7/02 | 2 | CHOKES, 36 | 10 | 30.00 | 60.00 | |
| | 1 | CAULIFLOWER, 12 | | 12.00 | 12.00 | |
| | 2 | CUKES, SELECT | | 7.00 | 14.00 | |
| | 4 | SQUASH, GREEN-FANCY | | 10.00 | 40.00 | |
| 9593-85 7/02 | 2 | LETTUCE, BOSTON | 10 | 12.00 | 24.00 | |
| | 2 | POTATO, WHITE A | | 16.00 | 32.00 | |
| | 1 | ONION | | 24.00 | 24.00 | |
| | 5 | ONION, REGULAR | | 22.00 | 110.00 | |
| 9593-86 7/02 | 5 | ONION, REGULAR | | 24.00 | 120.00 | |
| | 8 | MELON, HONEYDEW-5 | 10 | 9.00 | 72.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | |
|---|---|
| SOLD TO: | PAGE 2 |
| K P T (MEMO) | DATE 7/02/07 |
| 123 | CUST# 43305 |
| BRONX | 95237 |
| 99999 NY | INVOICE NO: |
| | TERMS: NET CASH. Bills must be paid under PACA Terms. |

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9593-91 7/02 | 1 | CANTALOUPE, 12 | | 10.00 | 10.00 | |
| | 10 | LETTUCE, CELLO-24 | 12 | 15.00 | 150.00 | |
| | 26 | SCALLIONS | | 11.00 | 286.00 | |
| | 7 | CARROT, CELLO | | 15.00 | 105.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 5 | CUKES, SELECT | | 7.00 | 35.00 | |
| 9593-92 7/02 | 1 | LETTUCE, BOSTON | 12 | 12.00 | 12.00 | |
| | 3 | ONION | | 24.00 | 72.00 | |
| | 8 | MELON, HONEYDEW-5 | | 9.00 | 72.00 | |
| | 6 | CANTALOUPE, 12 | | 10.00 | 60.00 | |
| | 4 | LETTUCE, CELLO-24 | 14 | 15.00 | 60.00 | |
| 9593-93 7/02 | 20 | SCALLIONS | | 11.00 | 220.00 | |
| | 5 | CARROT, LOOSE | | 20.00 | 100.00 | |
| | 2 | CAULIFLOWER, 12 | | 12.00 | 24.00 | |
| 9593-94 7/02 | 3 | PICKLE KIRBY #1 | 14 | 16.00 | 48.00 | |
| | 20 | POTATO, WHITE A | | 10.00 | 200.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 16.00 | 16.00 | |
| | 5 | CANTALOUPE, 12 | 1 | 10.00 | 50.00 | |
| 9594-60 7/02 | 42 | SCALLIONS | | 11.00 | 462.00 | |
| | 10 | CARROT, LOOSE | | 20.00 | 200.00 | |
| | 4 | CAULIFLOWER, 12 | | 12.00 | 48.00 | |
| | 5 | MESCULIN | | 5.00 | 25.00 | |
| | 13 | PICKLE KIRBY #1 | | 16.00 | 208.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)
NY

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 4
DATE 7/02/07
CUST# 43305
95237

SOLD TO:
K P T (MEMO)
123
BRONX 99999

| DATE | QUANTITY | DESCRIPTION | P.O.# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9594-66 7/02 | 1 | PICKLE,KIRBY-SLICERS 3 | | 12.00 | 12.00 | |
| | 5 | PEPPER, SUNTAN | | 6.00 | 30.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 2 | MELON, HONEYDEW-5 | | 9.00 | 18.00 | |
| 9594-67 7/02 | 7 | CANTALOUPE, 12 | | 10.00 | 90.00 | |
| | 8 | SCALLIONS | 5 | 11.00 | 88.00 | |
| | 2 | BROCOLLI, CROWNS | | 10.00 | 20.00 | |
| | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 4 | CARROT, LOOSE | | 20.00 | 80.00 | |
| 9594-68 7/02 | 3 | CAULIFLOWER, 12 | | 12.00 | 36.00 | |
| | 1 | PARSNIPS, 25LB. | 5 | 13.00 | 13.00 | |
| | 3 | SPINACH | | 10.00 | 30.00 | |
| | 6 | CUKES, SELECT | | 7.00 | 42.00 | |
| | 4 | MESCULIN | | 5.00 | 20.00 | |
| | 5 | PEPPER, SUNTAN | 6 | 6.00 | 30.00 | |
| 9594-71 7/02 | 4 | SCALLIONS | | 11.00 | 44.00 | |
| | 1 | PICKLE KIRBY #1 | | 16.00 | 16.00 | |
| | 7 | SQUASH, GREEN-FANCY | | 10.00 | 70.00 | |
| | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 2 | ONION | 6 | 22.00 | 44.00 | |
| 9594-72 7/02 | 3 | LETTUCE, CELLO-24 | 7 | 15.00 | 45.00 | |
| 9594-73 7/02 | 4 | SCALLIONS | | 11.00 | 44.00 | |
| | 3 | CARROT, CELLO | | 15.00 | 45.00 | |



