



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





PAGE 5
DATE 7/02/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 95237

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 1 | RADISH, CELLO | | 6.00 | 6.00 | |
| 9594-74 | 7/02 | 1 | CHOKES, 36 | 7 | 30.00 | 30.00 | |
| | | 1 | PARSNIPS, 25LB. | | 13.00 | 13.00 | |
| | | 4 | CUKES, SELECT | | 7.00 | 28.00 | |
| | | 2 | PICKLE KIRBY #1 | | 16.00 | 32.00 | |
| | | 5 | PEPPER, SUNTAN | | 6.00 | 30.00 | |
| 9594-75 | 7/02 | 1 | SQUASH, BIG BOX | 7 | 8.00 | 8.00 | |
| | | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | | 10 | ONION | | 24.00 | 240.00 | |
| | | 2 | ONION | | 22.00 | 44.00 | |
| 9596-94 | 7/02 | 10 | SCALLIONS | 3 | 11.00 | 110.00 | |
| 9605-04 | 7/02 | 10 | ORANGE, VALENCIA 56 | 1 | 28.00 | 280.00 | |
| | | 6 | PEACH, 54 | | 18.00 | 108.00 | |
| | | 16 | RED GLOBE BAGS | | 24.00 | 384.00 | |
| 9605-05 | 7/02 | 43 | MANGO, 9 | 2 | 6.50 | 279.50 | |
| | | 6 | ORANGE, VALENCIA 56 | | 28.00 | 168.00 | |
| | | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | | 8 | PEACH, 2 1/2" | | 20.00 | 160.00 | |
| | | 2 | BLACK AMBER PLUM, 35 | | 20.00 | 40.00 | |
| 9605-06 | 7/02 | 5 | APRICOT, 8 | 2 | 22.00 | 110.00 | |
| | | 20 | TOMATO, 5X6 | | 12.00 | 240.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 6
DATE 7/02/07
CUST# 43305
INVOICE NO: 95237

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9605-07 | 7/02 | 1 | PEACH, 40/42 | 3 | 24.00 | 24.00 | |
| | | 3 | PEACH, 2 1/2" | | 20.00 | 60.00 | |
| | | 2 | APRICOT, 8 | | 22.00 | 44.00 | |
| | | 13 | TOMATO, 5X6 | | 12.00 | 156.00 | |
| 9605-08 | 7/02 | 25 | MANGO, 9 | | 6.50 | 162.50 | |
| | | 4 | PEAR, ANJOU 80 | | 32.00 | 128.00 | |
| | | 5 | ORANGE, VALENCIA 56 | | 28.00 | 140.00 | |
| | | 9 | PEACH, 40/42 | | 24.00 | 216.00 | |
| | | 29 | PEACH, 2 1/2" | | 20.00 | 580.00 | |
| 9605-09 | 7/02 | 1 | TOMATO, 5X6 | 8 | 12.00 | 12.00 | |
| 9605-10 | 7/02 | 2 | BLACK AMBER PLUM, 35 | | 20.00 | 40.00 | |
| | | 1 | APRICOT, 8 | | 22.00 | 22.00 | |
| | | 1 | RED GLOBE BAGS | | 24.00 | 24.00 | |
| 9605-11 | 7/02 | 4 | PEACH, 40/42 | 6 | 24.00 | 96.00 | |
| | | 1 | APRICOT, 8 | | 22.00 | 22.00 | |
| | | 3 | TOMATO, 5X6 | | 12.00 | 36.00 | |
| | | 8 | MANGO, 9 | | 6.50 | 52.00 | |
| 9605-12 | 7/02 | 3 | PEACH, 40/42 | 7 | 24.00 | 72.00 | |
| | | 5 | PEACH, 2 1/2" | | 20.00 | 100.00 | |
| | | 6 | BLACK AMBER PLUM, 35 | | 20.00 | 120.00 | |
| | | 5 | APRICOT, 8 | | 22.00 | 110.00 | |
| | | 10 | TOMATO, 5X6 | | 12.00 | 120.00 | |
| 9605-13 | 7/02 | 2 | PEAR, ANJOU 80 | 10 | 32.00 | 64.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)









