# A. J. TRUCCO, INC.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO: 957791
PAGE 6
DATE 7/09/07
CUST# 43305

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX            NY

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 96669-31  7/09 | 4  | CUKES, SUPER | | 12.00 | 48.00 | |
| | 1 | BOK CHOY | | 25.00 | 25.00 | |
| | 12 | POTATO RUSSETT, 10/5  3 | | 11.00 | 132.00 | |
| | 2 | ONION, REGULAR | | 24.00 | 48.00 | |
| | 4 | POTATO, RED A | | 16.00 | 64.00 | |
| | 12 | CANTALOUPE, 12 | | 8.00 | 96.00 | |
| | 1 | | | 8.00 | 8.00 | |
| 96669-32  7/09 | 2 | MELON, HONEYDEW-5 | | 16.00 | 32.00 | |
| | 3 | LETTUCE, CELLO-24     5 | | 13.00 | 39.00 | |
| | 1 | ROMAINE | | 15.00 | 15.00 | |
| | 3 | CELERY, 30 COUNT | | 10.00 | 30.00 | |
| | 1 | BROCOLLI, CROWNS | | 15.00 | 15.00 | |
| | 1 | CARROT, CELLO | | 20.00 | 20.00 | |
| 96669-33  7/09 | 2 | CARROT, LOOSE         5 | | 9.00 | 18.00 | |
| | 4 | CORN | | 12.00 | 48.00 | |
| | 8 | CUKES, SUPER | | 8.00 | 64.00 | |
| | 3 | SQUASH, GREEN-FANCY | | 11.00 | 33.00 | |
| 96669-34  7/09 | 1 | POTATO RUSSETT, 10/5  5 | | 11.00 | 11.00 | |
| | 5 | POTATO, WHITE A | | 23.00 | 115.00 | |
| | 1 | ONION | | 16.00 | 16.00 | |
| | 22 | POTATO, RED A | | 8.00 | 176.00 | |
| 96669-35  7/09 | 5 | CANTALOUPE, 12 | | 10.00 | 50.00 | |
| | 3 | WATERMELON, 9         6 | | 12.00 | 36.00 | |
| | | SCALLIONS | | | | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE   7
DATE   7/09/07
CUST#  43305
       95791

SOLD TO:
K P T (MEMO)
123
BRONX  99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 96669-36  7/09 | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 6 | CORN | | 9.00 | 54.00 | |
| | 1 | PEPPER, SUNTAN | | 6.00 | 6.00 | |
| | 3 | SQUASH, GREEN-FANCY | | 8.00 | 24.00 | |
| | 1 | POTATO RUSSETT, 10/5 | 6 | 11.00 | 11.00 | |
| | 1 | ONION | | 24.00 | 24.00 | |
| | 2 | ONION | | 23.00 | 46.00 | |
| | 2 | POTATO, RED A | | 16.00 | 32.00 | |
| | 2 | CANTALOUPE, 12 | | 8.00 | 16.00 | |
| 96669-37  7/09 | 5 | LETTUCE, CELLO-24 | 7 | 16.00 | 80.00 | |
| | 3 | CELERY, 30 COUNT | | 15.00 | 45.00 | |
| | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
| | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| | 8 | CAULIFLOWER, 12 | | 12.00 | 96.00 | |
| 96669-38  7/09 | 5 | CORN | 7 | 9.00 | 45.00 | |
| | 2 | OKRA | | 12.00 | 24.00 | |
| | 5 | PEPPER, SUNTAN | | 6.00 | 30.00 | |
| | 5 | SQUASH, GREEN-FANCY | | 8.00 | 40.00 | |
| | 15 | POTATO RUSSETT, 10/5 | | 11.00 | 165.00 | |
| 96669-39  7/09 | 5 | ONION | 7 | 24.00 | 120.00 | |
| | 4 | POTATO, RED A | | 16.00 | 64.00 | |
| | 7 | MELON, HONEYDEW-5 | | 8.00 | 56.00 | |
| 96669-40  7/09 | 8 | LETTUCE, CELLO-24 | 8 | 16.00 | 128.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**INVOICE NO:**
**TERMS: NET CASH.** Bills must be paid under PACA Terms.

| SOLD TO: | K P T (MEMO) | | PAGE | 8 |
| --- | --- | --- | --- | --- |
| | 123 | | DATE | 7/09/07 |
| | BRONX | | CUST# | 43305 |
| | 99999 | | | 95791 |

