# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | | |
|---|---|---|
| INVOICE NO: | PAGE | 1 |
| | DATE | 7/12/07 |
| | CUST # | 43305 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MEM)
123
BRONX
96041

| DATE | QUANTITY | DESCRIPTION | PU# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9649-83 7/12 | 2 | RUBY STAR GRFRT 32 | 12 | 20.00 | 40.00 | |
| 9649-84 7/12 | 3 | RUBY STAR GRFRT 56 | 14 | 16.00 | 48.00 | |
| 9690-14 7/12 | 3 | AVOCADOS HASS, 40 | 1 | 45.00 | 135.00 | |
| | 22 | CANTALOUPE, 12 | 1 | 9.00 | 198.00 | |
| | 12 | CARROT, LOOSE | | 18.00 | 216.00 | |
| | 5 | BEANS, GREEN | | 12.00 | 60.00 | |
| | 4 | CAULIFLOWER, 12 | | 10.00 | 40.00 | |
| | 1 | PEPPER, RED CHOICE | | 16.00 | 16.00 | |
| 9690-15 7/12 | 1 | CUKES, SUPER | | 10.00 | 10.00 | |
| | 18 | SQUASH, GREEN-FANCY | 1 | 5.00 | 90.00 | |
| | 10 | ONION | | 20.00 | 200.00 | |
| 9690-16 7/12 | 2 | PEPPER, GREEN X-LARGE | 2 | 7.00 | 14.00 | |
| | 22 | CANTALOUPE, 12 | | 9.00 | 198.00 | |
| | 1 | CELERY, 30 COUNT | | 14.00 | 14.00 | |
| | 4 | CARROT, LOOSE | | 18.00 | 72.00 | |
| | 2 | CAULIFLOWER, 12 | | 10.00 | 20.00 | |
| | 4 | PEPPER, RED CHOICE | | 16.00 | 64.00 | |
| 9690-17 7/12 | 5 | CUKES, SUPER | 2 | 10.00 | 50.00 | |
| | 5 | SQUASH, GREEN-FANCY | | 5.00 | 25.00 | |
| | 1 | ONION REGULAR | | 20.00 | 20.00 | |
| | 1 | ONION | | 20.00 | 20.00 | |
| 9690-18 7/12 | 1 | PEPPER, GREEN X-LARGE | | 7.00 | 7.00 | |
| | 19 | CANTALOUPE, 12 | 3 | 9.00 | 171.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)




SOLD TO: K P T (MBD)
123
BRONX 99999

INVOICE NO: 96041
DATE: 7/12/07
CUST# 43505
PAGE

| DATE | 9690-20 7/12 | 9690-21 7/12 | 9690-22 7/12 | 9690-23 7/12 | 9690-24 7/12 |
|---|---|---|---|---|---|

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9690-20 7/12 | 2 | MELON, HONEYDEW-5 | | 8.00 | 16.00 | |
| | 6 | CELERY, 30 COUNT | | 14.00 | 84.00 | |
| | 11 | CARROT, CELLO | | 15.00 | 165.00 | |
| | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | 3 | TURNIP, WHITE | | 9.00 | 27.00 | |
| 9690-21 7/12 | 11 | BEANS, GREEN | | 12.00 | 132.00 | |
| | 5 | CAULIFLOWER, 12 | | 10.00 | 50.00 | |
| | 15 | PEPPER, RED CHOICE | | 16.00 | 240.00 | |
| | 7 | CUKES, SUPER | | 10.00 | 70.00 | |
| | 4 | SQUASH, GREEN-FANCY | | 5.00 | 20.00 | |
| 9690-22 7/12 | 1 | ONION | | 20.00 | 20.00 | |
| | 14 | PEPPER, GREEN X-LARGE | | 7.00 | 98.00 | |
| | 12 | LETTUCE, CELLO-24 | | 16.00 | 192.00 | |
| | 3 | CANTALOUPE, 12 | | 9.00 | 27.00 | |
| | 1 | MELON, HONEYDEW-5 | | 8.00 | 8.00 | |
| 9690-23 7/12 | 1 | CELERY, 30 COUNT | | 14.00 | 14.00 | |
| | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | 2 | BEANS, GREEN | | 12.00 | 24.00 | |
| | 2 | CAULIFLOWER, 12 | | 10.00 | 20.00 | |
| 9690-24 7/12 | 1 | PARSNIPS, 25LB. | | 14.00 | 14.00 | |
| | 4 | PEPPER, RED CHOICE | | 16.00 | 64.00 | |
| | 1 | CUKES, SUPER | | 10.00 | 10.00 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.






# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

| | |
|---|---|
| PAGE | 7 |
| DATE | 7/12/07 |
| CUST# | 43305 |
| INVOICE NO: | 96041 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (PTR?)
123
BRONX 99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9690-25 7/12 | 5 | WATERMELON, 6 | | 8.00 | 40.00 | |
| | 3 | PEPPER, GREEN X-LARGE | | 7.00 | 21.00 | |
| | 11 | LETTUCE, CELLO-24 | | 16.00 | 176.00 | |
| | 1 | CHOKES, 30 | | 45.00 | 45.00 | |
| | 2 | BEANS, GREEN | | 12.00 | 24.00 | |
| | 1 | PARSNIPS, 25LB | | 14.00 | 14.00 | |
| | 1 | PEPPER, RED-XLG | | 15.00 | 15.00 | |
| | 2 | SQUASH, GREEN-FANCY | 6 | 5.00 | 10.00 | |
| 9690-26 7/12 | 1 | ONION, REGULAR | | 20.00 | 20.00 | |
| 9690-27 7/12 | 12 | CANTALOUPE, 12 | 7 | 9.00 | 108.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 1 | CHOKES, 30 | | 45.00 | 45.00 | |
| | 1 | BEANS, GREEN | | 12.00 | 12.00 | |
| | 1 | PEPPER, RED-XLG | | 15.00 | 15.00 | |
| 9690-28 7/12 | 10 | ONION | 7 | 20.00 | 200.00 | |
| | 2 | LETTUCE, CELLO-24 | | 16.00 | 32.00 | |
| | 6 | CELERY, 30 COUNT | 3 | 9.00 | 54.00 | |
| 9690-29 7/12 | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | 10 | BEANS, GREEN | | 12.00 | 120.00 | |
| | 5 | CAULIFLOWER, 12 | | 10.00 | 50.00 | |
| 9690-30 7/12 | 1 | ONION | | 20.00 | 20.00 | |
| | 10 | LETTUCE, CELLO-24 | 8 | 16.00 | 160.00 | |
| 9690-33 7/12 | 2 | CANTALOUPE, 12 | 10 | 9.00 | 18.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)




**SOLD TO:**
K P T (NEW)
125
BRONX
9/00/99

**INVOICE NO:** 96041
**DATE:** 7/12/07
**CUST#:** 43305
**PAGE:** 1

**TERMS:** NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PLU# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9690-34 7/12 | 4 | CARROT, LOOSE | | 18.00 | 72.00 | |
| | 2 | BEANS, GREEN | | 12.00 | 24.00 | |
| | 1 | PEPPER, RED-XLG | | 15.00 | 15.00 | |
| | 3 | PEPPER, RED CHOICE | | 16.00 | 48.00 | |
| | 5 | ONION | | 20.00 | 100.00 | |
| 9690-35 7/12 | 2 | PEPPER, GREEN X-LARGE | | 7.00 | 14.00 | |
| | 9 | CANTALOUPE, 12 | | 9.00 | 81.00 | |
| | 2 | ONION, REGULAR | | 20.00 | 40.00 | |
| 9690-36 7/12 | 2 | CARROT, CELLO | 14 | 15.00 | 30.00 | |
| | 2 | BEANS, GREEN | | 12.00 | 24.00 | |
| 9691-23 7/12 | 2 | CANTALOUPE, 12 | | 9.00 | 18.00 | |
| 9703-52 7/12 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| 9703-53 7/12 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| 9703-54 7/12 | 2 | PEAR, ANJOU 80 | | 32.00 | 64.00 | |
| 9703-55 7/12 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| 9703-96 7/12 | 10 | NECTARINES, 64 | 12 | 14.00 | 140.00 | |
| 9849-59 7/12 | 1 | APPLE, GRANNY 80 | 2 | 28.00 | 28.00 | |
| | | | **TOTAL FOR 7/12** | | **13199.00** | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)(3)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

**PLEASE PAY THIS AMOUNT→** 13199.00





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P T (MEMO)
123
BRONX    NY
999999

| | | PAGE | 1. |
|---|---|---|---|
| | | DATE | 7/13/07 |
| | | CUST# | KPT |
| INVOICE NO: | | | 96381 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 96695-30  7/13 | 1 | CELERY, 30 COUNT | 1 | 15.00 | 15.00 | |
| | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | 1 | CORN | | 7.00 | 7.00 | |
| | 1 | POTATO, RED A | | 16.00 | 32.00 | |
| 96695-31  7/13 | 20 | MELON, HONEYDEW-5 | 2 | 7.00 | 140.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | 1 | CORN | | 7.00 | 7.00 | |
| | 2 | MELON, HONEYDEW-5 | | 7.00 | 14.00 | |
| | 2 | CANTALOUPE, 12 | | 10.00 | 20.00 | |
| 96695-32  7/13 | 5 | WATERMELON, 6 | 2 | 6.00 | 30.00 | |
| | 1 | ONION | | 20.00 | 20.00 | |
| | 4 | SPINACH | | 8.00 | 32.00 | |
| 96695-33  7/13 | 2 | CAULIFLOWER, 12 | 3 | 8.00 | 16.00 | |
| | 20 | CORN | | 7.00 | 140.00 | |
| | 4 | POTATO, RED A | | 16.00 | 64.00 | |
| 96695-34  7/13 | 3 | MELON, HONEYDEW-5 | | 7.00 | 21.00 | |
| | 5 | LETTUCE, CELLO-24 | 5 | 17.00 | 85.00 | |
| | 4 | CELERY, 30 COUNT | | 15.00 | 60.00 | |
| | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 1 | RADISH, CELLO | | 6.00 | 6.00 | |
| 96695-35  7/13 | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | 5 | POTATO, RED A | 5 | 16.00 | 80.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO: K P T (MEMO)
125
BRONX    NY
999999

