# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 3
DATE 7/17/07
CUST# 43305
INVOICE NO: 96555

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 5 | BLACK AMBER PLUM, 40 | | 14.00 | 70.00 | |
| | | 3 | CHERRIES, BAG 10 | | 46.00 | 138.00 | |
| 9720-39 | 7/17 | 15 | MANGO, 9 | 12 | 4.50 | 67.50 | |
| 9720-40 | 7/17 | 2 | APPLE, R.DEL 80 | 14 | 22.00 | 44.00 | |
| | | 5 | CHERRIES, BAG 10 | | 46.00 | 230.00 | |
| 9762-28 | 7/17 | 5 | PEPPER, JUMBO | 1 | 7.00 | 35.00 | |
| 9762-29 | 7/17 | 5 | ROMAINE | 2 | 12.00 | 60.00 | |
| | | 4 | BROCOLLI, CROWNS | | 12.00 | 48.00 | |
| | | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | | 2 | CORN | | 7.00 | 14.00 | |
| 9762-30 | 7/17 | 1 | PEPPER, RED-XLG. | 2 | 14.00 | 14.00 | |
| | | 2 | PEPPER, RED CHOICE | | 16.00 | 32.00 | |
| | | 1 | ONION | | 20.00 | 20.00 | |
| | | 1 | RADISH, CELLO | | 6.00 | 6.00 | |
| 9762-31 | 7/17 | 1 | PEPPER, JUMBO | 2 | 7.00 | 7.00 | |
| 9762-32 | 7/17 | 4 | CARROT, CELLO | 5 | 15.00 | 60.00 | |
| | | 1 | PEPPER, RED CHOICE | | 16.00 | 16.00 | |
| | | 1 | POTATO, RED A | | 16.00 | 16.00 | |
| | | 5 | PEPPER, JUMBO | | 7.00 | 35.00 | |
| 9762-33 | 7/17 | 1 | CARROT, CELLO | 5 | 15.00 | 15.00 | |
| | | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |
| | | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |



**A. & J. PRODUCE CORP.**
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







PAGE 4
DATE 7/17/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 96555

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 5 | CORN | | 7.00 | 35.00 | |
| | | 2 | PEPPER, RED-XLG | | 14.00 | 28.00 | |
| 9762-34 | 7/17 | 2 | POTATO, RED A | 5 | 16.00 | 32.00 | |
| 9762-35 | 7/17 | 1 | CARROT, LOOSE | 6 | 18.00 | 18.00 | |
| | | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | | 1 | CORN | | 7.00 | 7.00 | |
| | | 2 | PEPPER, RED-XLG. | | 14.00 | 28.00 | |
| | | 1 | SQUASH, ACORN | | 12.00 | 12.00 | |
| 9762-36 | 7/17 | 1 | SQUASH, SPAGHETTI | 6 | 12.00 | 12.00 | |
| | | 1 | SQUASH, BUTTERNUT | | 16.00 | 16.00 | |
| | | 2 | POTATO, RED A | | 16.00 | 32.00 | |
| | | 3 | ONION, REGULAR | | 20.00 | 60.00 | |
| | | 2 | ONION, RED-MEDIUM | | 13.00 | 26.00 | |
| 9762-37 | 7/17 | 4 | ONION | 6 | 20.00 | 80.00 | |
| | | 1 | PEPPER, JUMBO | | 7.00 | 7.00 | |
| 9762-40 | 7/17 | 2 | CARROT, CELLO | 7 | 15.00 | 30.00 | |
| | | 4 | CARROT, LOOSE | | 18.00 | 72.00 | |
| | | 1 | ASPARAGUS, STANDARD | | 26.00 | 26.00 | |
| | | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | | 10 | CORN | | 7.00 | 70.00 | |
| 9762-41 | 7/17 | 3 | PEPPER, RED-XLG. | 7 | 14.00 | 42.00 | |
| | | 2 | PEPPER, RED CHOICE | | 16.00 | 32.00 | |
| | | 1 | EGGPLANT, ITALIAN | | 12.00 | 12.00 | |











# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)


