# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | PAGE | 2 |
|---|---|---|---|
| INVOICE NO: | | | 97074 |
| | DATE | 7/20/07 | |
| | CUST# | 43305 | |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P T (NEMO)
123
BRONX
999999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9741-52 7/20 | 10 | RASPBERRIES | | 15.00 | 150.00 | |
| 9741-53 7/20 | 5 | MANGO, 9 | | 5.00 | 25.00 | |
| | 2 | APPLES, GALA 90% | 6 | 40.00 | 80.00 | |
| | 2 | RUBY STAR GRFRT 32 | | 20.00 | 40.00 | |
| | 2 | GRAPE, FLAME SEEDLESS | | 24.00 | 48.00 | |
| | 4 | PEACH, 40/42 | | 24.00 | 96.00 | |
| | 4 | PEACH, 2 1/2" | | 18.00 | 72.00 | |
| 9741-54 7/20 | 1 | NECTARINES, 40 | 5 | 26.00 | 26.00 | |
| | 4 | BLACK AMBER PLUM, 40 | | 14.00 | 56.00 | |
| | 2 | RASPBERRIES | | 15.00 | 30.00 | |
| | 4 | TOMATO, 5x6 | | 11.00 | 44.00 | |
| | 2 | AVOCADOS HASS, 40 | | 44.00 | 88.00 | |
| 9741-55 7/20 | 5 | TOMATOE, GRAPE | 6 | 14.00 | 70.00 | |
| 9741-56 7/20 | 2 | TOMATOE, GRAPE | 7 | 14.00 | 28.00 | |
| | 1 | PEAR, ANJOU 80 | | 26.00 | 26.00 | |
| | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | 6 | RASPBERRIES | | 15.00 | 90.00 | |
| 9741-57 7/20 | 10 | TOMATO, 5x6 | 7 | 11.00 | 110.00 | |
| 9741-58 7/20 | 20 | PEACH, 2 3/4" | 8 | 20.00 | 400.00 | |
| 9741-59 7/20 | 5 | RUBY STAR GRFRT 32 | 10 | 20.00 | 100.00 | |
| | 1 | PEACH, 40/42 | | 24.00 | 24.00 | |
| | 1 | RASPBERRIES | | 15.00 | 15.00 | |
| | 13 | TOMATO, 5x6 | | 11.00 | 143.00 | |



# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

INVOICE NO:
DATE 7/20/07
CUST# 43305  97074

PAGE 3

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO: K P T (MEMO)
123
BRONX
99999

| DATE | QUANTITY | DESCRIPTION | PLU# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9741-60 7/20 | 16 | MANGO, 8 | | 5.00 | 80.00 | |
| 9741-61 7/20 | 6 | TOMATOE, GRAPE | 10 | 14.00 | 84.00 | |
| | 15 | MANGO, 8 | 12 | 5.00 | 75.00 | |
| | 3 | TOMATOE, GRAPE | | 14.00 | 42.00 | |
| 9741-62 7/20 | 2 | PEAR, ANJOU 60 | | 26.00 | 52.00 | |
| 9782-02 7/20 | 2 | RASPBERRIES | | 15.00 | 30.00 | |
| | 1 | CELERY, 30 COUNT | 15 | 14.00 | 14.00 | |
| | 11 | CARROT, LOOSE | 1 | 18.00 | 198.00 | |
| | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | 2 | PEPPER, GREEN X-LARGE | | 7.00 | 14.00 | |
| | 1 | SQUASH, GREEN-FANCY | | 7.00 | 7.00 | |
| 9782-03 7/20 | 3 | BROCCOLI, CROWNS | 2 | 11.00 | 33.00 | |
| | 5 | CARROT, LOOSE | | 18.00 | 54.00 | |
| | 1 | BEANS, GREEN | | 10.00 | 10.00 | |
| | 2 | CAULIFLOWER, 12 | | 8.00 | 16.00 | |
| | 1 | PEPPER, GREEN X-LARGE | 2 | 7.00 | 7.00 | |
| 9782-04 7/20 | 1 | POTATO, RED A | | 18.00 | 18.00 | |
| | 2 | POTATO, RED B | | 26.00 | 52.00 | |
| | 2 | ONION, RED-MEDIUM | | 12.00 | 24.00 | |
| | 2 | ONION | | 18.00 | 36.00 | |
| 9782-05 7/20 | 3 | SPINACH | | 10.00 | 30.00 | |
| 9782-06 7/20 | 3 | CARROT, CELLO | 28 | 15.00 | 45.00 | |
| | 1 | CARROT, LOOSE | 3 | 18.00 | 18.00 | |

# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

PAGE 4
DATE 7/20/07
CUST# 45305

INVOICE NO: 97074
TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO:
K P I
123
BRONX
97999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9782-07 7/20 | 1 | BEANS, GREEN | | 10.00 | 10.00 | |
| | 1 | POTATO, WHITE A | | 16.00 | 18.00 | |
| | 4 | POTATO, RED A | | 18.00 | 72.00 | |
| | 2 | CELERY, 30 COUNT | 5 | 14.00 | 28.00 | |
| | 1 | BEANS, GREEN | | 10.00 | 10.00 | |
| 9782-08 7/20 | 1 | PEPPER, GREEN X-LARGE | | 7.00 | 7.00 | |
| | 4 | SQUASH, GREEN-FANCY | | 7.00 | 28.00 | |
| | 3 | POTATO, RED A | | 18.00 | 54.00 | |
| | 1 | POTATO, RED B | 5 | 26.00 | 26.00 | |
| | 1 | ONION, REGULAR | | 18.00 | 18.00 | |
| | 2 | ONION, RED-MEDIUM | | 12.00 | 24.00 | |
| | 3 | ONION | | 18.00 | 54.00 | |
| 9782-11 7/20 | 1 | CELERY, 30 COUNT | 9 | 14.00 | 14.00 | |
| | 1 | BEANS, GREEN | | 10.00 | 10.00 | |
| | 1 | CAULIFLOWER, 12 | | 8.00 | 8.00 | |
| | 1 | PEPPER, GREEN X-LARGE | | 7.00 | 7.00 | |
| | 2 | SQUASH, GREEN-FANCY | 6 | 7.00 | 14.00 | |
| 9782-12 7/20 | 2 | ONION, REGULAR | | 18.00 | 36.00 | |
| | 1 | ONION, RED-MEDIUM | | 12.00 | 12.00 | |
| | 3 | ONION | | 18.00 | 54.00 | |
| | 5 | MELON, HONEYDEW-5 | 7 | 6.00 | 30.00 | |
| 9782-13 7/20 | 1 | CELERY, 30 COUNT | | 14.00 | 14.00 | |
| | 3 | CARROT, CELLO | | 15.00 | 45.00 | |





# A. & J. PRODUCE CORP.
138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)

**SOLD TO:**
K P T (MEMO)
123
BRONX
999999

PAGE 5
DATE 7/20/07
CUST# 43305
97074

INVOICE NO:
TERMS: NET CASH. Bills must be paid under PACA Terms.

| DATE | QUANTITY | DESCRIPTION | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 9782-14  7/20 | 2 | CARROT, LOOSE | 18.00 | 36.00 | |
| | 1 | CHOKES, 36 | 20.00 | 20.00 | |
| | 2 | BEANS, GREEN | 10.00 | 20.00 | |
| | 1 | POTATO, WHITE A | 18.00 | 18.00 | |
| | 2 | POTATO, RED A | 18.00 | 36.00 | |
| | 11 | ONION | 18.00 | 198.00 | |
| 9782-15  7/20 | 2 | MELON, CASABA 5 | 10.00 | 30.00 | |
| 9782-16  7/20 | 1 | BROCCOLI, CROWNS 8 | 11.00 | 11.00 | |
| | 1 | CARROT, CELLO | 15.00 | 15.00 | |
| | 2 | POTATO, RED A | 18.00 | 36.00 | |
| | 1 | ONION | 18.00 | 18.00 | |
| | 4 | ONION, REGULAR | 18.00 | 72.00 | |
| 9782-17  7/20 | 4 | BROCCOLI, CROWNS 10 | 18.00 | 72.00 | |
| 9782-18  7/20 | 2 | CARROT, LOOSE | 18.00 | 36.00 | |
| | 3 | BEANS, GREEN | 10.00 | 30.00 | |
| | 1 | CAULIFLOWER, 12 | 8.00 | 8.00 | |
| | 5 | PEPPER, GREEN X-LARGE | 7.00 | 35.00 | |
| | 2 | SQUASH, GREEN-FANCY 10 | 7.00 | 14.00 | |
| | 1 | POTATO, WHITE A | 18.00 | 18.00 | |
| 9782-19  7/20 | 4 | POTATO, RED A | 18.00 | 72.00 | |
| | 5 | ONION, REGULAR | 18.00 | 90.00 | |
| | 7 | ONION, RED-MEDIUM | 12.00 | 84.00 | |





# A. & J. PRODUCE CORP.

138-144 & 126-130 New York City Terminal Market
Bronx, New York 10474
(718) 589-7877
(718) 378-1095 (FAX)



| | | |
|---|---|---|
| PAGE | | 6 |
| DATE | | 7/20/07 |
| CUST # | | 43305 |
| INVOICE NO: | | 9707-4 |

TERMS: NET CASH. Bills must be paid under PACA Terms.

SOLD TO: K P T (PERM)
125
BRONX
95999

| DATE | QUANTITY | DESCRIPTION | PO# | PRICE | AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 9782-20  7/20 | 5 | ONION | | 18.00 | 90.00 | |
| 9782-21  7/20 | 2 | BROCCOLI, CROWNS | | 11.00 | 22.00 | |
| | 2 | CARROT, LOOSE | | 18.00 | 36.00 | |
| | 1 | BOK CHOY | | 25.00 | 25.00 | |
| | 4 | SQUASH, GREEN-FANCY | | 7.00 | 28.00 | |
| | 1 | ONION | | 18.00 | 18.00 | |
| 9782-22  7/20 | 1 | POTATO, WHITE A | | 18.00 | 18.00 | |
| | 15 | POTATO, RED A | | 18.00 | 270.00 | |
| | 1 | ONION | | 18.00 | 18.00 | |
| | 5 | MELON, HONEYDEW-6 | | 6.00 | 30.00 | |

TOTAL FOR 7/20      6278.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 15%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

PLEASE PAY THIS AMOUNT—>    6278.00



