## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Summons and Complaint, Rule 7.1 Disclosure, Civil Cover Sheet, Order to Show Cause why a preliminary Injunction Should Not Issue and Temporary Restraining Order, Memorandum of Law in Support of Plaintiff's Motions for TRO Without Notice and Judges' Rules was mailed via Federal Express, upon the following:

Korean Produce Buying Service, Inc.
t/a K.P.T.
132 N.Y.C. Terminal Market, Row A
Bronx, NY 10474

Korean Produce Buying Service, Inc.
t/a K.P.T.
134-136 Hunts Point Terminal Market, Row A
Bronx, NY 10474

Yong H. Kim
134-136 Hunts Point Terminal Market, Row A
Bronx, NY 10474

Dated this 6th day of August, 2007

/s/ Gregory Brown