LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Defendants
Korean Produce Buying Service, Inc.
t/a K.P.T. and Yong H. Kim


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
A&J PRODUCE CORP.,                              07 civ. 7008 (JSR)

                  Plaintiff,

    -against-

KOREAN PRODUCE BUYING SERVICE, INC.,           **NOTICE OF APPEARANCE**
t/a K.P.T., and YONG H. KIM,

                  Defendants

------------------------------------x
    TO THE CLERK OF THIS Court
    AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for KOREAN PRODUCE BUYING SERVICE, INC. t/a K.P.T., and YONG H. KIM, defendants herein.  I certify that I am admitted to practice in this court.


Dated:    New York, New York
         August 10, 2007

                                LAW OFFICES OF BING LI, LLC
                                Attorneys for Defendants

                                By: /s/_____
                                    Bing Li (BL 5550)