```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
A&J PRODUCE CORP.,                  :
                                    :
                Plaintiff,          :    07 Civ. 7008 (JSR)
                                    :
        -v-                         :    ORDER
                                    :
KOREAN PRODUCE BUYING SERVICE, INC.,:
t/a K.P.T., and YONG H. KIM         :
                                    :
                Defendants.         :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    On the terms and conditions that the parties agreed to in open court, see transcript, 8/10/2007, the temporary restraining order dated August 6, 2007 is hereby vacated and plaintiff's motion for a preliminary injunction is withdrawn without prejudice.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-07