```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
A&J PRODUCE CORP.,                  :
                                    :
              Plaintiff,            :   07 Civ. 7008 (JSR)
                                    :
         -v-                        :   ORDER
                                    :
KOREAN PRODUCE BUYING SERVICE, INC.,:
                                    :
              Defendant.            :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    On consent of the parties jointly conveyed to the Court by telephone on September 12, 2007, this case is hereby dismissed with prejudice. Clerk to enter judgment.

    SO ORDERED.

                                                JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9-13-07