**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
A&J PRODUCE CORP.,

                      Plaintiff,                    07 CIVIL 7008 (JSR)

    -against-                            **JUDGMENT**

KOREAN PRODUCE BUYING SERVICE, INC.,
                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on September 12, 2007, having rendered its Order directing the Clerk to enter judgment dismissing the case with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 12, 2007, the case is dismissed with prejudice.

**Dated:** New York, New York
       September 13, 2007

                                          **J. MICHAEL McMAHON**
                                              Clerk of Court
                            BY:
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____