PAGE 7
DATE 7/02/07
CUST# 43305
INVOICE NO: 95237

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 3 | PEACH, 40/42 | | 24.00 | 72.00 | |
| | | 5 | PEACH, 2 1/2" | | 20.00 | 100.00 | |
| | | 4 | BLACK AMBER PLUM, 35 | | 20.00 | 80.00 | |
| 9605-14 | 7/02 | 2 | APRICOT, 8 | 10 | 22.00 | 44.00 | |
| | | 11 | TOMATO, 5X6 | | 12.00 | 132.00 | |
| | | 1 | MANGO, 9 | | 6.50 | 6.50 | |
| 9605-19 | 7/02 | 2 | APPLE, R. DEL 12/3 | 12 | 20.00 | 40.00 | |
| | | 3 | APPLE, G. DEL 12/3 | | 22.00 | 66.00 | |
| | | 3 | PEAR, ANJOU 80 | | 32.00 | 96.00 | |
| | | 5 | PEACH, 54 | | 18.00 | 90.00 | |
| | | 3 | BLACK AMBER PLUM, 35 | | 20.00 | 60.00 | |
| 9605-20 | 7/02 | 3 | APRICOT, 8 | 12 | 22.00 | 66.00 | |
| | | 3 | PLUM, PULOT 60 | | 24.00 | 72.00 | |
| | | 6 | TOMATO, 5X6 | | 12.00 | 72.00 | |
| | | 10 | MANGO, 9 | | 6.50 | 65.00 | |
| 9605-21 | 7/02 | 2 | PEAR, ANJOU 80 | 14 | 32.00 | 64.00 | |
| | | 3 | ORANGE, VALENCIA 56 | | 28.00 | 84.00 | |
| | | | | | TOTAL FOR | 7/02 | 12464.50 |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorizied by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT-> 12464.50

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 1
DATE 7/03/07
CUST# KPT
INVOICE NO: 95346

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9614-06 | 7/03 | 3 | ORANGE, VALENCIA 72 | 8 | 27.00 | 81.00 | |
| | | 15 | TOMATO 5X6 | | 12.00 | 180.00 | |
| 9614-08 | 7/03 | 12 | TOMATO, ROMA | 1 | 11.00 | 132.00 | |
| 9614-09 | 7/03 | 1 | ORANGE, VALENCIA 72 | 2 | 27.00 | 27.00 | |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| | | 4 | APRICOT, 8 | | 22.00 | 88.00 | |
| | | 2 | TOMATO, 5X6 | | 12.00 | 24.00 | |
| | | 2 | TOMATO, ROMA | | 11.00 | 22.00 | |
| 9614-10 | 7/03 | 2 | APPLE, R DEL 12/3 | 3 | 20.00 | 40.00 | |
| | | 2 | PEAR, ANJOU 80 | | 32.00 | 64.00 | |
| | | 4 | PEAR, ANJOU 70 | | 26.00 | 104.00 | |
| | | 3 | ORANGE, VALENCIA 72 | | 27.00 | 81.00 | |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| 9614-11 | 7/03 | 33 | TOMATO, ROMA | 3 | 11.00 | 363.00 | |
| 9614-12 | 7/03 | 2 | PEAR, ANJOU 80 | 5 | 32.00 | 64.00 | |
| | | 4 | PEACH, 40/42 | | 24.00 | 96.00 | |
| | | 9 | NECTARINES, 40 | | 26.00 | 234.00 | |
| | | 5 | PLUM, FLAVOR ROSE 50 | | 20.00 | 100.00 | |
| 9614-13 | 7/03 | 5 | APRICOT, 8 | 5 | 22.00 | 110.00 | |
| | | 5 | TOMATO, ROMA | | 11.00 | 55.00 | |
| 9614-14 | 7/03 | 1 | PEAR, ANJOU 80 | 6 | 32.00 | 32.00 | |
| | | 5 | ORANGE, VALENCIA 56 | | 28.00 | 140.00 | |
| | | 2 | ORANGE, VALENCIA 72 | | 27.00 | 54.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





PAGE 2
DATE 7/03/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 95346
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 5 | PEACH, 40/42 | | 24.00 | 120.00 | |
| | | 2 | NECTARINES, 40 | | 26.00 | 52.00 | |
| 9614-15 | 7/03 | 1 | PLUM, BLACK 40 | 6 | 18.00 | 18.00 | |
| | | 2 | PLUM, FLAVOR ROSE 50 | | 20.00 | 40.00 | |
| | | 4 | APRICOT, 8 | | 22.00 | 88.00 | |
| | | 13 | TOMATO, 5X6 | | 12.00 | 156.00 | |
| | | 2 | TOMATO, ROMA | | 11.00 | 22.00 | |
| 9614-16 | 7/03 | 2 | PEAR, ANJOU 80 | 7 | 32.00 | 64.00 | |
| | | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | | 5 | APRICOT, 8 | | 22.00 | 110.00 | |
| | | 2 | PLUM, HIROMI 30 | | 30.00 | 60.00 | |
| | | 13 | TOMATO, 5X6 | | 12.00 | 156.00 | |
| 9614-17 | 7/03 | 8 | TOMATO, ROMA | 7 | 11.00 | 88.00 | |
| 9614-18 | 7/03 | 7 | ORANGE, VALENCIA 56 | 10 | 28.00 | 196.00 | |
| | | 7 | PEACH, 40/42 | | 24.00 | 168.00 | |
| | | 6 | NECTARINES, 40 | | 26.00 | 156.00 | |
| | | 14 | TOMATO, 5X6 | | 12.00 | 168.00 | |
| | | 4 | TOMATO, ROMA | | 11.00 | 44.00 | |
| 9614-19 | 7/03 | 2 | APPLE, R.DEL 12/3 | 14 | 20.00 | 40.00 | |
| 9652-42 | 7/03 | 10 | LETTUCE, CELLO-24 | 1 | 15.00 | 150.00 | |
| | | 20 | CARROT, LOOSE | | 20.00 | 400.00 | |
| | | 2 | CAULIFLOWER, 12 | | 12.00 | 24.00 | |
| | | 2 | PEPPER, GREEN X-LARGE | | 10.00 | 20.00 | |