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- | --- |
| 9669-41  7/09 | 6 | SCALLIONS | | 12.00 | 72.00 | |
| | 6 | BROCOLLI CROWNS | | 10.00 | 60.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 3 | CAULIFLOWER, 12 | | 12.00 | 36.00 | |
| | 2 | CORN | 6 | 9.00 | 18.00 | |
| | 15 | PEPPER, RED-XLG | | 15.00 | 225.00 | |
| | 6 | CUKES, SUPER | | 12.00 | 72.00 | |
| | 14 | SQUASH, GREEN-FANCY | | 8.00 | 112.00 | |
| | 9 | POTATO RUSSETT, 10/5 | | 11.00 | 99.00 | |
| 9669-42  7/09 | 20 | CANTALOUPE, 12 | 8 | 8.00 | 160.00 | |
| 9669-43  7/09 | 5 | ROMAINE | | 13.00 | 65.00 | |
| | 2 | CELERY, 30 COUNT | 10 | 15.00 | 30.00 | |
| | 3 | SCALLIONS | | 12.00 | 36.00 | |
| | 4 | BROCOLLI CROWNS | | 10.00 | 40.00 | |
| | 8 | CARROT, LOOSE | | 20.00 | 160.00 | |
| | 1 | CHOKES, 36 | | 45.00 | 45.00 | |
| 9669-44  7/09 | 4 | CORN | 10 | 9.00 | 36.00 | |
| | 1 | PEPPER, RED-XLG | | 15.00 | 15.00 | |
| | 2 | CUKES, SUPER | | 12.00 | 24.00 | |
| | 5 | POTATO RUSSETT, 10/5 | 10 | 11.00 | 55.00 | |
| 9669-45  7/09 | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 4 | POTATO, RED A | | 16.00 | 64.00 | |
| | 3 | CANTALOUPE, 12 | | 8.00 | 24.00 | |







# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



**SOLD TO:**
K P T (PREM)
125
BRONX
999999

**INVOICE NO:**
**TERMS: NET CASH.** Bills must be paid under PACA Terms.

PAGE 1
DATE 7/09/07
CUST# 43305
95791

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9669-46 7/09 | 2 | LETTUCE, CELLO-24 | 12 | 16.00 | 32.00 | |
| | 1 | CELERY, 24 COUNT | | 15.00 | 15.00 | |
| | 7 | SCALLIONS | | 12.00 | 84.00 | |
| | 1 | BROCCOLI, CROWNS | | 10.00 | 10.00 | |
| | 2 | CARROT, LOOSE | | 20.00 | 40.00 | |
| 9669-47 7/09 | 5 | OKRA | | 12.00 | 60.00 | |
| | 3 | CUKES, SUPER | 12 | 12.00 | 36.00 | |
| | 1 | ONION | | 24.00 | 24.00 | |
| | 1 | CANTALOUPE, 12 | | 8.00 | 8.00 | |
| 9670-18 7/09 | 4 | POTATO RUSSETT, 80 | 6 | 16.50 | 66.00 | |
| | 10 | CANTALOUPE, 12 | | 8.00 | 80.00 | |
| | 1 | MELON, HONEYDEW-5 | | 8.00 | 8.00 | |
| | 2 | MELON, HONEYDEW-6 | | 8.00 | 16.00 | |
| | 1 | ONION, VIDALIA'S | | 25.00 | 25.00 | |
| 9670-51 7/09 | 3 | CANTALOUPE, 12 | 7 | 8.00 | 24.00 | |
| 9671-72 7/09 | 1 | CAULIFLOWER, 12 | 6 | 12.00 | 12.00 | |
| 9671-73 7/09 | 1 | CARROTS, PEELED | | 15.00 | 15.00 | |
| 9672-35 7/09 | 1 | CAULIFLOWER, 12 | 8 | 12.00 | 12.00 | |
| | 1 | CAULIFLOWER, 12 | 10 | 12.00 | 12.00 | |

**TOTAL FOR 7/09**     13301.00

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**NOTICE:** Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| SOLD TO: | | | | | INVOICE NO: | | |
|---|---|---|---|---|---|---|---|
| K P T (MEMO) | | | | | PAGE | 1 | |
| 123 | | | | | DATE | 7/10/07 | |
| BRONX NY 99999 | | | | | CUST # | KPT 95888 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9636-77 7/10 | 4 | CHERRIES, BAG 10 | 1 | 36.00 | 144.00 | |
| 9636-78 7/10 | 1 | AVOCADOS HASS, 48 | 2 | 44.00 | 44.00 | |
| | 1 | LEMONS, 140 | | 34.00 | 34.00 | |
| | 2 | PEACH 40/42 | | 24.00 | 48.00 | |
| | 3 | CHERRIES, BAG 10 | | 36.00 | 108.00 | |
| | 4 | NECTARINES, 64 | | 26.00 | 104.00 | |
| 9636-79 7/10 | 2 | APRICOT, 8 | 2 | 22.00 | 44.00 | |
| | 3 | TOMATO, 5X6 | | 12.00 | 36.00 | |
| 9636-80 7/10 | 1 | LEMONS, 140 | 3 | 34.00 | 34.00 | |
| | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
| | 11 | CHERRIES, BAG 10 | 3 | 36.00 | 396.00 | |
| 9636-81 7/10 | 1 | TOMATO, 5X6 | | 12.00 | 12.00 | |
| 9636-82 7/10 | 3 | AVOCADOS HASS, 48 | 5 | 44.00 | 132.00 | |
| | 4 | LEMONS, 140 | | 34.00 | 136.00 | |
| | 10 | PEACH, 2 1/2" | | 18.00 | 180.00 | |
| | 2 | PEACH, SATURN 40 | | 18.00 | 36.00 | |
| | 2 | CHERRIES, BAG 10 | 5 | 36.00 | 72.00 | |
| 9636-83 7/10 | 7 | TOMATO, 5X6 | | 12.00 | 84.00 | |
| 9636-84 7/10 | 3 | AVOCADOS HASS, 48 | 6 | 44.00 | 132.00 | |
| | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| | 4 | PEACH, 2 1/2" | | 18.00 | 72.00 | |
| | 2 | PEACH, SATURN 40 | | 18.00 | 36.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | |
|---|---|
| PAGE | 2 |
| DATE | 7/10/07 |
| CUST# | 43305 |
| INVOICE NO: | 95889 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX          99959        NY

| | DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9636-85 | 7/10 | 1 | APRICOT, 8 | | 22.00 | 22.00 | |
| 9636-86 | 7/10 | 1 | TOMATO, 5x6 | 6 | 12.00 | 12.00 | |
| | | 5 | CHERRIES, BAG 10 | 7 | 36.00 | 180.00 | |
| 9636-87 | 7/10 | 10 | APRICOT, 8 | | 22.00 | 220.00 | |
| | | 5 | TOMATO, 5x6 | | 12.00 | 60.00 | |
| | | 7 | LEMONS, 140 | 8 | 34.00 | 238.00 | |
| | | 30 | PEACH, 2 1/2" | | 18.00 | 540.00 | |
| | | 13 | CHERRIES, BAG 10 | | 36.00 | 468.00 | |
| 9636-88 | 7/10 | 34 | STRAWBERRIES | | 8.00 | 272.00 | |
| | | 2 | LEMONS, 140 | 10 | 34.00 | 68.00 | |
| | | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
| | | 2 | CHERRIES, BAG 10 | | 36.00 | 72.00 | |
| | | 2 | STRAWBERRIES | | 8.00 | 16.00 | |
| 9636-89 | 7/10 | 11 | TOMATO, 5x6 | 12 | 12.00 | 132.00 | |
| | | 1 | PEACH, 2 1/2" | | 18.00 | 18.00 | |
| | | 2 | CHERRIES, BAG 10 | | 36.00 | 72.00 | |
| 9636-90 | 7/10 | 5 | LEMONS, 140 | 14 | 34.00 | 170.00 | |
| | | 2 | PEAR, ANJOU 80 | | 32.00 | 64.00 | |
| 9636-91 | 7/10 | 8 | STRAWBERRIES | 15 | 8.00 | 64.00 | |
| | | 21 | CARROT, LOOSE | 1 | 20.00 | 420.00 | |
| 9675-41 | 7/10 | 5 | PEPPER, RED-XLG. | | 14.00 | 70.00 | |
| | | 3 | POTATO, RED A | | 18.00 | 54.00 | |
| | | 10 | ONION | | 23.00 | 230.00 | |






# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
123
BRONX        NY
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9675-42  7/10 | 10 | SQUASH, GREEN-FANCY | | 7.00 | 70.00 |
|  | 5 | MELON, HONEYDEW-5 | 1 | 8.00 | 40.00 |
|  | 5 | CANTALOUPE, 12 | | 7.00 | 35.00 |
| 9675-43  7/10 | 3 | BROCOLLI, CROWNS | 2 | 10.00 | 30.00 |
|  | 1 | CARROT, CELLO | | 15.00 | 15.00 |
|  | 1 | CAULIFLOWER, 12 | | 10.00 | 10.00 |
|  | 1 | PEPPER, RED-XLG | | 14.00 | 14.00 |
|  | 2 | POTATO, RED B | | 24.00 | 48.00 |
|  | 1 | ONION | 2 | 23.00 | 23.00 |
| 9675-44  7/10 | 6 | ROMAINE | | 10.00 | 60.00 |
|  | 4 | SQUASH, GREEN-FANCY | | 7.00 | 28.00 |
|  | 2 | CANTALOUPE, 12 | | 10.00 | 20.00 |
| 9675-45  7/10 | 10 | CANTALOUPE, 12 | 3 | 7.00 | 70.00 |
|  | 4 | LETTUCE, CELLO-24 | | 16.00 | 64.00 |
|  | 1 | LEEK | | 12.00 | 12.00 |
|  | 2 | CAULIFLOWER, 12 | | 10.00 | 20.00 |
|  | 10 | PEPPER, SUNTAN | 3 | 6.00 | 60.00 |
| 9675-46  7/10 | 3 | CANTALOUPE, 12 | | 10.00 | 30.00 |
|  | 15 | CANTALOUPE, 12 | | 7.00 | 105.00 |
| 9675-47  7/10 | 2 | LETTUCE, CELLO-24 | 5 | 16.00 | 32.00 |
|  | 1 | CARROT, CELLO | | 15.00 | 15.00 |
|  | 3 | CARROT, LOOSE | | 20.00 | 60.00 |
|  | 1 | CAULIFLOWER, 12 | | 10.00 | 10.00 |

PAGE    3
DATE    7/10/07
CUST#   43305
INVOICE NO:  95888

TERMS: NET CASH. Bills must be paid under PACA Terms.