INVOICE NO: 96381
PAGE 2
DATE 7/13/07
CUST# 43305

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9695-36 7/13 | 10 | MELON, HONEYDEW-6 | | 7.00 | 70.00 | |
| | 10 | WATERMELON, 6 | | 6.00 | 60.00 | |
| | 2 | CELERY, 30 COUNT | 6 | 15.00 | 30.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | 1 | CORN | | 7.00 | 7.00 | |
| 9695-37 7/13 | 1 | PARSNIPS, 25LB | 5 | 13.00 | 13.00 | |
| | 2 | ONION, REGULAR | | 20.00 | 40.00 | |
| | 5 | MELON, HONEYDEW-5 | | 7.00 | 35.00 | |
| | 1 | MELON, HONEYDEW-6 | | 7.00 | 7.00 | |
| | 3 | CANTALOUPE, 12 | | 10.00 | 30.00 | |
| 9695-38 7/13 | 3 | ONION | 6 | 20.00 | 60.00 | |
| 9695-39 7/13 | 4 | LETTUCE, CELLO-24 | 7 | 17.00 | 68.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 6 | CAULIFLOWER, 12 | | 8.00 | 48.00 | |
| | 11 | CORN | | 7.00 | 77.00 | |
| | 2 | POTATO, RED A | | 16.00 | 32.00 | |
| 9695-40 7/13 | 7 | MELON, HONEYDEW-5 | 7 | 7.00 | 49.00 | |
| | 5 | WATERMELON, 5 | | 6.00 | 30.00 | |
| | 3 | MELON, CANARY 5 | | 7.00 | 21.00 | |
| 9695-41 7/13 | 13 | ONION | 8 | 20.00 | 260.00 | |
| | 30 | CORN | | 7.00 | 210.00 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO: 96381
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 3
DATE 7/13/07
CUST# 43305

SOLD TO:
K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 96695-42 7/13 | 9 | ONION | | 20.00 | 180.00 | |
| | 1 | CELERY, 30 COUNT | | 15.00 | 15.00 | |
| | 10 | CARROT, LOOSE | | 18.00 | 180.00 | |
| | 4 | CAULIFLOWER, 12 | | 8.00 | 32.00 | |
| | 3 | CORN | | 7.00 | 21.00 | |
| 96695-43 7/13 | 1 | POTATO, RED A | | 16.00 | 16.00 | |
| | 4 | ONION, REGULAR | | 20.00 | 80.00 | |
| | 3 | MELON, HONEYDEW 5 | | 7.00 | 21.00 | |
| | 2 | SPINACH | | 8.00 | 16.00 | |
| 96695-44 7/13 | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | 2 | CORN | | 7.00 | 14.00 | |
| | 5 | CANTALOUPE, 12 | | 10.00 | 50.00 | |
| | 5 | WATERMELON, 6 | | 6.00 | 30.00 | |
| 96695-45 7/13 | 5 | MELON, HONEYDEW-5 | | 7.00 | 35.00 | |
| 96695-46 7/13 | 3 | LETTUCE, CELLO-24 | | 17.00 | 51.00 | |
| | 1 | POTATO, RED A | | 16.00 | 16.00 | |
| | 20 | ONION | | 20.00 | 400.00 | |
| 96696-86 7/13 | 1 | CARROT, BUNCH | | 14.00 | 14.00 | |
| 9704-82 7/13 | 3 | GRAPES, SUGARONE BAGS 1 | | 10.00 | 30.00 | |
| | 3 | PEACH, 2 1/2 | | 18.00 | 54.00 | |
| | 6 | CHERRIES, BAG 10 | | 42.00 | 252.00 | |
| | 2 | APRICOT, 8 | | 20.00 | 40.00 | |
| 9704-83 7/13 | 2 | GRAPES, SUGARONE BAGS 2 | | 10.00 | 20.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO: 96381
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 4
DATE 7/13/07
CUST# 43305