SOLD TO: K P T (MEMO)
123
BRONX
99999

NY

PAGE 5
DATE 7/17/07
CUST# 43305
INVOICE NO: 96555

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 2 | SQUASH, BUTTERNUT | | 16.00 | 32.00 | |
| | | 2 | POTATO, WHITE A | | 12.00 | 24.00 | |
| 9762-42 | 7/17 | 2 | POTATO, RED A | | 16.00 | 32.00 | |
| | | 2 | ONION, REGULAR | | 20.00 | 40.00 | |
| | | 1 | ONION, RED-MEDIUM | | 13.00 | 13.00 | |
| | | 2 | ONION | | 20.00 | 40.00 | |
| | | 1 | PEPPER, JUMBO | | 7.00 | 7.00 | |
| 9762-45 | 7/17 | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 4 | CAULIFLOWER, 12 | | 8.00 | 32.00 | |
| | | 16 | CORN | | 7.00 | 112.00 | |
| | | 1 | SQUASH, SPAGHETTI | | 12.00 | 12.00 | |
| | | 1 | POTATO, RED A | | 16.00 | 16.00 | |
| 9762-46 | 7/17 | 2 | ROMAINE | 10 | 12.00 | 24.00 | |
| | | 2 | BROCOLLI, CROWNS | | 12.00 | 24.00 | |
| | | 10 | CARROT, LOOSE | | 18.00 | 180.00 | |
| | | 20 | CAULIFLOWER, 12 | | 8.00 | 160.00 | |
| | | 3 | ASPARAGUS, STANDARD | | 26.00 | 78.00 | |
| 9762-47 | 7/17 | 1 | CORN | 10 | 7.00 | 7.00 | |
| | | 2 | PEPPER, RED CHOICE | | 16.00 | 32.00 | |
| | | 1 | POTATO, RED A | | 16.00 | 16.00 | |
| | | 3 | PEPPER, JUMBO | | 7.00 | 21.00 | |
| 9762-48 | 7/17 | 2 | ASPARAGUS, STANDARD | 12 | 26.00 | 52.00 | |
| | | 1 | BOK CHOY | | 25.00 | 25.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)






SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 6
DATE 7/17/07
CUST# 43305
INVOICE NO: 96555
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| | | PO# | | | |
| | 3 | ONION | 20.00 | 60.00 | |
| 9762-49 7/17 | 5 | CARROT, LOOSE 14 | 18.00 | 90.00 | |
| | 1 | EGGPLANT, ITALIAN | 12.00 | 12.00 | |
| | 2 | POTATO, WHITE A | 12.00 | 24.00 | |
| | 2 | POTATO, RED A | 16.00 | 32.00 | |
| | 5 | ONION | 20.00 | 100.00 | |
| 9762-80 7/17 | 12 | LETTUCE, CELLO-24 8 | 16.00 | 192.00 | |
| 9763-87 7/17 | 1 | SQUASH, BUTTERNUT 2 | 16.00 | 16.00 | |
| 99718-74 7/17 | 2 | APRICOT, 8 1 | 22.00 | 44.00 | |
| | | | TOTAL FOR | 7/17 | 8410.50 |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorizied by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT--> 8410.50





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO: K P T (MEND)
123
BRONX NY
99999