138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 3
DATE 7/03/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 95346

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 20 | SQUASH, GREEN-FANCY | | 8.00 | 160.00 | |
| 9652-43 7/03 | 3 | POTATO, WHITE A | 1 | 16.00 | 48.00 | |
| | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 1 | ONION | | 22.00 | 22.00 | |
| 9652-44 7/03 | 4 | CELERY, 30 COUNT | 2 | 14.00 | 56.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | 2 | CAULIFLOWER, 12 | | 12.00 | 24.00 | |
| | 1 | PEPPER, GREEN X-LARGE | | 10.00 | 10.00 | |
| 9652-45 7/03 | 2 | PICKLE KIRBY #1 | 2 | 16.00 | 32.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 1 | ONION | | 22.00 | 22.00 | |
| 9652-46 7/03 | 17 | LETTUCE, CELLO-24 | 3 | 15.00 | 255.00 | |
| | 12 | CARROT, CELLO | | 15.00 | 180.00 | |
| | 3 | CARROT, LOOSE | | 20.00 | 60.00 | |
| | 2 | CAULIFLOWER, 12 | | 12.00 | 24.00 | |
| | 3 | PEPPER, GREEN X-LARGE | | 10.00 | 30.00 | |
| 9652-47 7/03 | 10 | PEPPER, RED MIX | 3 | 5.00 | 50.00 | |
| | 3 | PICKLE KIRBY #1 | | 16.00 | 48.00 | |
| | 6 | SQUASH, GREEN-FANCY | | 8.00 | 48.00 | |
| | 2 | POTATO, WHITE A | | 16.00 | 32.00 | |
| | 5 | ONION, REGULAR | | 24.00 | 120.00 | |



A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 4
DATE 7/03/07
CUST# 43305
INVOICE NO: 95346

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9652-48 | 7/03 | 10 | ONION | 3 | 22.00 | 220.00 | |
| 9652-49 | 7/03 | 2 | LETTUCE, CELLO-24 | 5 | 15.00 | 30.00 | |
| | | 1 | CELERY, 30 COUNT | | 14.00 | 14.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 1 | CAULIFLOWER, 12 | | 12.00 | 12.00 | |
| 9652-50 | 7/03 | 6 | PICKLE KIRBY #1 | 5 | 16.00 | 96.00 | |
| | | 6 | SQUASH, GREEN-FANCY | | 8.00 | 48.00 | |
| | | 2 | POTATO, WHITE A | | 16.00 | 32.00 | |
| | | 2 | ONION, REGULAR | | 24.00 | 48.00 | |
| 9652-67 | 7/03 | 7 | BROCOLLI, CROWNS | 10 | 10.00 | 70.00 | |
| 9652-68 | 7/03 | 4 | BROCOLLI, CROWNS | 14 | 10.00 | 40.00 | |
| 9652-97 | 7/03 | 4 | PEPPER, JALAPENO | 5 | 10.00 | 40.00 | |
| 9653-01 | 7/03 | 5 | CARROT, CELLO | 14 | 15.00 | 75.00 | |
| | | 3 | CARROT, LOOSE | | 20.00 | 60.00 | |
| | | 20 | ONION | | 22.00 | 440.00 | |
| 9653-02 | 7/03 | 1 | CELERY, 30 COUNT | 6 | 14.00 | 14.00 | |
| | | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | | 5 | CARROT, LOOSE | | 20.00 | 100.00 | |
| | | 4 | CAULIFLOWER, 12 | | 12.00 | 48.00 | |
| | | 1 | PARSNIPS, 25LB. | | 13.00 | 13.00 | |
| 9653-03 | 7/03 | 1 | PEPPER, GREEN X-LARGE | 6 | 10.00 | 10.00 | |
| | | 4 | PICKLE KIRBY #1 | | 16.00 | 64.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 5
DATE 7/03/07
CUST# 43305
INVOICE NO: 95346