AMOUNT DUE



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 4
DATE 7/10/07
CUST# 43305
95888

SOLD TO:
K P T (MEMO)
123
BRONX 99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9675-48 7/10 | 1 | PEPPER, RED-XLG | | 14.00 | 14.00 | |
| | 3 | PEPPER, SUNTAN | 5 | 6.00 | 18.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| | 1 | ONION | | 23.00 | 23.00 | |
| 9675-49 7/10 | 10 | MELON, HONEYDEW-5 | | 8.00 | 80.00 | |
| 9675-50 7/10 | 21 | CANTALOUPE, 12 | 5 | 7.00 | 147.00 | |
| | 1 | CARROT, LOOSE | 6 | 20.00 | 20.00 | |
| | 1 | CAULIFLOWER, 12 | | 10.00 | 10.00 | |
| | 2 | POTATO, RED A | | 18.00 | 36.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 7.00 | 7.00 | |
| | 2 | MELON, HONEYDEW-5 | | 8.00 | 16.00 | |
| 9677-02 7/10 | 3 | CANTALOUPE, 12 | 6 | 10.00 | 30.00 | |
| 9677-03 7/10 | 1 | LETTUCE, CELLO-24 | 7 | 16.00 | 16.00 | |
| | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 1 | CAULIFLOWER, 12 | | 10.00 | 10.00 | |
| 9677-04 7/10 | 2 | PEPPER, SUNTAN | 7 | 6.00 | 12.00 | |
| | 2 | SQUASH, GREEN-FANCY | | 7.00 | 14.00 | |
| | 2 | MELON, CANARY 5 | | 8.00 | 16.00 | |
| | 2 | MELON, CASABA 5 | | 8.00 | 16.00 | |
| | 5 | CANTALOUPE, 12 | | 7.00 | 35.00 | |
| 9677-07 7/10 | 1 | CARROT, LOOSE | 8 | 20.00 | 20.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 5
DATE 7/10/07
CUST # 43305
95888

SOLD TO: K P T (RMPO)
123
BRONX 99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | PEPPER, RED-XLG | | 14.00 | 14.00 |
| | 1 | ONION, REGULAR | | 24.00 | 24.00 |
| | 4 | ONION | | 24.00 | 96.00 |
| | 4 | ONION | | 23.00 | 92.00 |
| 9677-03 7/10 | 35 | MELON, HONEYDEW-5 | 8 | 8.00 | 280.00 |
| | 20 | CANTALOUPE, 12 | | 7.00 | 140.00 |
| 9677-09 7/10 | 7 | BROCCOLI, CROWNS | 10 | 10.00 | 70.00 |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 |
| | 1 | BEANS, FAVA | | 25.00 | 25.00 |
| | 10 | CAULIFLOWER, 12 | | 10.00 | 10.00 |
| | 1 | PEPPER, SUNTAN | | 6.00 | 60.00 |
| 9677-10 7/10 | 1 | POTATO, WHITE A | 10 | 16.00 | 16.00 |
| | 1 | POTATO, RED A | | 18.00 | 18.00 |
| | 5 | ONION, REGULAR | | 24.00 | 120.00 |
| | 4 | ROMAINE | | 10.00 | 40.00 |
| | 12 | MELON, HONEYDEW-5 | | 8.00 | 96.00 |
| 9677-11 7/10 | 20 | CANTALOUPE, 12 | 10 | 7.00 | 140.00 |
| 9677-12 7/10 | 1 | LETTUCE, CELLO-24 | 12 | 16.00 | 16.00 |
| | 1 | BEANS, FAVA | | 25.00 | 25.00 |
| | 5 | PEPPER, RED-XLG | | 14.00 | 70.00 |
| | 5 | PEPPER, SUNTAN | | 6.00 | 30.00 |
| | 3 | ONION | | 24.00 | 72.00 |
| 9677-13 7/10 | 1 | CANTALOUPE, 12 | 12 | 10.00 | 10.00 |

AMOUNT DUE






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)




PAGE 6
DATE 7/10/07
CUST# 43305
     95888

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX        NY

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9677-14  7/10 | 5 | CARROT, LOOSE | 14 | 20.00 | 100.00 |
|  | 5 | PEPPER, RED-XLG |  | 14.00 | 70.00 |
|  | 20 | ONION |  | 23.00 | 460.00 |
|  | 5 | MELON, HONEYDEW-5 |  | 8.00 | 40.00 |

TOTAL FOR 7/10        9162.00

* The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT—>   AMOUNT DUE   9162.00





# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 1
DATE 7/11/07
CUST# KPT 95959

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX NY
95959

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9559-82  7/11 | 8 | MELON, HONEYDEW-5 | 5 | 8.00 | 64.00 | |
| 9639-51  7/11 | 10 | PEACH, 2 1/2" | 1 | 18.00 | 180.00 | |
| | 2 | APRICOT, 8 | | 22.00 | 44.00 | |
| 9639-52  7/11 | 1 | GRAPES, FLAME BAG | 2 | 22.00 | 22.00 | |
| | 8 | PEACH, 2 1/2" | | 18.00 | 144.00 | |
| | 2 | PLUM, BLACK 30 | | 30.00 | 60.00 | |
| | 4 | TOMATO, 5x6 | | 12.00 | 49.00 | |
| 9639-63  7/11 | 14 | AVOCADOS HASS, 40 | 3 | 44.00 | 616.00 | |
| | 7 | AVOCADOS HASS, 60 | | 44.00 | 308.00 | |
| | 1 | APPLE, G. DEL 12/3 | | 26.00 | 26.00 | |
| | 1 | APPLE, GRANNY 12/3 | | 22.00 | 22.00 | |
| | 10 | PEACH, 2 1/2" | | 18.00 | 144.00 | |
| | 1 | PLUM, BLACK 30 | | 30.00 | 30.00 | |
| | 3 | NECTERINES, WHITE, 64 | 3 | 16.00 | 48.00 | |
| 9639-64  7/11 | 2 | GRAPES, FLAME BAG | 5 | 22.00 | 44.00 | |
| | 11 | PEACH, 2 1/2" | | 18.00 | 198.00 | |
| | 7 | APRICOT, 8 | | 22.00 | 154.00 | |
| 9639-65  7/11 | 6 | TOMATO, 5x6 | | 12.00 | 72.00 | |
| | 7 | AVOCADOS HASS, 40 | | 44.00 | 308.00 | |
| | 4 | AVOCADOS HASS, 60 | 6 | 44.00 | 176.00 | |
| 9639-66  7/11 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | 1 | GRAPES, FLAME BAG | | 22.00 | 22.00 | |
| | 5 | PEACH, 2 1/2" | | 18.00 | 90.00 | |









# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 2
DATE 7/11/07
CUST# 43305

SOLD TO:
K P T (MEMO)
123
BRONX       959959

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9639-67  7/11 | 2 | PEACH, SATURN 40 |  | 18.00 | 36.00 | |
|               | 1 | NECTARINE, WHITE 40 | 6 | 22.00 | 22.00 | |
|               | 1 | PLUM, BLACK 30 |  | 30.00 | 30.00 | |
|               | 1 | PLUM, BLACK 25 |  | 32.00 | 32.00 | |
|               | 3 | APRICOT, 8 |  | 22.00 | 66.00 | |
|               | 3 | TOMATO, 5X6 |  | 12.00 | 36.00 | |
| 9639-68  7/11 | 1 | NECTERINES, WHITE 64 | 5 | 16.00 | 16.00 | |
| 9639-69  7/11 | 2 | PEAR, ANJOU 80 |  | 32.00 | 64.00 | |
|               | 3 | PEACH, 2 1/2" |  | 18.00 | 54.00 | |
|               | 7 | PEACH, SATURN 40 | 7 | 18.00 | 126.00 | |
|               | 5 | PLUM, BLACK 30 |  | 30.00 | 150.00 | |
| 9639-70  7/11 | 1 | APPLE, G. DEL 12/3 | 8 | 26.00 | 26.00 | |
|               | 2 | APPLE, GRANNY 12/3 |  | 22.00 | 44.00 | |
|               | 4 | PEAR, ANJOU 80 |  | 32.00 | 128.00 | |
|               | 10 | PEACH, 2 1/2" |  | 18.00 | 180.00 | |
|               | 1 | PEACH, 2 3/4" |  | 22.00 | 22.00 | |
|               | 1 | TOMATO, 5X6 |  | 12.00 | 12.00 | |
| 9639-71  7/11 | 4 | NECTERINES, WHITE, 64 | 3 | 16.00 | 64.00 | |
|               | 1 | AVOCADOS HASS, 40 |  | 44.00 | 44.00 | |
|               | 6 | AVOCADOS HASS, 40 | 10 | 44.00 | 264.00 | |
|               | 5 | APPLE, GALA 80 |  | 40.00 | 200.00 | |
| 9639-72  7/11 | 3 | PLUM, BLACK 25 |  | 32.00 | 96.00 | |
|               | 12 | TOMATO, 5X6 |  | 12.00 | 144.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | | |
|---|---|---|
| PAGE | | 3 |
| DATE | | 7/11/07 |
| CUST# | | 43305 |
| INVOICE NO: | | 95959 |

**TERMS: NET CASH.** Bills must be paid under PACA Terms.

SOLD TO:
K P T (PROD)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 96639-73 | 7/11 | 2 | AVOCADOS HASS, 40 | | 44.00 | 88.00 | |
| | | 1 | PEACH, 2 1/2" | | 18.00 | 18.00 | |
| | | 5 | TOMATO, 5X6 | | 12.00 | 60.00 | |
| 96639-74 | 7/11 | 2 | PEAR, ANJOU 90 | | 32.00 | 32.00 | |
| | | 3 | APRICOT, 8 | | 22.00 | 66.00 | |
| | | 10 | MELON, HONEYDEW-5 | | 8.00 | 80.00 | |
| 9682-45 | 7/11 | 1 | ROMAINE | | 11.00 | 11.00 | |
| 9682-46 | 7/11 | 1 | CARROT, CELLO | 2 | 14.00 | 14.00 | |
| | | 1 | SQUASH, GREEN-FANCY | | 6.00 | 6.00 | |
| | | 1 | ONION | | 23.00 | 23.00 | |
| 9682-47 | 7/11 | 3 | CANTALOUPE, 12 | | 8.00 | 24.00 | |
| | | 8 | MELON, HONEYDEW-5 | | 8.00 | 64.00 | |
| 9682-48 | 7/11 | 1 | LETTUCE, CELLO-24 | 3 | 14.00 | 14.00 | |
| | | 3 | CARROT, CELLO | | 14.00 | 42.00 | |
| | | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | | 1 | TURNIP, WHITE | | 10.00 | 10.00 | |
| | | 1 | PARSNIPS, 25LB. | | 14.00 | 14.00 | |
| 9682-49 | 7/11 | 1 | PEPPER, RED-XLG | 3 | 22.00 | 22.00 | |
| | | 1 | SQUASH, GREEN-FANCY | | 6.00 | 6.00 | |
| | | 1 | POTATO, RED A | | 19.00 | 18.00 | |
| | | 15 | CANTALOUPE, 12 | | 9.00 | 135.00 | |
| 9682-50 | 7/11 | 30 | CANTALOUPE, 12 | | 8.00 | 240.00 | |
| | | 4 | MELON, HONEYDEW-5 | 3 | 8.00 | 32.00 | |








# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 4
DATE 7/11/07
CUST# 43305  95959

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX   NY
95959

| DATE | QUANTITY | DESCRIPTION | PU# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9682-75 7/11 | 2 | CAULIFLOWER, 12 | 1 | 10.00 | 20.00 | |
| | 1 | PEPPER, RED-XLG | | 22.00 | 22.00 | |
| | 21 | SQUASH, GREEN-FANCY | | 6.00 | 126.00 | |
| | 10 | ONION | | 23.00 | 230.00 | |
| 9682-97 7/11 | 10 | CANTALOUPE, 12 | 8 | 9.00 | 90.00 | |
| 9683-26 7/11 | 1 | CELERY, 30 COUNT | 5 | 15.00 | 15.00 | |
| | 8 | CUKES, SUPER | | 10.00 | 80.00 | |
| | 2 | POTATO, RED A | | 18.00 | 36.00 | |
| | 2 | ONION, REGULAR | | 24.00 | 48.00 | |
| | 3 | ONION | | 23.00 | 69.00 | |
| 9683-27 7/11 | 2 | CANTALOUPE, 12 | 5 | 9.00 | 18.00 | |
| 9683-28 7/11 | 1 | CHOKES, 30 | 6 | 45.00 | 45.00 | |
| | 2 | SQUASH, GREEN-FANCY | | 6.00 | 12.00 | |
| | 1 | POTATO, WHITE A | | 24.00 | 24.00 | |
| | 2 | POTATO, RED A | | 24.00 | 48.00 | |
| | 3 | CANTALOUPE, 12 | | 8.00 | 24.00 | |
| 9683-29 7/11 | 2 | CANTALOUPE, 12 | 6 | 9.00 | 18.00 | |
| | 4 | MELON, HONEYDEW-5 | | 8.00 | 32.00 | |
| | 5 | LETTUCE, CELLO-24 | 7 | 14.00 | 70.00 | |
| 9683-30 7/11 | 2 | CARROT, CELLO | | 14.00 | 28.00 | |
| | 4 | CARROT, LOOSE | | 20.00 | 80.00 | |
| | 1 | TURNIP, WHITE | | 10.00 | 10.00 | |
| | 1 | RADISH, CELLO | | 6.00 | 6.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P T (MEMO)
123
BRONX    NY
999999

INVOICE NO:
PAGE 5
DATE 7/11/07
CUST# 43305
  95959

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9683-31 7/11 | 5 | CAULIFLOWER, 12 | 7 | 10.00 | 50.00 | |
| | 1 | PEPPER, RED-XLG. | | 22.00 | 22.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 2 | POTATO, RED A | | 18.00 | 36.00 | |
| 9683-32 7/11 | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| 9683-33 7/11 | 4 | ROMAINE | 3 | 11.00 | 44.00 | |
| | 2 | CELERY, 30 COUNT | 10 | 15.00 | 30.00 | |
| | 3 | CARROT, LOOSE | | 20.00 | 60.00 | |
| | 1 | CHOKES, 35 | | 45.00 | 45.00 | |
| 9683-34 7/11 | 4 | CAULIFLOWER, 12 | 10 | 10.00 | 40.00 | |
| | 3 | PEPPER, RED-XLG. | | 22.00 | 66.00 | |
| | 1 | ONION, REGULAR | | 24.00 | 24.00 | |
| | 12 | CANTALOUPE, 12 | | 8.00 | 96.00 | |
| | 6 | MELON, HONEYDEW-5 | | 8.00 | 48.00 | |
| 9683-35 7/11 | 7 | LETTUCE, CELLO-24 | 12 | 14.00 | 98.00 | |
| | 1 | ROMAINE | | 11.00 | 11.00 | |
| | 3 | CELERY, 30 COUNT | | 15.00 | 45.00 | |
| | 1 | CARROT, CELLO | | 14.00 | 14.00 | |
| | 1 | CARROT, LOOSE | | 20.00 | 20.00 | |
| | 5 | CUKES, SUPER | 12 | 10.00 | 50.00 | |
| | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 16.00 | |
| | 1 | ONION | | 24.00 | 24.00 | |




# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | PAGE | 6 |
|---|---|---|
| | DATE | 7/11/07 |
| INVOICE NO: | CUST# | 43305 |
| | | 95959 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MARIO)
123
BRONX   99999

by

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9683-37 | 7/11 | 2 | CANTALOUPE, 12 | | 8.00 | 16.00 |
| 9683-36 | 7/11 | 10 | CANTALOUPE, 12 | | 8.00 | 80.00 |
| 9683-39 | 7/11 | 4 | BEANS, GREEN | | 14.00 | 56.00 |
| 9683-39 | 7/11 | 3 | BEANS, GREEN | | 14.00 | 42.00 |
| 9683-40 | 7/11 | 2 | BEANS, GREEN | | 14.00 | 28.00 |
| 9683-41 | 7/11 | 3 | BEANS, GREEN | | 14.00 | 42.00 |
| 9683-42 | 7/11 | 3 | BEANS, GREEN | | 14.00 | 42.00 |
| 9683-43 | 7/11 | 1 | BEANS, GREEN | | 14.00 | 14.00 |
| 9683-44 | 7/11 | 3 | BEANS, GREEN | | 14.00 | 42.00 |
| 9683-45 | 7/11 | 5 | BEANS, GREEN | | 14.00 | 70.00 |
| 9683-47 | 7/11 | 10 | LETTUCE, CELLO-24 | | 14.00 | 140.00 |
| 996.39-69 | 7/11 | 1 | APRICOT, 8 | | 22.00 | 22.00 |
| 996.82-75 | 7/11 | 5 | CANTALOUPE, 12 | | 8.00 | 40.00 |

TOTAL FOR  7/11   8423.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT->   8423.00



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 1
DATE 7/12/07
CUST# KPT   96041

SOLD TO:
K P T (MENU)
123
BRONX    NY

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9649-56  7/12 | 2 | APPLE, R DEL 80 | 22.00 | 44.00 | |
| | 6 | APPLE, GOLD 80 | 40.00 | 240.00 | |
| | 1 | PEAR, ANJOU 60 | 36.00 | 36.00 | |
| | 5 | RUBY STAR GRFRT 48 | 16.00 | 80.00 | |
| | 5 | ORANGE, VALENCIA 56 | 28.00 | 140.00 | |
| 9649-57  7/12 | 12 | ORANGE, VALENCIA 88 | 27.00 | 324.00 | |
| | 1 | LEMONS, 140 | 34.00 | 34.00 | |
| | 5 | PLUM, BLACK 50 | 28.00 | 140.00 | |
| | 11 | AVOCADOS HASS 40 | 45.00 | 495.00 | |
| | 4 | TOMATO, 5X6 | 12.00 | 48.00 | |
| 9649-58  7/12 | 7 | AVOCADOS HASS, 40 | 45.00 | 315.00 | |
| | 14 | TOMATO, 5X6 | 12.00 | 168.00 | |
| | 1 | ORANGE, VALENCIA 72 | 27.00 | 27.00 | |
| | 4 | LEMONS, 140 | 34.00 | 136.00 | |
| 9649-59  7/12 | 2 | PEACH, 2 1/2" | 18.00 | 36.00 | |
| | 3 | NECTARINES, 40 | 24.00 | 72.00 | |
| | 5 | NECTARINES, 60 | 14.00 | 70.00 | |
| 9649-60  7/12 | 4 | PLUM, BLACK 30 | 28.00 | 112.00 | |
| | 2 | PEAR, PACKHAM-80 | 24.00 | 48.00 | |
| | 3 | RUBY STAR GRFRT 27 | 21.00 | 63.00 | |
| 9649-61  7/12 | 1 | APPLE, GALA 80 | 20.00 | 20.00 | |
| | 1 | ORANGE, VALENCIA 56 | 28.00 | 28.00 | |







# A. & J. INDUSCO, INC.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | | |
|---|---|---|
| PAGE | 2 | |
| INVOICE NO: | 96041 | |
| DATE | 7/12/07 | |
| CUST# | 43305 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PLU# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9649-62  7/12 | 2 | ORANGE, VALENCIA 72 | | 27.00 | 54.00 | |
| | 1 | NECTARINES, 64 | | 14.00 | 14.00 | |
| | 1 | PLUM, BLACK 30 | | 28.00 | 28.00 | |
| 9649-63  7/12 | 1 | AVOCADOS HASS, 40 | 8 | 45.00 | 45.00 | |
| | 11 | TOMATO, 5x6 | | 12.00 | 132.00 | |
| | 10 | AVOCADOS HASS, 40 | 10 | 45.00 | 450.00 | |
| | 2 | TOMATO, 5x6 | | 12.00 | 24.00 | |
| | 1 | GRAPES, SUGARONE BAGS | | 22.00 | 22.00 | |
| | 1 | ORANGE, VALENCIA 56 | | 28.00 | 28.00 | |
| | 2 | GRAPES, SUGARONE BAGS | | 10.00 | 20.00 | |
| 9649-64  7/12 | 5 | PEACH, 34 | 10 | 24.00 | 120.00 | |
| | 1 | NECTARINES, 40 | | 24.00 | 24.00 | |
| | 1 | RUBY STAR GRFRT 27 | | 21.00 | 21.00 | |
| 9649-65  7/12 | 1 | RUBY STAR GRFRT 32 | 3 | 20.00 | 20.00 | |
| | 1 | RUBY STAR GRFRT 56 | | 16.00 | 16.00 | |
| | 1 | AVOCADOS HASS, 40 | | 45.00 | 45.00 | |
| | 2 | TOMATO, 5x6 | | 12.00 | 24.00 | |
| 9649-66  7/12 | 4 | LEMONS, 140 | 9 | 34.00 | 136.00 | |
| | 14 | GRAPES, SUGARONE BAGS | | 10.00 | 140.00 | |
| | 3 | PEACH, 34 | | 24.00 | 72.00 | |
| 9649-67  7/12 | 8 | PEACH, 2 1/2" | | 18.00 | 144.00 | |
| | 7 | NECTARINES, 64 | | 14.00 | 98.00 | |
| | 3 | PLUM, BLACK 30 | 3 | 28.00 | 84.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P T (MEMO)
122
BRONX    NY
99999