SOLD TO:
K P F (MERO)
122
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9704-84 7/13 | 1 | PEACH, 54 | | 24.00 | 24.00 |
| | 1 | PEACH, 2 1/2" | | 18.00 | 19.00 |
| | 1 | NECTARINE, WHITE 40 | | 20.00 | 20.00 |
| | 1 | APRICOT, 9 | | 20.00 | 20.00 |
| | 4 | TOMATO, 5x6 | | 12.00 | 48.00 |
| | 2 | NECTARINES, 40 | | 26.00 | 52.00 |
| 9704-85 7/13 | 21 | MANGO, 8 | | 6.50 | 136.50 |
| | 4 | AVOCADO 10 | | 10.00 | 40.00 |
| | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 |
| | 3 | PEAR, ANJOU 80 | | 24.00 | 72.00 |
| | 1 | PEACH, 2 1/2" | | 18.00 | 18.00 |
| 9704-86 7/13 | 20 | CHERRIES, BAG 10 | | 42.00 | 840.00 |
| | 2 | APPLE, G. DEL 12/3 | | 26.00 | 52.00 |
| | 10 | GRAPES, SUGARONE BAGS | | 10.00 | 100.00 |
| | 4 | PEACH, 54 | | 24.00 | 96.00 |
| | 3 | CHERRIES, BAG 10 | | 42.00 | 126.00 |
| | 1 | NECTARINES, 40 | | 26.00 | 26.00 |
| | 3 | AVOCADO 10 | | 10.00 | 30.00 |
| 9704-87 7/13 | 15 | MANGO, 8 | | 6.50 | 84.50 |
| | 15 | MANGO, 10 | | 4.00 | 60.00 |
| | 1 | APPLE, G. DEL 100 X/F | | 34.00 | 34.00 |
| 9704-88 7/13 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 |
| | 2 | GRAPES, SUGARONE BAGS | | 10.00 | 20.00 |





# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P P PROD
123
BRONX
999999

PAGE 5
DATE 7/13/07
CUST# 43305
96381

**INVOICE NO:**
**TERMS: NET CASH. Bills must be paid under PACA Terms.**

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9704-89 7/13 | 6 | PEACH, 34 | 6 | 24.00 | 144.00 |
| | 3 | PEACH, 2 1/2" | | 18.00 | 54.00 |
| | 4 | CHERRIES, BAG 10 | | 42.00 | 168.00 |
| | 8 | TOMATO, 5x6 | | 12.00 | 96.00 |
| 9704-90 7/13 | 4 | NECTARINES, 40 | | 26.00 | 104.00 |
| | 1 | PEAR, ANJOU 80 | 7 | 32.00 | 32.00 |
| | 7 | GRAPES, SUGARONE BAGS | | 10.00 | 70.00 |
| | 2 | PEACH, 34 | | 24.00 | 48.00 |
| | 3 | PEACH, 2 1/2" | | 18.00 | 54.00 |
| | 6 | CHERRIES, BAG 11 | | 42.00 | 252.00 |
| 9704-91 7/13 | 5 | APRICOT, 8 | 7 | 20.00 | 100.00 |
| 9704-92 7/13 | 1 | PEACH, 2 1/2" | 8 | 18.00 | 18.00 |
| | 1 | APRICOT, 8 | | 20.00 | 20.00 |
| | 1 | TOMATO, 5x6 | | 12.00 | 12.00 |
| 9704-93 7/13 | 2 | PEACH, 34 | 10 | 24.00 | 48.00 |
| | 5 | CHERRIES, BAG 9 1/2 | | 46.00 | 230.00 |
| | 3 | CHERRIES, BAG 10 | | 42.00 | 126.00 |
| | 2 | NECTARINES, 40 | | 26.00 | 52.00 |
| | 22 | MANGO, 8 | | 6.50 | 143.00 |
| 9704-94 7/13 | 1 | PEAR, ANJOU 80 | 12 | 24.00 | 24.00 |
| | 12 | CHERRIES, BAG 10 | | 42.00 | 504.00 |
| | 1 | TOMATO, 5x6 | | 12.00 | 12.00 |
| 9704-95 7/13 | 3 | APRICOT, 8 | 14 | 20.00 | 60.00 |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO.:
PAGE  6
DATE  7/13/07
CUST# 43305
                 96381

**TERMS:** NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
A P T (MEMO)
123
BRONX
999.99

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9708-36 7/13 | 4 | APRICOTS 9 | | 22.00 | 88.00 | |
| | 2 | TOMATO 5x6 | | 12.00 | 24.00 | |
| 9708-50 7/13 | 5 | CHERRIES LUG 9 1/2 | | 44.00 | 220.00 | |
| | | TOTAL FOR 7/13 | | | 8368.00 | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT—>   8368.00







# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE   1
DATE   7/16/07
CUST#  KPT
       96465