PAGE 1
DATE 7/18/07
CUST# KPT
INVOICE NO: 96632
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9727-07 | 7/18 | 5 | BLACK AMBER PLUM, 40 | 7 | 14.00 | 70.00 | |
| 9727-10 | 7/18 | 2 | APPLE, G DEL 12/3 | 5 | 30.00 | 60.00 | |
| | | 6 | PEACH, 40/42 | | 24.00 | 144.00 | |
| | | 15 | PEACH, 2 1/2" | | 18.00 | 270.00 | |
| | | 1 | NECTARINES, 40 | | 26.00 | 26.00 | |
| | | 3 | BLACK AMBER PLUM, 40 | | 14.00 | 42.00 | |
| 9727-11 | 7/18 | 10 | MANGO, 8 | 5 | 5.50 | 55.00 | |
| 9727-16 | 7/18 | 1 | ORANGE, VALENCIA 100 | 6 | 24.00 | 24.00 | |
| | | 6 | PEACH, 2 1/2" | | 18.00 | 108.00 | |
| | | 2 | NECTARINES, 40 | | 26.00 | 52.00 | |
| | | 7 | MANGO, 8 | | 5.50 | 38.50 | |
| 9727-17 | 7/18 | 5 | PEACH, 2 1/2" | 1 | 18.00 | 90.00 | |
| | | 10 | PLUM, PULOT 48 | | 24.00 | 240.00 | |
| 9727-18 | 7/18 | 1 | GRAPE, FLAME SEEDLESS | 2 | 26.00 | 26.00 | |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| | | 7 | PEACH, 2 1/2" | | 18.00 | 126.00 | |
| | | 1 | APRICOT, 72 | | 24.00 | 24.00 | |
| | | 1 | MANGO, 8 | | 5.50 | 5.50 | |
| 9727-20 | 7/18 | 2 | APPLE, R. DEL 12/3 | 3 | 26.00 | 52.00 | |
| | | 2 | APPLE, G. DEL 12/3 | | 30.00 | 60.00 | |
| | | 2 | APPLE, GRANNY 12/3 | | 22.00 | 44.00 | |
| | | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | | 3 | ORANGE, VALENCIA 100 | | 24.00 | 72.00 | |










# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 2
DATE 7/18/07
CUST# 43305
INVOICE NO: 96632
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9727-21 | 7/18 | 1 | PEACH, 40/42 | 3 | 24.00 | 24.00 | |
| | | 12 | PEACH, 2 1/2" | | 18.00 | 216.00 | |
| 9727-22 | 7/18 | 1 | APPLES, GALA 90X | 8 | 42.00 | 42.00 | |
| | | 2 | PEAR, ANJOU 80 | | 32.00 | 64.00 | |
| | | 4 | GRAPE, FLAME SEEDLESS | | 26.00 | 104.00 | |
| | | 21 | PEACH, 2 1/2" | | 18.00 | 378.00 | |
| | | 15 | BLACK AMBER PLUM, 40 | | 14.00 | 210.00 | |
| 9727-23 | 7/18 | 2 | APPLE, GALA 80 | 10 | 42.00 | 84.00 | |
| | | 1 | PEAR, ANJOU 80 | | 32.00 | 32.00 | |
| | | 5 | GRAPE, FLAME SEEDLESS | | 26.00 | 130.00 | |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| | | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
| 9727-24 | 7/18 | 1 | APRICOT, 72 | 10 | 24.00 | 24.00 | |
| | | 6 | MANGO, 8 | | 5.50 | 33.00 | |
| 9727-25 | 7/18 | 1 | PEACH, 2 1/2" | 12 | 18.00 | 18.00 | |
| 9768-50 | 7/18 | 5 | ROMAINE | 2 | 10.00 | 50.00 | |
| | | 1 | BROCOLLI, CROWNS | | 12.00 | 12.00 | |
| | | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | | 2 | PEPPER, GREEN X-LARGE | | 6.00 | 12.00 | |
| | | 1 | ONION, REGULAR | | 20.00 | 20.00 | |
| 9768-76 | 7/18 | 4 | ONION, RED-MEDIUM | 2 | 13.00 | 52.00 | |
| | | 1 | ONION | | 20.00 | 20.00 | |
| | | 1 | CARROT, LOOSE | | 18.00 | 18.00 | |