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | | 1 | ONION | | 24.00 | 24.00 | |
| 9653-04 | 7/03 | 2 | ONION | 6 | 22.00 | 44.00 | |
| 9653-05 | 7/03 | 1 | CELERY, 30 COUNT | 7 | 14.00 | 14.00 | |
| | | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
| | | 6 | CAULIFLOWER, 12 | | 12.00 | 72.00 | |
| | | 2 | PEPPER, GREEN X-LARGE | | 10.00 | 20.00 | |
| | | 2 | PEPPER, RED MIX | | 15.00 | 30.00 | |
| 9653-06 | 7/03 | 7 | SQUASH, GREEN-FANCY | 7 | 8.00 | 56.00 | |
| | | 2 | ONION, REGULAR | | 24.00 | 48.00 | |
| | | 5 | ONION | | 24.00 | 120.00 | |
| | | 4 | ONION | | 22.00 | 88.00 | |
| 9653-07 | 7/03 | 5 | CELERY, 30 COUNT | 8 | 14.00 | 70.00 | |
| | | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 1 | RADISH, CELLO | | 6.00 | 6.00 | |
| | | 6 | CAULIFLOWER, 12 | | 12.00 | 72.00 | |
| 9653-08 | 7/03 | 4 | ONION | 8 | 24.00 | 96.00 | |
| | | 4 | ONION | | 22.00 | 88.00 | |
| 9653-09 | 7/03 | 2 | CELERY, 30 COUNT | 10 | 14.00 | 28.00 | |
| | | 6 | CARROT, LOOSE | | 20.00 | 120.00 | |
| | | 4 | CAULIFLOWER, 12 | | 12.00 | 48.00 | |



A. & J. [illegible] CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 6
DATE 7/03/07
CUST# 43305
INVOICE NO: 95346

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 3 | PEPPER, GREEN X-LARGE | | 10.00 | 30.00 | |
| | 3 | ONION | | 22.00 | 66.00 | |
| 9653-10 7/03 | 2 | CARROT, LOOSE | 12 | 20.00 | 40.00 | |
| | 5 | PEPPER, GREEN X-LARGE | | 10.00 | 50.00 | |
| | 1 | ONION | | 24.00 | 24.00 | |
| 9653-77 7/03 | 10 | CAULIFLOWER, 12 | 5 | 12.00 | 120.00 | |
| 9653-97 7/03 | 35 | ROMAINE | 17 | 13.00 | 455.00 | |
| | 42 | LETTUCE, RED LEAF | | 12.00 | 504.00 | |
| | | | | TOTAL FOR | 7/03 | 9923.00 |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT--> 9923.00



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 1
DATE 7/06/07
CUST# KPT
INVOICE NO: 95692

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9621-05 | 7/06 | 1 | ORANGE, VALENCIA 100 | 1 | 24.00 | 24.00 | |
| | | 6 | PEACH, 48/50 | | 18.00 | 108.00 | |
| 9621-06 | 7/06 | 23 | MANGO, 9 | 2 | 6.00 | 138.00 | |
| | | 6 | ORANGE, VALENCIA 100 | | 24.00 | 144.00 | |
| | | 6 | PEACH, 2 1/2" | | 20.00 | 120.00 | |
| | | 6 | NECTARINES, 40 | | 26.00 | 156.00 | |
| | | 2 | RED GLOBE BAGS | | 24.00 | 48.00 | |
| 9621-07 | 7/06 | 1 | APPLE, GALA 80 | 2 | 40.00 | 40.00 | |
| | | 16 | TOMATO, 5X6 | | 12.00 | 192.00 | |
| 9621-08 | 7/06 | 6 | MANGO, 9 | 3 | 6.00 | 36.00 | |
| | | 4 | PEACH, 2 1/2" | | 20.00 | 80.00 | |
| | | 11 | TOMATO, 5X6 | | 12.00 | 132.00 | |
| 9621-09 | 7/06 | 13 | MANGO, 9 | 5 | 6.00 | 78.00 | |
| | | 1 | ORANGE, VALENCIA 56 | | 28.00 | 28.00 | |
| 9621-10 | 7/06 | 22 | MANGO, 9 | 6 | 6.00 | 132.00 | |
| | | 1 | ORANGE, VALENCIA 56 | | 28.00 | 28.00 | |
| | | 1 | ORANGE, VALENCIA 100 | | 24.00 | 24.00 | |
| | | 6 | PEACH, 2 1/2" | | 20.00 | 120.00 | |
| | | 4 | NECTARINES, 40 | | 26.00 | 104.00 | |
| 9621-11 | 7/06 | 4 | RED GLOBE BAGS | 6 | 24.00 | 96.00 | |
| | | 6 | TOMATO, 5X6 | | 12.00 | 72.00 | |
| 9621-12 | 7/06 | 4 | ORANGE, VALENCIA 56 | 7 | 28.00 | 112.00 | |
| | | 3 | ORANGE, VALENCIA 100 | | 24.00 | 72.00 | |