**INVOICE NO:** 96041
**DATE:** 7/12/07
**CUST#:** 43305
**PAGE:** 3

**TERMS:** NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9649-68 | 7/12 | 5 | BLACK AMBER PLUM, 40 | | 16.00 | 80.00 |
| | | 5 | BLACK AMBER PLUM, 50 | | 14.00 | 70.00 |
| | | 1 | ORANGE, VALENCIA 113 | 5 | 24.00 | 24.00 |
| | | 1 | LEMONS, 140 | | 34.00 | 34.00 |
| | | 6 | GRAPES, SUGARONE 9#GB | | 10.00 | 60.00 |
| | | 10 | PEACH, 2 1/2" | | 18.00 | 180.00 |
| 9649-69 | 7/12 | 6 | AVOCADOS HASS, 40 | | 45.00 | 270.00 |
| | | 1 | APPLE, GALA 80 | 5 | 40.00 | 40.00 |
| | | 1 | PEAR, PACKHAM-80 | | 24.00 | 24.00 |
| | | 1 | PEAR, FORELLE 50 | | 36.00 | 36.00 |
| | | 1 | RUBY STAR GRFRT 46 | | 16.00 | 16.00 |
| 9649-70 | 7/12 | 1 | APPLE, G. DEL 100 X/F | 5 | 34.00 | 34.00 |
| | | 1 | APPLE, GRANNY 80 | | 28.00 | 28.00 |
| | | 1 | RUBY STAR GRFRT 27 | | 21.00 | 21.00 |
| | | 1 | RUBY STAR GRFRT 48 | | 16.00 | 16.00 |
| | | 3 | AVOCADOS HASS, 40 | | 45.00 | 135.00 |
| 9649-71 | 7/12 | 3 | TOMATO, 5x6 | 6 | 12.00 | 36.00 |
| | | 2 | ORANGE, VALENCIA 72 | | 27.00 | 54.00 |
| | | 1 | ORANGE, VALENCIA 113 | | 24.00 | 24.00 |
| | | 1 | PEACH, 34 | | 24.00 | 24.00 |
| 9649-72 | 7/12 | 1 | NECTARINES, 40 | | 24.00 | 24.00 |
| | | 2 | NECTARINES, 60 | 6 | 14.00 | 28.00 |
| | | 1 | PLUM, BLACK 30 | | 28.00 | 28.00 |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (PEPE)
123
BRONX    NY
99999

INVOICE NO: 96041
DATE: 7/12/07
CUST# 43305
PAGE 4

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9649-76  7/12 | 3  | LEMONS, 140 | 7 | 34.00 | 102.00 | |
|              | 11 | PEACH, 84 |   | 24.00 | 264.00 | |
|              | 18 | PEACH, 2 1/2" |   | 18.00 | 324.00 | |
|              | 2  | NECTARINES, 40 |   | 24.00 | 48.00 | |
|              | 5  | PLUM, BLACK 30 |   | 28.00 | 140.00 | |
| 9649-77  7/12 | 1  | AVOCADOS HASS, 40 | 7 | 45.00 | 45.00 | |
|              | 5  | APPLE, R. DEL 80 |   | 22.00 | 110.00 | |
|              | 5  | APPLE, GALA 80 |   | 40.00 | 200.00 | |
|              | 2  | PEAR, PACKHAM-80 |   | 24.00 | 48.00 | |
|              | 1  | FORELLI PEAR, 80 |   | 36.00 | 36.00 | |
|              | 6  | RUBY STAR GRFRT, 27 | 7 | 21.00 | 126.00 | |
| 9649-78  7/12 | 2  | AVOCADOS HASS, 40 | 12 | 45.00 | 90.00 | |
| 9649-80  7/12 | 2  | LEMONS, 140 |   | 34.00 | 68.00 | |
|              | 10 | GRAPES, SUGARONE 8409 |   | 10.00 | 100.00 | |
|              | 14 | PEACH, 2 1/2" |   | 18.00 | 252.00 | |
|              | 3  | NECTARINES, 40 |   | 24.00 | 72.00 | |
| 9649-81  7/12 | 3  | PLUM, BLACK 30 | 12 | 28.00 | 84.00 | |
|              | 4  | BLACK AMBER PLUM, 40 |   | 16.00 | 64.00 | |
|              | 2  | APPLE, R. DEL 80 |   | 22.00 | 44.00 | |
|              | 1  | APPLE, G. DEL 12/3 |   | 28.00 | 28.00 | |
| 9649-82  7/12 | 1  | APPLE, GRANNY 12/3 | 12 | 22.00 | 22.00 | |
|              | 1  | APPLE, GRANNY 80 |   | 18.00 | 18.00 | |
|              | 1  | PEAR, FORELLE 50 |   | 36.00 | 36.00 | |