SOLD TO:
K P T PRODUCE
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9712-85  7/16 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
|              | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
|              | 10 | PLUM, MIDAS KING 60 | | 28.00 | 280.00 | |
|              | 2 | NECTARINE, 50 | | 45.00 | 90.00 | |
|              | 2 | NECTARINE, 56 | | 13.00 | 26.00 | |
| 9712-86  7/16 | 1 | AVOCADO HASS 40 | | 44.00 | 464.00 | |
| 9712-87  7/16 | 2 | APPLE, GALA 80 | | 42.00 | 84.00 | |
|              | 4 | PEACH, 3A | | 24.00 | 96.00 | |
|              | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
|              | 2 | PEACH, WHITE 48 | | 16.00 | 32.00 | |
|              | 6 | CHERRIES, BAG 10 | | 45.00 | 270.00 | |
|              | 5 | APRICOT, 5 | | 22.00 | 110.00 | |
| 9712-88  7/16 | 6 | TOMATO, 5X6 | | 12.00 | 72.00 | |
|              | 24 | MANGO, 9 | | 5.00 | 120.00 | |
|              | 7 | AVOCADO HASS, 40 | | 44.00 | 308.00 | |
| 9712-89  7/16 | 4 | AVOCADO HASS, 40 | | 44.00 | 176.00 | |
|              | 1 | PEAR, ANJOU 80 | | 24.00 | 24.00 | |
|              | 2 | PEACH, 3A | | 24.00 | 48.00 | |
|              | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
| 9712-90  7/16 | 4 | PEACH, WHITE 48 | | 16.00 | 64.00 | |
|              | 7 | CHERRIES, BAG 10 | | 45.00 | 315.00 | |
|              | 13 | TOMATO, 5X6 | | 12.00 | 156.00 | |
| 9712-91  7/16 | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**INVOICE NO:**
**TERMS: NET CASH.** Bills must be paid under PACA Terms.

PAGE 2
DATE 7/16/07
CUST# 43305
95455

SOLD TO:
A P T (N.Y.)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9712-92 7/16 | 1 | GRAPE, SUGARONE | | 28.00 | 28.00 | |
| | 1 | PEACH, 34 | | 24.00 | 24.00 | |
| | 10 | PEACH, 2 3/4" | | 18.00 | 180.00 | |
| | 3 | PLUM, MIDAS KING 60 | | 28.00 | 84.00 | |
| | 6 | CHERRIES, BAG 10 | 5 | 45.00 | 270.00 | |
| | 2 | APRICOT, 8 | | 22.00 | 44.00 | |
| | 5 | NECTARINES, 56 | | 13.00 | 65.00 | |
| | 7 | TOMATO, 5X6 | | 12.00 | 84.00 | |
| 9712-93 7/16 | 20 | MANGO, 10 | 5 | 4.50 | 90.00 | |
| | 7 | AVOCADOS HASS, 40 | | 44.00 | 308.00 | |
| 9712-94 7/16 | 1 | APPLE, GALA 80 | 6 | 42.00 | 42.00 | |
| | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | 6 | PEACH, 34 | | 24.00 | 144.00 | |
| | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
| | 1 | PEACH, WHITE 48 | | 16.00 | 16.00 | |
| 9712-95 7/16 | 3 | PLUM, MIDAS KING 60 | 6 | 28.00 | 84.00 | |
| | 5 | CHERRIES, BAG 10 | | 45.00 | 225.00 | |
| | 5 | APRICOT, 8 | | 22.00 | 110.00 | |
| | 3 | NECTARINES, 56 | | 13.00 | 39.00 | |
| | 3 | MANGO, 9 | | 5.00 | 15.00 | |
| 9712-96 7/16 | 5 | MANGO, 12 | | 4.00 | 20.00 | |
| | 2 | AVOCADOS HASS, 40 | | 44.00 | 88.00 | |
| | 1 | PAPAYA 8 | | 20.00 | 20.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | PAGE | 3 |
|---|---|---|
| INVOICE NO: | DATE | 7/16/07 |
| | CUST# | 43305 |
| | | 96465 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (MERC)
123
BRONX 99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9716-76 7/16 | 3 | PEACH, 2 1/2" | 7 | 18.00 | 54.00 |
| | 5 | CHERRIES, BAG 10 | | 45.00 | 225.00 |
| 9716-77 7/16 | 5 | APRICOT, 8 | | 22.00 | 110.00 |
| | 4 | NECTARINES, 56 | | 13.00 | 52.00 |
| 9716-78 7/16 | 3 | ORANGE, VALENCIA BAG | 7 | 25.00 | 75.00 |
| | 2 | AVOCADOS, VALENCIA BAG | | 44.00 | 88.00 |
| | 10 | MANGO, 9 | 8 | 5.00 | 50.00 |
| | 3 | AVOCADOS HASS, 40 | | 44.00 | 132.00 |
| | 2 | PEACH, 34 | | 24.00 | 48.00 |
| | 7 | TOMATO, 5X6 | | 12.00 | 84.00 |
| 9716-79 7/16 | 2 | APPLE, GALA 80 | 10 | 42.00 | 84.00 |
| | 4 | GRAPE, SUGARONE | | 28.00 | 112.00 |
| | 4 | PEACH, 34 | | 24.00 | 96.00 |
| | 4 | CHERRIES, BAG 10 | | 45.00 | 180.00 |
| | 13 | TOMATO, 5X6 | | 12.00 | 156.00 |
| 9716-80 7/16 | 16 | MANGO, 9 | 10 | 5.00 | 80.00 |
| | 8 | AVOCADOS HASS, 40 | | 44.00 | 352.00 |
| 9716-81 7/16 | 3 | APRICOT, 8 | 12 | 22.00 | 66.00 |
| | 5 | ORANGE, VALENCIA BAG | | 25.00 | 125.00 |
| | 5 | TOMATO, 5X6 | | 12.00 | 60.00 |
| 9716-83 7/16 | 2 | PEAR, ANJOU 80 | 14 | 32.00 | 64.00 |
| | 5 | AVOCADOS HASS, 40 | | 44.00 | 220.00 |
| 9753-81 7/16 | 12 | LETTUCE, CELLO 24 | 1 | 18.00 | 216.00 |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P I PRODUCE
122
BRONX
99999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 4
DATE 7/16/07
CUST# 43305
96465