A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 3
DATE 7/18/07
CUST# 43305
INVOICE NO: 96632
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 10 | MELON, HONEYDEW-5 | | 5.00 | 50.00 | |
| | | 15 | MELON, HONEYDEW-6 | | 5.00 | 75.00 | |
| 9768-80 | 7/18 | 4 | ROMAINE | 10 . . . | 10.00 | 40.00 | |
| | | 6 | BROCOLLI, CROWNS | | 12.00 | 72.00 | |
| | | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | | 2 | PEPPER, GREEN X-LARGE | | 6.00 | 12.00 | |
| | | 1 | ONION, RED-MEDIUM | | 13.00 | 13.00 | |
| 9768-81 | 7/18 | 4 | CARROT, LOOSE | 10 | 18.00 | 72.00 | |
| | | 30 | MELON, HONEYDEW-5 | | 5.00 | 150.00 | |
| 9768-82 | 7/18 | 10 | LETTUCE, CELLO-24 | 1 | 16.00 | 160.00 | |
| | | 5 | CARROT, CELLO | | 15.00 | 75.00 | |
| | | 10 | PEPPER, GREEN X-LARGE | | 6.00 | 60.00 | |
| | | 5 | POTATO, WHITE A | | 18.00 | 90.00 | |
| | | 4 | POTATO, RED A | | 18.00 | 72.00 | |
| 9768-83 | 7/18 | 5 | ONION, RED-MEDIUM | 1 | 13.00 | 65.00 | |
| | | 10 | ONION | | 20.00 | 200.00 | |
| | | 20 | CARROT, LOOSE | | 18.00 | 360.00 | |
| | | 5 | MELON, HONEYDEW-6 | | 5.00 | 25.00 | |
| | | 5 | WATERMELON, 6 | | 10.00 | 50.00 | |
| 9768-84 | 7/18 | 3 | LETTUCE, CELLO-24 | 3 | 16.00 | 48.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| | | 3 | PEPPER, GREEN X-LARGE | | 6.00 | 18.00 | |
| | | 1 | POTATO, WHITE A | | 18.00 | 18.00 | |

**A. & J. PRODUCE CORP.**
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





SOLD TO: K P T (MEMO)
123
BRONX
99999

PAGE 4
DATE 7/18/07
CUST# 43305
INVOICE NO: 96632
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 2 | POTATO, RED A | | 18.00 | 36.00 | |
| 9768-85 | 7/18 | 1 | CARROT, LOOSE | 5 | 18.00 | 18.00 | |
| | | 5 | MELON, HONEYDEW-5 | | 5.00 | 25.00 | |
| | | 20 | MELON, HONEYDEW-6 | | 5.00 | 100.00 | |
| 9768-86 | 7/18 | 2 | LETTUCE, CELLO-24 | 5 | 16.00 | 32.00 | |
| | | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
| | | 4 | CAULIFLOWER, 12 | | 8.00 | 32.00 | |
| | | 2 | CARROT, LOOSE | | 18.00 | 36.00 | |
| | | 7 | MELON, HONEYDEW-5 | | 5.00 | 35.00 | |
| 9768-87 | 7/18 | 20 | MELON, HONEYDEW-6 | 5 | 5.00 | 100.00 | |
| 9768-88 | 7/18 | 1 | CARROT, CELLO | 6 | 15.00 | 15.00 | |
| | | 1 | CHOKES, 24 | | 24.00 | 24.00 | |
| | | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | | 2 | POTATO, RED A | | 18.00 | 36.00 | |
| | | 1 | ONION, RED-MEDIUM | | 13.00 | 13.00 | |
| 9768-89 | 7/19 | 1 | ONION, RED-JUMBO | 6 | 15.00 | 15.00 | |
| | | 3 | ONION | | 20.00 | 60.00 | |
| | | 5 | MELON, HONEYDEW-6 | | 5.00 | 25.00 | |
| 9768-90 | 7/18 | 6 | LETTUCE, CELLO-24 | 7 | 16.00 | 96.00 | |
| | | 1 | CHOKES, 30 | | 22.00 | 22.00 | |
| | | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| | | 10 | MELON, HONEYDEW-5 | | 5.00 | 50.00 | |








# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)