A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 2
DATE 7/06/07
CUST# 43305
INVOICE NO: 95692
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 5 | PEACH, 48/50 | | 18.00 | 90.00 | |
| 9621-13 | 7/06 | 11 | PEACH, 2 1/2" | 8 | 20.00 | 220.00 | |
| | | 1 | APPLE, GALA 80 | | 40.00 | 40.00 | |
| | | 2 | TOMATO, 5X6 | | 12.00 | 24.00 | |
| 9621-14 | 7/06 | 18 | MANGO, 9 | 10 | 6.00 | 108.00 | |
| | | 5 | ORANGE, VALENCIA 56 | | 28.00 | 140.00 | |
| | | 1 | NECTARINES, 40 | | 26.00 | 26.00 | |
| | | 2 | APPLE, GALA 80 | | 40.00 | 80.00 | |
| | | 17 | TOMATO, 5X6 | | 12.00 | 204.00 | |
| 9621-15 | 7/06 | 20 | MANGO, 9 | 12 | 6.00 | 120.00 | |
| | | 5 | PEACH, 2 1/2" | | 20.00 | 100.00 | |
| | | 5 | NECTARINES, 40 | | 26.00 | 130.00 | |
| | | 2 | RED GLOBE BAGS | | 24.00 | 48.00 | |
| | | 1 | APPLE, GALA 80 | | 40.00 | 40.00 | |
| 9660-90 | 7/06 | 12 | LETTUCE, CELLO-24 | 1 | 16.00 | 192.00 | |
| | | 1 | SCALLIONS | | 12.00 | 12.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 20 | CARROT, LOOSE | | 20.00 | 400.00 | |
| | | 2 | CUKES, SELECT | | 8.00 | 16.00 | |
| 9660-91 | 7/06 | 2 | CUKES, SUPER | 1 | 12.00 | 24.00 | |
| | | 30 | SQUASH, GREEN-FANCY | | 10.00 | 300.00 | |
| | | 2 | POTATO, WHITE A | | 16.00 | 32.00 | |
| 9660-92 | 7/06 | 2 | CELERY, 30 COUNT | 2 | 15.00 | 30.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







PAGE 3
DATE 7/06/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 95692

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 2 | SCALLIONS | | 12.00 | 24.00 | |
| | | 2 | BROCOLLI, CROWNS | | 10.00 | 20.00 | |
| | | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| 9660-93 | 7/06 | 2 | CAULIFLOWER, 12 | 2 | 12.00 | 24.00 | |
| | | 1 | PEPPER, GREEN X-LARGE | | 12.00 | 12.00 | |
| | | 2 | CUKES, SELECT | | 8.00 | 16.00 | |
| | | 1 | CUKES, SUPER | | 12.00 | 12.00 | |
| | | 2 | PICKLE KIRBY #1 | | 20.00 | 40.00 | |
| 9660-94 | 7/06 | 1 | SQUASH, GREEN-FANCY | 2 | 10.00 | 10.00 | |
| | | 1 | ONION, REGULAR | | 16.00 | 16.00 | |
| 9660-95 | 7/06 | 6 | LETTUCE, CELLO-24 | 3 | 16.00 | 96.00 | |
| | | 3 | CELERY, 30 COUNT | | 15.00 | 45.00 | |
| | | 18 | SCALLIONS | | 12.00 | 216.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| 9660-96 | 7/06 | 1 | CAULIFLOWER, 12 | 3 | 12.00 | 12.00 | |
| | | 2 | PEPPER, GREEN X-LARGE | | 12.00 | 24.00 | |
| | | 7 | CUKES, SELECT | | 8.00 | 56.00 | |
| | | 4 | SQUASH, GREEN-FANCY | | 10.00 | 40.00 | |
| | | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| 9660-99 | 7/06 | 3 | LETTUCE, CELLO-24 | 5 | 15.00 | 45.00 | |
| | | 8 | SCALLIONS | | 15.00 | 120.00 | |



A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





PAGE 4
DATE 7/06/07
CUST# 43305
INVOICE NO: 95692

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 2 | BROCOLLI, CROWNS | | 10.00 | 20.00 | |
| | | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| 9661-00 | 7/06 | 1 | OKRA | 5 | 15.00 | 15.00 | |
| | | 1 | PARSNIPS, 25LB | | 13.00 | 13.00 | |
| | | 4 | PEPPER, GREEN X-LARGE | | 12.00 | 48.00 | |
| | | 1 | CUKES, SUPER | | 8.00 | 8.00 | |
| | | 2 | PICKLE KIRBY #1 | | 20.00 | 40.00 | |
| 9661-54 | 7/06 | 6 | SQUASH, GREEN-FANCY | 5 | 10.00 | 60.00 | |
| | | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| 9661-55 | 7/06 | 1 | CELERY, 30 COUNT | 6 | 15.00 | 15.00 | |
| | | 3 | SCALLIONS | | 12.00 | 36.00 | |
| | | 3 | BROCCOLI, 14'S | | 11.00 | 33.00 | |
| | | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| 9661-56 | 7/06 | 1 | PEPPER, GREEN X-LARGE | 6 | 12.00 | 12.00 | |
| | | 2 | CUKES, SUPER | | 12.00 | 24.00 | |
| | | 1 | PICKLE KIRBY #1 | | 20.00 | 20.00 | |
| | | 2 | SQUASH, GREEN-FANCY | | 7.00 | 14.00 | |
| | | 2 | POTATO, WHITE A | | 16.00 | 32.00 | |
| 9661-57 | 7/06 | 7 | ONION, REGULAR | 6 | 24.00 | 168.00 | |
| | | 6 | ONION | | 24.00 | 144.00 | |
| 9661-58 | 7/06 | 4 | LETTUCE, CELLO-24 | 7 | 16.00 | 64.00 | |