| DATE | QUANTITY | DESCRIPTION | PLU# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9753-02  7/16 | 22 | CARROT, LOOSE | | 18.00 | 396.00 | |
| | 3 | BEANS, GREEN | | 15.00 | 45.00 | |
| | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | 10 | GREEN | | 20.00 | 200.00 | |
| 9753-03  7/16 | 1 | CANTALOUPE, 12 | | 12.00 | 12.00 | |
| | 21 | MELON, HONEYDEW-5 | 1 | 6.00 | 126.00 | |
| | 5 | MELON, HONEYDEW-6 | | 6.00 | 30.00 | |
| | 7 | ROMAINE | | 12.00 | 84.00 | |
| | 3 | BROCCOLI, CROWNS | 2 | 14.00 | 42.00 | |
| | 4 | CARROT, LOOSE | | 18.00 | 72.00 | |
| | 1 | RADISH, CELLO | | 6.00 | 6.00 | |
| | 1 | BEANS, GREEN | | 15.00 | 15.00 | |
| | 1 | POTATO, WHITE A | 2 | 12.00 | 12.00 | |
| 9753-04  7/16 | 1 | ONION, RED-MEDIUM | | 12.00 | 12.00 | |
| | 1 | ONION | | 20.00 | 20.00 | |
| | 11 | CANTALOUPE, 12 | | 10.00 | 110.00 | |
| | 11 | MELON, HONEYDEW-5 | | 6.00 | 66.00 | |
| | 20 | MELON, HONEYDEW-6 | 2 | 6.00 | 120.00 | |
| 9753-05  7/16 | 13 | MELON, CANARY | | 7.00 | 91.00 | |
| | 3 | LETTUCE, CELLO-24 | 3 | 18.00 | 54.00 | |
| 9753-06  7/16 | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | 3 | BEANS, GREEN | | 15.00 | 45.00 | |







# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE  5
DATE  7/16/07
CUST#  43305
             96465

SOLD TO:
K P T (METRO)
123
BRONX   99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9753-87  7/16 | 2 | CAULIFLOWER, 12 | 3 | 8.00 | 16.00 | |
| | 10 | PEPPER, SUNTAN | | 6.00 | 60.00 | |
| | 1 | EGGPLANT, ITALIAN | | 12.00 | 12.00 | |
| | 1 | POTATO, RED A | | 16.00 | 16.00 | |
| | 1 | ONION, REGULAR | | 20.00 | 20.00 | |
| | 7 | CANTALOUPE, 12 | | 10.00 | 70.00 | |
| 9753-88  7/16 | 15 | MELON, HONEYDEW-6 | 3 | 6.00 | 90.00 | |
| | 8 | MELON, CANARY 5 | | 7.00 | 56.00 | |
| 9753-89  7/16 | 3 | ROMAINE | | 12.00 | 36.00 | |
| | 3 | BROCCOLI, CROWNS | 5 | 14.00 | 42.00 | |
| | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | 3 | CARROT, LOOSE | | 18.00 | 54.00 | |
| | 3 | BEANS, GREEN | | 15.00 | 45.00 | |
| 9753-90  7/16 | 1 | CAULIFLOWER, 12 | 8 | 8.00 | 8.00 | |
| | 1 | PARSNIPS, CELLO | | 14.00 | 14.00 | |
| | 2 | PEPPER, SUNTAN | | 6.00 | 12.00 | |
| | 1 | EGGPLANT, ITALIAN | | 12.00 | 12.00 | |
| | 3 | ONION | | 20.00 | 60.00 | |
| | 5 | CANTALOUPE, 12 | 9 | 10.00 | 50.00 | |
| 9753-91  7/16 | 4 | MELON, HONEYDEW-6 | | 6.00 | 24.00 | |
| | 5 | MELON, CANARY 5 | | 7.00 | 35.00 | |
| 9753-92  7/16 | 1 | LETTUCE, CELLO-24 | 8 | 18.00 | 18.00 | |
| | 2 | CARROT, LOOSE | | 18.00 | 36.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
B.R.I. CORP.
123
BRONX
974995