PAGE 5
DATE 7/18/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 96632
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9768-92 | 7/18 | 1 | CAULIFLOWER, 12 | 8 | 8.00 | 8.00 | |
| | | 1 | POTATO, WHITE A | | 18.00 | 18.00 | |
| | | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| | | 4 | ONION | | 20.00 | 80.00 | |
| 9768-94 | 7/18 | 20 | MELON, HONEYDEW-5 | 8 | 5.00 | 100.00 | |
| 9768-95 | 7/18 | 6 | LETTUCE, CELLO-24 | 12 | 16.00 | 96.00 | |
| | | 1 | BROCOLLI, CROWNS | | 12.00 | 12.00 | |
| | | 4 | CARROT, CELLO | | 15.00 | 60.00 | |
| | | 10 | PEPPER, GREEN X-LARGE | | 6.00 | 60.00 | |
| | | 1 | ONION | | 20.00 | 20.00 | |
| 9768-96 | 7/18 | 2 | CARROT, LOOSE | 12 | 18.00 | 36.00 | |
| | | 5 | MELON, HONEYDEW-6 | | 5.00 | 25.00 | |
| 9768-97 | 7/18 | 2 | CAULIFLOWER, 12 | 14 | 8.00 | 16.00 | |
| 9770-26 | 7/18 | 3 | CANTALOUPE, 12 | 6 | 12.00 | 36.00 | |
| 9770-60 | 7/18 | 2 | SPINACH | 2 | 8.00 | 16.00 | |
| | | | | | TOTAL FOR | 7/18 | 6557.00 |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT-> 6557.00




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)





PAGE 1
DATE 7/19/07
CUST# KPT

SOLD TO: K P T (MEMO)
125
BRONX NY
99999

INVOICE NO: 96718
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9732-29 | 7/19 | 3 | PEAR, HOSUI ASIAN 40 | 1 | 22.00 | 66.00 | |
| | | 1 | PEAR, ANJOU 80 | | 28.00 | 28.00 | |
| | | 30 | STRAWBERRIES | | 9.00 | 270.00 | |
| | | 16 | TOMATO, 5X6 | | 11.00 | 176.00 | |
| | | 2 | AVOCADOS HASS, 40 | | 44.00 | 88.00 | |
| 9732-30 | 7/19 | 9 | AVOCADOS HASS, 40 | 2 | 44.00 | 396.00 | |
| | | 20 | MANGO, 8 | | 5.00 | 100.00 | |
| | | 3 | APPLE, GALA 80 | | 40.00 | 120.00 | |
| | | 3 | RUBY STAR GRFRT 27 | | 22.00 | 66.00 | |
| 9732-31 | 7/19 | 3 | PEACH, WHITE 48 | 2 | 18.00 | 54.00 | |
| | | 3 | PLUM, HIROMI 30 | | 28.00 | 84.00 | |
| | | 13 | TOMATO, 5X6 | | 11.00 | 143.00 | |
| 9732-32 | 7/19 | 1 | RUBY STAR GRFRT 27 | 3 | 22.00 | 22.00 | |
| | | 5 | PEACH, 2 1/2" | | 18.00 | 90.00 | |
| | | 2 | PLUM, HIROMI 30 | | 28.00 | 56.00 | |
| | | 6 | TOMATO, 5X6 | | 11.00 | 66.00 | |
| 9732-34 | 7/19 | 1 | APRICOT, 72 | 5 | 22.00 | 22.00 | |
| | | 17 | TOMATO, 5X6 | | 11.00 | 187.00 | |
| | | 20 | MANGO, 10 | | 4.50 | 90.00 | |
| 9732-35 | 7/19 | 1 | RUBY STAR GRFRT 27 | 6 | 22.00 | 22.00 | |
| | | 3 | GRAPE, FLAME SEEDLESS | | 24.00 | 72.00 | |
| | | 4 | PEACH, 40/42 | | 24.00 | 96.00 | |
| | | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |




# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)