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 5
DATE 7/06/07
CUST# 43305
INVOICE NO: 95692

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 7 | SCALLIONS | | 12.00 | 84.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 1 | PARSNIPS, 25LB. | | 13.00 | 13.00 | |
| 9661-59 | 7/06 | 3 | CUKES, SELECT | 7 | 8.00 | 24.00 | |
| | | 3 | PICKLE KIRBY #1 | | 20.00 | 60.00 | |
| | | 7 | SQUASH, GREEN-FANCY | | 10.00 | 70.00 | |
| | | 3 | POTATO, WHITE A | | 16.00 | 48.00 | |
| | | 15 | ONION | | 24.00 | 360.00 | |
| 9661-60 | 7/06 | 5 | SCALLIONS | 8 | 12.00 | 60.00 | |
| | | 11 | BROCOLLI, CROWNS | | 10.00 | 110.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 11 | SQUASH, GREEN-FANCY | | 10.00 | 110.00 | |
| 9661-61 | 7/06 | 5 | ONION | 8 | 24.00 | 120.00 | |
| 9661-62 | 7/06 | 1 | CELERY, 30 COUNT | 10 | 15.00 | 15.00 | |
| | | 5 | SCALLIONS | | 12.00 | 60.00 | |
| | | 5 | BROCOLLI, CROWNS | | 10.00 | 50.00 | |
| | | 6 | CARROT, LOOSE | | 20.00 | 120.00 | |
| | | 1 | OKRA | | 15.00 | 15.00 | |
| 9661-63 | 7/06 | 2 | PARSNIPS, 25LB. | 10 | 13.00 | 26.00 | |
| | | 4 | PEPPER, GREEN X-LARGE | | 12.00 | 48.00 | |
| | | 2 | CUKES, SUPER | | 12.00 | 24.00 | |
| | | 1 | PICKLE KIRBY #1 | | 20.00 | 20.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)






SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 6
DATE 7/06/07
CUST# 43305
INVOICE NO: 95692
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 4 | CUKES, SUPER | | 8.00 | 32.00 | |
| 9661-64 | 7/06 | 3 | SQUASH, GREEN-FANCY | 10 | 10.00 | 30.00 | |
| | | 3 | ONION, REGULAR | | 24.00 | 72.00 | |
| 9661-65 | 7/06 | 14 | SCALLIONS | 12 | 12.00 | 168.00 | |
| | | 1 | BROCOLLI, CROWNS | | 10.00 | 10.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 1 | OKRA | | 15.00 | 15.00 | |
| | | 5 | PEPPER, GREEN X-LARGE | | 12.00 | 60.00 | |
| 9661-66 | 7/06 | 5 | SQUASH, GREEN-FANCY | 12 | 10.00 | 50.00 | |
| | | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| 9661-67 | 7/06 | 3 | LETTUCE, CELLO-24 | 14 | 16.00 | 48.00 | |
| | | 20 | SCALLIONS | | 12.00 | 240.00 | |
| | | 2 | BROCOLLI, CROWNS | | 10.00 | 20.00 | |
| | | 3 | CARROT, LOOSE | | 20.00 | 60.00 | |
| | | 2 | CAULIFLOWER, 12 | | 12.00 | 24.00 | |
| 9661-68 | 7/06 | 10 | SQUASH, GREEN-FANCY | 14 | 10.00 | 100.00 | |
| | | | | | TOTAL FOR | 7/06 | 8881.00 |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorizied by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT-> 8881.00

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)










SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 1
DATE 7/09/07
CUST# KPT
INVOICE NO: 95791