PAGE: 6
DATE: 7/16/07
CUST#: 43305
              96465

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9753-93 7/16 | 1 | TURNIP, WHITE | 9.00 | 9.00 | |
| | 1 | BEANS, GREEN | 15.00 | 15.00 | |
| | 2 | CAULIFLOWER, 12 | 8.00 | 16.00 | |
| | 1 | EGGPLANT, ITALIAN | 12.00 | 12.00 | |
| | 2 | POTATO, WHITE A | 12.00 | 24.00 | |
| | 3 | POTATO, RED A | 16.00 | 48.00 | |
| | 3 | ONION, REGULAR | 20.00 | 60.00 | |
| | 2 | ONION, RED-MEDIUM | 12.00 | 24.00 | |
| 9753-94 7/16 | 5 | CANTALOUPE, 12 | 20.00 | 100.00 | |
| | 4 | MELON, CANARY 5 | 10.00 | 40.00 | |
| 9753-95 7/16 | 10 | MELON, CANARY 5 | 7.00 | 70.00 | |
| | 2 | BEANS, GREEN | 15.00 | 30.00 | |
| | 8 | CAULIFLOWER, 12 | 8.00 | 64.00 | |
| | 5 | PEPPER, SUNTAN | 6.00 | 30.00 | |
| | 1 | POTATO, RED A | 16.00 | 16.00 | |
| | 3 | CANTALOUPE, 12 | 10.00 | 30.00 | |
| 9753-96 7/16 | 7 | MELON, HONEYDEW-E | 6.00 | 42.00 | |
| | 5 | MELON, CANARY 5 | 7.00 | 35.00 | |
| | 5 | BROCCOLI, CROWNS | 14.00 | 70.00 | |
| | 1 | CARROT, LOOSE | 18.00 | 18.00 | |
| 9753-97 7/16 | 4 | BEANS, GREEN | 15.00 | 60.00 | |
| | 5 | ONION, RED-MEDIUM | 12.00 | 60.00 | |
| | 1 | ONION | 20.00 | 20.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 7
DATE 7/16/07
CUST# 43305
96465

SOLD TO:
K P I (BRONX)
123
BRONX 99995

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9753-98 7/16 | 21 | CANTALOUPE, 12 | 10.00 | 210.00 | |
| | 20 | MELON, HONEYDEW-5 | 6.00 | 120.00 | |
| | 5 | MELON, CANARY 5 | 7.00 | 35.00 | |
| 9753-99 7/16 | 5 | PUMPKIN | 12.00 | 60.00 | |
| | 4 | BROCCOLI CROWNS | 14.00 | 56.00 | |
| | 2 | CARROT, LOOSE | 18.00 | 36.00 | |
| | 1 | TURNIP, WHITE | 9.00 | 9.00 | |
| | 4 | BEANS, GREEN | 15.00 | 60.00 | |
| 9754-00 7/16 | 3 | CAULIFLOWER, 12 | 8.00 | 24.00 | |
| | 1 | PARSNIPS, 25LB | 14.00 | 14.00 | |
| | 2 | POTATO, WHITE A | 12.00 | 24.00 | |
| | 2 | POTATO, RED A | 16.00 | 32.00 | |
| | 3 | ONION RED-MEDIUM | 12.00 | 36.00 | |
| | 1 | CANTALOUPE, 12 | 10.00 | 10.00 | |
| 9754-20 7/16 | 11 | MELON, HONEYDEW-5 | 6.00 | 66.00 | |
| | 2 | LETTUCE, CELLO-24 | 18.00 | 36.00 | |
| 9754-21 7/16 | 1 | BROCCOLI CROWNS | 14.00 | 14.00 | |
| | 1 | CARROT, LOOSE | 18.00 | 18.00 | |
| | 1 | TURNIP, WHITE | 9.00 | 9.00 | |
| | 2 | BEANS, GREEN | 15.00 | 30.00 | |
| 9754-22 7/16 | 1 | POTATO, RED A | 16.00 | 16.00 | |
| | 1 | ONION | 20.00 | 20.00 | |
| | 7 | CANTALOUPE, 12 | 10.00 | 70.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE: 0
DATE: 7/16/07
CUST#: 43305
96465

SOLD TO: K P T (PROD.)
125
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9754-20  7/16 | 5 | MELON, HONEYDEW-6 | | 6.00 | 30.00 |
| | 5 | MELON, CANARY 5 | | 7.00 | 35.00 |
| | 4 | BROCCOLI CROWNS | | 14.00 | 56.00 |
| | 5 | CARROT, LOOSE | | 18.00 | 90.00 |
| | 5 | ONION, RED-MEDIUM | | 12.00 | 60.00 |
| 9757-20  7/16 | 5 | MELON, HONEYDEW-5 | | 6.00 | 30.00 |