PAGE 2
DATE 7/19/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 96718
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 1 | PEACH, WHITE 46 | | 18.00 | 18.00 | |
| 9732-36 | 7/19 | 4 | NECTARINES, 40 | 6 | 26.00 | 104.00 | |
| | | 1 | APRICOT, 72 | | 22.00 | 22.00 | |
| | | 4 | AVOCADOS HASS, 40 | | 44.00 | 176.00 | |
| | | 5 | MANGO, 8 | | 5.00 | 25.00 | |
| 9732-37 | 7/19 | 5 | PEACH, 2 1/2" | 7 | 18.00 | 90.00 | |
| | | 1 | TOMATO, 5X6 | | 11.00 | 11.00 | |
| 9732-38 | 7/19 | 19 | MANGO, 8 | 8 | 5.00 | 95.00 | |
| | | 2 | APPLE, GALA 80 | | 40.00 | 80.00 | |
| | | 1 | RUBY STAR GRFRT 27 | | 22.00 | 22.00 | |
| | | 2 | PEACH, 40/42 | | 24.00 | 48.00 | |
| | | 1 | PEACH, 2 1/2" | | 18.00 | 18.00 | |
| 9732-39 | 7/19 | 1 | PEACH, WHITE 48 | 8 | 18.00 | 18.00 | |
| | | 1 | APPLE, PINK LADY 80 | | 40.00 | 40.00 | |
| 9732-41 | 7/19 | 1 | PEAR, ANJOU 80 | 10 | 28.00 | 28.00 | |
| | | 2 | GRAPE, FLAME SEEDLESS | | 24.00 | 48.00 | |
| | | 4 | PEACH, 40/42 | | 24.00 | 96.00 | |
| | | 4 | NECTARINES, 40 | | 26.00 | 104.00 | |
| | | 11 | TOMATO, 5X6 | | 11.00 | 121.00 | |
| 9732-42 | 7/19 | 2 | AVOCADOS HASS, 40 | 10 | 44.00 | 88.00 | |
| | | 7 | MANGO, 8 | | 5.00 | 35.00 | |
| 9732-45 | 7/19 | 1 | PEAR, ANJOU 80 | 12 | 28.00 | 28.00 | |
| | | 3 | PEACH, 40/42 | | 24.00 | 72.00 | |





A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 3
DATE 7/19/07
CUST# 43305

SOLD TO: K F T (MEMO)
123
BRONX NY
99999

INVOICE NO: 76718
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 9 | PEACH, 2 1/2" | | 18.00 | 162.00 | |
| | | 3 | NECTARINES, 40 | | 26.00 | 78.00 | |
| | | 2 | APRICOT, 72 | | 22.00 | 44.00 | |
| 9732-46 | 7/19 | 10 | MANGO, 8 | 12 | 5.00 | 50.00 | |
| 9775-91 | 7/19 | 1 | SQUASH, BUTTERNUT | 5 | 16.00 | 16.00 | |
| 9775-92 | 7/19 | 3 | SQUASH, BUTTERNUT | 7 | 16.00 | 48.00 | |
| | | 1 | BEETS, LOOSE | | 10.00 | 10.00 | |
| 9776-35 | 7/19 | 15 | PEPPER, GREEN X-LARGE | 3 | 7.00 | 105.00 | |
| 9776-80 | 7/19 | 15 | SCALLIONS | 1 | 12.00 | 180.00 | |
| | | 2 | CARROT, LOOSE | | 18.00 | 36.00 | |
| | | 4 | CAULIFLOWER, 12 | | 8.00 | 32.00 | |
| | | 1 | ONION, RED-MEDIUM | | 12.00 | 12.00 | |
| | | 1 | ONION | | 18.00 | 18.00 | |
| 9776-81 | 7/19 | 3 | MELON, HONEYDEW-5 | 1 | 5.00 | 15.00 | |
| 9776-82 | 7/19 | 2 | CELERY, 30 COUNT | 2 | 14.00 | 28.00 | |
| | | 3 | SCALLIONS | | 12.00 | 36.00 | |
| | | 1 | BROCCOLI, CROWNS | | 12.00 | 12.00 | |
| | | 1 | CARROT, CELLO | | 15.00 | 15.00 | |
| | | 2 | CARROT, LOOSE | | 18.00 | 36.00 | |
| 9776-83 | 7/19 | 2 | CAULIFLOWER, 12 | 2 | 8.00 | 16.00 | |
| | | 1 | ONION | | 18.00 | 18.00 | |
| | | 6 | MELON, HONEYDEW-5 | | 5.00 | 30.00 | |
| 9776-84 | 7/19 | 1 | LETTUCE, CELLO-24 | 3 | 15.00 | 15.00 | |