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9627-26 | 7/09 | 1 | RASPBERRIES | 7 | 18.00 | 18.00 | |
| | | 8 | STRAWBERRIES | | 15.00 | 120.00 | |
| | | 5 | PLUM, MIDAS KING 60 | | 30.00 | 150.00 | |
| 9627-27 | 7/09 | 1 | PEACH, 2 3/4" | 8 | 20.00 | 20.00 | |
| | | 1 | BLACK AMBER PLUMS, 30 | | 28.00 | 28.00 | |
| | | 1 | GRAPES, FLAME BAG | | 22.00 | 22.00 | |
| | | 4 | STRAWBERRIES | | 15.00 | 60.00 | |
| | | 2 | TOMATO, 5X6 | | 12.00 | 24.00 | |
| 9627-28 | 7/09 | 24 | MANGO, 8 | 8 | 7.00 | 168.00 | |
| | | 1 | PAPAYA 9 | | 20.00 | 20.00 | |
| | | 17 | TOMATOE, GRAPE | | 17.00 | 289.00 | |
| 9627-33 | 7/09 | 2 | FORELLE PEAR, 60 | 10 | 36.00 | 72.00 | |
| | | 6 | PEACH, 40/42 | | 24.00 | 144.00 | |
| | | 4 | NECTARINES, 44 | | 26.00 | 104.00 | |
| | | 3 | BLACK AMBER PLUMS, 30 | | 28.00 | 84.00 | |
| | | 1 | GRAPES, FLAME BAG | | 22.00 | 22.00 | |
| 9627-34 | 7/09 | 6 | RASPBERRIES | 10 | 18.00 | 108.00 | |
| | | 8 | STRAWBERRIES | | 15.00 | 120.00 | |
| | | 12 | TOMATO, 5X6 | | 12.00 | 144.00 | |
| | | 26 | MANGO, 8 | | 7.00 | 182.00 | |
| | | 9 | AVOCADOS HASS, 40 | | 46.00 | 414.00 | |
| 9627-35 | 7/09 | 10 | TOMATOE, GRAPE | 10 | 17.00 | 170.00 | |
| 9627-36 | 7/09 | 10 | MANGO, 8 | 12 | 7.00 | 70.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







PAGE 2
DATE 7/09/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 95791

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 5 | TOMATOE, GRAPE | | 17.00 | 85.00 | |
| | | 1 | PEACH, 2 1/2" | | 18.00 | 18.00 | |
| | | 2 | NECTARINES, 44 | | 26.00 | 52.00 | |
| | | 4 | RASPBERRIES | | 18.00 | 72.00 | |
| 9627-37 | 7/09 | 1 | TOMATO, 5X6 | 12 | 12.00 | 12.00 | |
| 9627-38 | 7/09 | 2 | APRICOT, 8 | 14 | 20.00 | 40.00 | |
| 9627-39 | 7/09 | 6 | RASPBERRIES | 15 | 18.00 | 108.00 | |
| | | 6 | STRAWBERRIES | | 15.00 | 90.00 | |
| 9628-62 | 7/09 | 4 | PEACH, 2 1/2" | 1 | 18.00 | 72.00 | |
| | | 2 | RASPBERRIES | | 18.00 | 36.00 | |
| | | 10 | PLUM, MIDAS KING 60 | | 30.00 | 300.00 | |
| | | 10 | MANGO, 8 | | 7.00 | 70.00 | |
| 9628-63 | 7/09 | 1 | AVOCADOS HASS, 40 | 1 | 46.00 | 46.00 | |
| 9628-64 | 7/09 | 16 | MANGO, 8 | 2 | 7.00 | 112.00 | |
| | | 4 | AVOCADOS HASS, 40 | | 46.00 | 184.00 | |
| | | 14 | TOMATOE, GRAPE | | 17.00 | 238.00 | |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| | | 5 | PEACH, 2 1/2" | | 18.00 | 90.00 | |
| 9628-65 | 7/09 | 2 | NECTARINES, 44 | 2 | 26.00 | 52.00 | |
| | | 1 | APRICOT, 8 | | 20.00 | 20.00 | |
| | | 3 | GRAPES, FLAME BAG | | 22.00 | 66.00 | |
| | | 11 | RASPBERRIES | | 18.00 | 198.00 | |
| | | 8 | STRAWBERRIES | | 15.00 | 120.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 3
DATE 7/09/07
CUST# 43305
INVOICE NO: 95791

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9628-66 | 7/09 | 14 | TOMATO, 5X6 | 2 | 12.00 | 168.00 | |
| 9628-67 | 7/09 | 1 | APPLE, G.DEL 12/3 | 3 | 26.00 | 26.00 | |
| | | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | | 3 | APRICOT, 8 | | 20.00 | 60.00 | |
| | | 2 | RASPBERRIES | | 18.00 | 36.00 | |
| | | 10 | STRAWBERRIES | | 15.00 | 150.00 | |
| 9628-68 | 7/09 | 2 | MANGO, 8 | 3 | 7.00 | 14.00 | |
| | | 1 | TOMATOE, GRAPE | | 17.00 | 17.00 | |
| 9628-69 | 7/09 | 6 | PEACH, 40/42 | 5 | 24.00 | 144.00 | |
| | | 3 | PEACH, 2 1/2" | | 18.00 | 54.00 | |
| | | 1 | NECTARINES, 44 | | 26.00 | 26.00 | |
| | | 1 | APRICOT, 8 | | 20.00 | 20.00 | |
| | | 2 | GRAPES, FLAME BAG | | 22.00 | 44.00 | |
| 9628-70 | 7/09 | 6 | RASPBERRIES | 5 | 18.00 | 108.00 | |
| | | 8 | STRAWBERRIES | | 15.00 | 120.00 | |
| | | 1 | PLUM, MIDAS KING 60 | | 30.00 | 30.00 | |
| | | 7 | TOMATO, 5X6 | | 12.00 | 84.00 | |
| | | 10 | MANGO, 8 | | 7.00 | 70.00 | |
| 9628-71 | 7/09 | 4 | TOMATOE, GRAPE | 5 | 17.00 | 68.00 | |
| 9628-73 | 7/09 | 3 | PEACH, 40/42 | 6 | 24.00 | 72.00 | |
| | | 4 | PEACH, 2 1/2" | | 18.00 | 72.00 | |
| | | 1 | NECTARINES, 44 | | 26.00 | 26.00 | |
| | | 1 | RASPBERRIES | | 18.00 | 18.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)




SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 4
DATE 7/09/07
CUST# 43305
INVOICE NO: 95791
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 2 | STRAWBERRIES | | 15.00 | 30.00 | |
| 9628-74 | 7/09 | 3 | PLUM, MIDAS KING 60 | 6 | 30.00 | 90.00 | |
| | | 1 | TOMATO, 5X6 | | 12.00 | 12.00 | |
| | | 6 | MANGO, 8 | | 7.00 | 42.00 | |
| | | 1 | AVOCADOS HASS, 40 | | 46.00 | 46.00 | |
| | | 1 | TOMATOE, GRAPE | | 17.00 | 17.00 | |
| 9628-75 | 7/09 | 4 | AVOCADOS HASS, 40 | 7 | 46.00 | 184.00 | |
| | | 1 | FORELLE PEAR, 60 | | 36.00 | 36.00 | |
| | | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | | 3 | BLACK AMBER PLUMS, 30 | | 28.00 | 84.00 | |
| | | 5 | APRICOT, 8 | | 20.00 | 100.00 | |
| 9669-21 | 7/09 | 8 | LETTUCE, CELLO-24 | 1 | 16.00 | 128.00 | |
| | | 1 | CELERY, 30 COUNT | | 15.00 | 15.00 | |
| | | 7 | SCALLIONS | | 12.00 | 84.00 | |
| | | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | | 11 | CORN | | 9.00 | 99.00 | |
| 9669-22 | 7/09 | 5 | PEPPER, RED-XLG. | 1 | 15.00 | 75.00 | |
| | | 13 | SQUASH, GREEN-FANCY | | 12.00 | 156.00 | |
| | | 3 | POTATO, RED A | | 16.00 | 48.00 | |
| | | 13 | CANTALOUPE, 12 | | 8.00 | 104.00 | |
| | | 11 | MELON, HONEYDEW-5 | | 8.00 | 88.00 | |
| 9669-25 | 7/09 | 2 | LETTUCE, CELLO-24 | 14 | 16.00 | 32.00 | |
| | | 20 | SCALLIONS | | 12.00 | 240.00 | |





A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 5
DATE 7/09/07
CUST# 43305
INVOICE NO: 95791
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 4 | CARROT, LOOSE | | 20.00 | 80.00 | |
| | | 2 | POTATO, RED A | | 16.00 | 32.00 | |
| 9669-26 | 7/09 | 4 | ROMAINE | 2 | 13.00 | 52.00 | |
| | | 4 | SCALLIONS | | 12.00 | 48.00 | |
| | | 4 | BROCOLLI, CROWNS | | 10.00 | 40.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | | 3 | CAULIFLOWER, 12 | | 12.00 | 36.00 | |
| 9669-27 | 7/09 | 1 | CUKES, SUPER | 2 | 12.00 | 12.00 | |
| | | 1 | SQUASH, GREEN-FANCY | | 8.00 | 8.00 | |
| | | 1 | POTATO RUSSETT, 10/5 | | 11.00 | 11.00 | |
| | | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | | 2 | ONION | | 24.00 | 48.00 | |
| 9669-28 | 7/09 | 1 | ONION | 2 | 23.00 | 23.00 | |
| | | 16 | CANTALOUPE, 12 | | 8.00 | 128.00 | |
| | | 5 | MELON, HONEYDEW-5 | | 8.00 | 40.00 | |
| 9669-29 | 7/09 | 4 | LETTUCE, CELLO-24 | 3 | 16.00 | 64.00 | |
| | | 2 | CELERY, 30 COUNT | | 15.00 | 30.00 | |
| | | 9 | SCALLIONS | | 12.00 | 108.00 | |
| | | 4 | CARROT, CELLO | | 15.00 | 60.00 | |
| | | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| 9669-30 | 7/09 | 1 | CAULIFLOWER, 12 | 3 | 12.00 | 12.00 | |
| | | 4 | CORN | | 9.00 | 36.00 | |
| | | 7 | PEPPER, SUNTAN | | 6.00 | 42.00 | |