TOTAL FOR 7/16    12311.00

* The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)(2)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal actions and additional charges under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT→    12311.00

AMOUNT DUE






# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE  1
DATE  7/17/07
CUST#  KPT
       96555

SOLD TO: K P T (MERO)
         123
         BRONX
         95555

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9718-74 7/17 | 5 | RUBY STAR GRPFT 40 | 16.00 | 80.00 | |
| | 2 | ORANGE, VALENCIA 100 | 24.00 | 48.00 | |
| | 5 | BLACK AMBER PLUM, 40 | 14.00 | 70.00 | |
| 9718-75 7/17 | 10 | CHERRIES, BAG 10 | 46.00 | 460.00 | |
| | 60 | MANGO, 9 | 4.50 | 270.00 | |
| | 10 | TOMATO, GRAPE | 16.00 | 160.00 | |
| 9720-15 7/17 | 5 | PEACH, 2 3/4" | 20.00 | 100.00 | |
| | 1 | PEACH, WHITE 48 | 16.00 | 16.00 | |
| | 3 | BLACK AMBER PLUM, 40 | 14.00 | 42.00 | |
| | 1 | CHERRIES, BAG 10 | 46.00 | 46.00 | |
| | 1 | APRICOT, 8 | 22.00 | 22.00 | |
| | 2 | TOMATO, 5x6 | 12.00 | 24.00 | |
| 9720-16 7/17 | 3 | MANGO, 9 | 4.50 | 13.50 | |
| 9720-26 7/17 | 4 | TOMATO, GRAPE | 16.00 | 64.00 | |
| | 2 | ORANGE, VALENCIA 100 | 24.00 | 48.00 | |
| | 2 | PEACH, WHITE 48 | 16.00 | 32.00 | |
| | 5 | BLACK AMBER PLUM, 40 | 14.00 | 70.00 | |
| 9720-27 7/17 | 1 | APRICOT, 8 | 22.00 | 22.00 | |
| | 1 | APPLE, R. DEL 60 | 22.00 | 22.00 | |
| 9720-28 7/17 | 15 | BLACK AMBER PLUM, 40 | 14.00 | 210.00 | |
| | 4 | CHERRIES, BAG 10 | 46.00 | 184.00 | |
| 9720-29 7/17 | 1 | APRICOT, 8 | 22.00 | 22.00 | |
| | 10 | TOMATO, 5x6 | 12.00 | 120.00 | |

# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO:
K P T (MEMO)
125
BRONX  NY
99999

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

PAGE 2
DATE 7/17/07
CUST# 43305
96555

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9720-33 | 7/17 | 3 | ORANGE, VALENCIA 100 | 10 | 24.00 | 72.00 | |
| | | 10 | PEACH, WHITE 48 | | 16.00 | 160.00 | |
| | | 2 | CHERRIES, BAG 10 | | 46.00 | 92.00 | |
| | | 11 | TOMATO, 5x6 | | 12.00 | 132.00 | |
| | | 21 | MANGO, 9 | | 4.50 | 94.50 | |
| 9720-34 | 7/17 | 10 | MANGO, 9 | 7 | 4.50 | 45.00 | |
| | | 3 | TOMATOE, GRAPE | | 16.00 | 48.00 | |
| | | 5 | RUBY STAR CRFRI 48 | | 16.00 | 80.00 | |
| | | 7 | BLACK AMBER PLUM | 40 | 14.00 | 98.00 | |
| | | 5 | PLUM, MIDAS KING 60 | | 28.00 | 140.00 | |
| 9720-35 | 7/17 | 12 | CHERRIES, BAG 10 | 7 | 46.00 | 552.00 | |
| | | 13 | APRICOT, 8 | | 22.00 | 286.00 | |
| | | 2 | TOMATO, 5x6 | | 12.00 | 24.00 | |
| 9720-36 | 7/17 | 1 | APPLE, R. DEL. 80 | 5 | 22.00 | 22.00 | |
| | | 10 | BLACK AMBER PLUM | 40 | 14.00 | 140.00 | |
| | | 5 | CHERRIES, BAG 10 | | 46.00 | 230.00 | |
| | | 14 | TOMATO, 5x6 | | 12.00 | 168.00 | |
| 9720-37 | 7/17 | 10 | MANGO, 9 | 6 | 4.50 | 45.00 | |
| | | 16 | TOMATOE, GRAPE | | 16.00 | 256.00 | |
| | | 1 | CHERRIES, BAG 10 | | 46.00 | 46.00 | |
| | | 2 | TOMATO, 5x6 | | 12.00 | 24.00 | |
| 9720-38 | 7/17 | 3 | APPLE, PINK LADY 80 | 12 | 40.00 | 120.00 | |
| | | 5 | PEACH, WHITE 48 | | 16.00 | 80.00 | |