A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







PAGE 4
DATE 7/19/07
CUST# 43305

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

INVOICE NO: 96718

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 4 | CELERY, 30 COUNT | | 14.00 | 56.00 | |
| | | 23 | SCALLIONS | | 12.00 | 276.00 | |
| | | 9 | CARROT, CELLO | | 15.00 | 135.00 | |
| | | 2 | CARROT, LOOSE | | 18.00 | 36.00 | |
| 9776-85 | 7/19 | 9 | BEANS, GREEN | 3 | 10.00 | 90.00 | |
| | | 3 | CAULIFLOWER, 12 | | 8.00 | 24.00 | |
| | | 1 | ONION, RED-MEDIUM | | 12.00 | 12.00 | |
| 9776-86 | 7/19 | 2 | LETTUCE, CELLO-24 | 5 | 15.00 | 30.00 | |
| | | 3 | CELERY, 30 COUNT | | 14.00 | 42.00 | |
| | | 5 | SCALLIONS | | 12.00 | 60.00 | |
| | | 2 | BROCOLLI, CROWNS | | 12.00 | 24.00 | |
| | | 3 | CARROT, LOOSE | | 18.00 | 54.00 | |
| 9776-87 | 7/19 | 3 | BEANS, GREEN | 5 | 10.00 | 30.00 | |
| | | 1 | BEANS, FAVA | | 25.00 | 25.00 | |
| | | 10 | CAULIFLOWER, 12 | | 8.00 | 80.00 | |
| | | 2 | EGGPLANT, ITALIAN | | 12.00 | 24.00 | |
| | | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| 9776-88 | 7/19 | 2 | MELON, HONEYDEW-5 | 5 | 5.00 | 10.00 | |
| 9776-89 | 7/19 | 2 | CARROT, LOOSE | 6 | 18.00 | 36.00 | |
| | | 1 | CHOKES, 24 | | 22.00 | 22.00 | |
| | | 2 | BEANS, GREEN | | 10.00 | 20.00 | |
| | | 1 | EGGPLANT, ITALIAN | | 12.00 | 12.00 | |
| | | 1 | ONION, RED-MEDIUM | | 12.00 | 12.00 | |











A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

SOLD TO: K P T (MEMO)
123
BRONX NY
99999

PAGE 5
DATE 7/19/07
CUST# 43305
INVOICE NO: 96718

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9776-90 | 7/19 | 2 | LETTUCE, CELLO-24 - | 7 | 15.00 | 30.00 | |
| | | 2 | SCALLIONS | | 12.00 | 24.00 | |
| | | 3 | CARROT, CELLO | | 15.00 | 45.00 | |
| | | 10 | CAULIFLOWER, 12 | | 8.00 | 80.00 | |
| | | 1 | POTATO, WHITE A | | 18.00 | 18.00 | |
| 9776-91 | 7/19 | 1 | POTATO, RED A | 7 | 18.00 | 18.00 | |
| | | 10 | ONION | | 18.00 | 180.00 | |
| 9776-92 | 7/19 | 10 | LETTUCE, CELLO-24 | 5 | 15.00 | 150.00 | |
| | | 6 | CELERY, 30 COUNT | | 14.00 | 84.00 | |
| | | 1 | SCALLIONS | | 12.00 | 12.00 | |
| | | 10 | BROCOLLI, CROWNS | | 12.00 | 120.00 | |
| | | 2 | CARROT, CELLO | | 15.00 | 30.00 | |
| 9776-93 | 7/19 | 1 | CARROT, LOOSE | 8 | 22.00 | 22.00 | |
| | | 1 | BEANS, GREEN | | 10.00 | 10.00 | |
| | | 6 | CAULIFLOWER, 12 | | 8.00 | 48.00 | |
| | | 1 | SPINACH | | 10.00 | 10.00 | |
| | | 1 | EGGPLANT, ITALIAN | | 12.00 | 12.00 | |
| 9776-94 | 7/19 | 1 | ONION | 8 | 18.00 | 18.00 | |
| 9776-95 | 7/19 | 1 | SCALLIONS | 10 | 12.00 | 12.00 | |
| | | 2 | BROCOLLI, CROWNS | | 12.00 | 24.00 | |
| | | 6 | CARROT, LOOSE | | 18.00 | 108.00 | |
| | | 3 | BEANS, GREEN | | 10.00 | 30.00 | |
| | | 2 | BEANS, FAVA | | 25.00 | 50.00 | |



A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)







PAGE 6
DATE 7/19/07
CUST# 43305

SOLD TO: K P T (MENO)
123
BRONX NY
99999

INVOICE NO: 96718

TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9776-96 | 7/19 | 3 | CAULIFLOWER, 12 | 12 | 8.00 | 24.00 | |
| | | 1 | SPINACH | | 10.00 | 10.00 | |
| | | 2 | POTATO RUSSET #2 | | 11.00 | 22.00 | |
| | | 1 | ONION, RED-MEDIUM | | 12.00 | 12.00 | |
| | | 1 | ONION | | 18.00 | 18.00 | |
| 9776-97 | 7/19 | 4 | SCALLIONS | 12 | 12.00 | 48.00 | |
| | | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | | 1 | BOK CHOY | | 25.00 | 25.00 | |
| 9776-98 | 7/19 | 2 | CARROT, CELLO | 14 | 15.00 | 30.00 | |
| | | 3 | CARROT, LOOSE | | 18.00 | 54.00 | |
| | | 2 | BEANS, GREEN | | 10.00 | 20.00 | |
| 99732-30 | 7/19 | 1 | PEACH, 2 1/2" | 2 | 18.00 | 18.00 | |
| | | | | | TOTAL FOR | 7/19 | 7309.00 |

" The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 16%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice

PLEASE PAY THIS AMOUNT-> 7309.00











# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)


SOLD TO: K P T (MEMO)
123
BRONX
99999

PAGE 1
DATE 7/20/07
CUST# KPT
INVOICE NO: 97074
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 9738-20 | 7/20 | 1 | APPLES, GALA 90X | 1 | 40.00 | 40.00 | |
| | | 5 | PEACH, 2 1/2" | | 18.00 | 90.00 | |
| | | 4 | RASPBERRIES | | 15.00 | 60.00 | |
| | | 20 | STRAWBERRIES | | 10.00 | 200.00 | |
| | | 3 | AVOCADOS HASS, 40 | | 44.00 | 132.00 | |
| 9738-21 | 7/20 | 10 | MANGO, 8 | 2 | 5.00 | 50.00 | |
| 9738-22 | 7/20 | 1 | AVOCADOS HASS, 40 | 4 | 44.00 | 44.00 | |
| | | 4 | MANGO 8 | | 5.00 | 20.00 | |
| | | 2 | [illegible] | | 14.00 | 28.00 | |
| | | 1 | GRAPE, FLAME SEEDLESS | | 24.00 | 24.00 | |
| | | 3 | PEACH 40/42 | | 24.00 | 72.00 | |
| 9738-23 | 7/20 | 2 | PEACH, 2 1/2" | 2 | 18.00 | 36.00 | |
| | | 1 | NECTARINES, 40 | | 26.00 | 26.00 | |
| | | 1 | RASPBERRIES | | 15.00 | 15.00 | |
| 9738-24 | 7/20 | 1 | APPLES, GALA 90X | 3 | 40.00 | 40.00 | |
| | | 3 | PEACH, 40/42 | | 24.00 | 72.00 | |
| | | 2 | PEACH, 2 1/2" | | 18.00 | 36.00 | |
| | | 5 | BLACK AMBER PLUM, 40 | | 14.00 | 70.00 | |
| 9738-25 | 7/20 | 2 | RASPBERRIES | 3 | 15.00 | 30.00 | |
| 9741-51 | 7/20 | 1 | APPLES, GALA 90X | 5 | 40.00 | 40.00 | |
| | | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | | 10 | PEACH, 2 1/2" | | 18.00 | 180.00 | |
| | | 1 | NECTARINES, 40 | | 26.00 | 26.00 | |